# United States District Court

SOUTHERN          FILED DISTRICT OF     D.C.         FLORIDA

UNITED STATES OF AMERICA

JUL 2 9 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

V.

THOMAS NAROR CHANDI JABER
MOTLAQ JABER, RABAH EL HADDAD,
MOHAMMED SAMHAN and RAED NASER ALDIN

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 00 - 4188-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   September, 1999 until the present   in   Broward   county, in the

  Southern   District of     Florida    , and elsewhere, defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown, to possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance; and did knowingly and intentionally possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance,

in violation of Title 21     United States Code, Section(s)   841(d)(2) and 846        

I further state that I am a(n)   Special Agent         and that this complaint is based on the following
                   Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

Signature of Complainant
Joseph Collins
Special Agent, DEA

Sworn to before me, and subscribed in my presence,

July 29, 2000                      at   Ft. Lauderdale, FL
Date                                    City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

AFFIDAVIT

Joseph Collins, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Drug Enforcement Administration assigned to the Fort Lauderdale District Office, Miami, Florida Field Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with DEA since September of 1998. I have completed the Drug Enforcement Administration's Agent Training Academy in Quantico, Virginia. During this academy, I received extensive training in the enforcement of narcotics violations, undercover investigations and identification of narcotics. As a Special Agent, I have participated in various narcotic investigations in South Florida involving individuals and organizations suspected of and/or charged with narcotic related offenses.

2. Beginning in September of 1999, Thomas NAROG began receiving extraordinarily large shipments of pseudoephedrine from drug manufacturers in New York. NAROG is the only employee of Seaside Pharmaceutical, a newly formed pharmaceutical company in South Florida. The company has no office and exists only in three separate storage units at the Shurgard Storage Facility (a public storage facility, where anyone can rent a unit) on Oakland Park Boulevard. Thomas NAROG became a DEA registrant, licensed to distribute drugs and medication in 1998. Pseudoephedrine is an over the counter cold medicine that is not illegal to possess or distribute. However, it is a precursor to methamphetamine, and is used to manufacture methamphetamine usually in clandestine labs in the Western part of the country.

1

3.    THOMAS NAROG, has been obtaining extremely large quantities of

pseudoephedrine which is being processed and manufactured into methamphetamine.  Law

enforcement officials in South Florida received information from law enforcement officials in

California that pseudoephedrine with the brand name "Tru-Choice Maximum" was showing up

in their arrests of individuals involved in the manufacture and distribution of methamphetamine.

"Tru-Choice Maximum" is the label under which Narog receives his pseudoephedrine.

Pseudoephedrine is a precursor to methamphetamine and a necessary component in the

manufacture of methamphetamine *An analysis of NAROGs/SEASIDE's Pseudoephedrine purchases from September 1999 to the present shows the amount that would be distributed for any legitimate for pharmaceutical purposes*

4.    Thomas NAROG, Ghandi JABER, Motlaq JABER, Raed Naser ALDIN, Rabah EL-

HADDAD and Mohammed SAMHAN,  and others have been involved in the sale, exportation, *for a Pharmaceutical Company, its size.*

diversion and distribution of a listed chemical (that is pseudoephedrine),  knowing, or having

reasonable cause to believe, that the listed chemical will be used to manufacture a controlled

substance (that is, methamphetamine).

5.    On 2/4/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of

pharmaceutical grade pseudoephedrine.  The shipment was delivered to NAROG'S business,

SEASIDE PHARMACEUTICALS,  which is a storage facility at Shurgard Storage Center, 1650

W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

6. On 2/14/2000 Thomas NAROG received 334 cartons, 1,150 pounds (gross weight) of

pharmaceutical grade pseudoephedrine.  The shipment was delivered to NAROG'S business,

SEASIDE PHARMACEUTICALS located at /Shurgard Storage Center, 1650 W. Oakland Park

Blvd., Fort Lauderdale, Florida. 33311.

7. On 2/14/2000 Thomas NAROG/ SEASIDE PHARMACEUTICALS shipped 1,155

2

pounds (gross weight) of "pharmaceuticals" to JAM PHARMACEUTICAL, PO Box 433, 6220 Best Street, Heberon, West Bank, Israel. The shipment was sent from NAROG'S residence, 8 Castle Harbor Isle, Fort Lauderdale, FL 33308.

8. On 3/8/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS located at Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

9. On 3/13/2000 Thomas NAROG received 2 skids, 1,500 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

10. On 3/22/2000 Thomas NAROG and Ghandi JABER received 529 boxes, 700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

11. On 03/27/00 agents observed NAROG and another individual, Ghandi JABER assisted in loading the 700 pounds of pseudoephedrine which had been delivered a few days before, into a U-haul truck. JABER departed the area driving the U-HAUL. JABER delivered the U-haul truck to a Tarek Abu-Lawi, two blocks away. This appeared to be done so that Abu-Lawi would not be known to NAROG. Agents surveilled the U-Haul truck to a second warehouse unit in Delray Beach, Florida where the pseudoephedrine was unloaded.

3

12. On 3/28/2000 Thomas NAROG received 480 cartons, 1,670 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS at the Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

13. Also on 03/28/00 agents conducted a surveillance on the Delray Beach warehouse where Abu-Lawi had delivered the pseudoephedrine which he had picked up the previous day. They observed several individuals load the pseudoephedrine into another rented truck. Agents followed the truck to Forward Air, a freight-forwarding warehouse, located at the Orlando International Airport. Agents determined that the pseudoephedrine was being shipped to an address in California. Agents passed on the shipping information to DEA agents in California. As a result of this information, on 04/03/00 and 04/04/00, agents of the California Department of Justice, Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCA), the South Gate Police Department Narcotics and Special Problems Unit and the Los Angeles Field Division, HIDTA Group 45, Clandestine Laboratory Team conducted a surveillance and investigation. This investigation led to the seizure of approximately 779,100 dosage units of pseudoephedrine tablets, 42.5 pounds of methamphetamine and $83,744.00 in U.S. currency. In addition to this seizure, South Gate Police Detectives arrested 8 adults in connection with this investigation.

14. On 04/04/00 NAROG, GHANDI JABER, and MOTLAQ JABER loaded 1,670 pounds of pseudoephedrine into a U-Haul truck. Ghandi JABER drove the U-Haul to a location two blocks away where he transferred the U-Haul to a unknown individual. This individual then drove the pseudoephedrine to a warehouse in Delray Beach, Florida.

4

15. On 04/05/00, DEA agents conducted surveillance of the warehouse in Delray Beach, Florida. Agents observed an individual load the pseudoephedrine into another U-Haul van and drive the van to Forward Air, a freight forwarding company located at the Orlando International Airport in Orlando, Florida. The pseudoephedrine was shipped to an address in California. Agents notified DEA personnel in California of the pending shipment. As a result of this information, on 04/10/00 agents from the Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCATF) observed several suspects take possession of the pseudoephedrine. Based on information obtained from the surveillance, agents were issued search warrants for two storage lockers. As a result of the search warrants, agents seized over 2200 pounds (gross weight) of pseudoephedrine, approximately 264 grams of extracted ephedrine, approximately four gallons of pseudoephedrine in solution and a large amount of U.S. currency. There were a total of seven (7) suspects arrested.

16. On 04/25/00 NAROG and Ghandi JABER received approximately 2,300 pounds pseudoephedrine at NAROG'S business, SEASIDE PHARMACEUTICALS.

17. On 04/27/00 NAROG and Ghandi JABER loaded approximately 950 pounds of pseudoephedrine from the Seaside Pharmaceutical warehouse into a rented cargo van. JABER transferred possession of the van containing the pseudoephedrine to Zuhair Mahumud Rabei, another target of this investigation. Surveillance agents followed the cargo van to several residences in Lakeland, Florida and a postal forwarding business in Tampa, Florida where some of the pseudoephedrine was mailed to California. As a result of the surveillance, agents subsequently seized all of the pseudoephedrine except what was mailed at the postal forwarding company in Tampa. Agents obtained information that the pseudoephedrine that was mailed was

5

sent to an address in California. DEA agents in California were notified of the pending shipment. The agents in California initiated surveillance of the pseudoephedrine as it arrived in California. As a result of their investigation, three individuals were arrested and all of the pseudoephedrine was seized.

18. On 6/1/00, agents observed NAROG, Ghandi JABER, Motlaq JABER and Raed Nasir ALDIN arrive at SEASIDE PHARMACEUTICALS. They observed NAROG, GHANDI JABER, MOTLAQ JABER and ALDIN move boxes of pseudoephedrine from one warehouse (Unit 206/207) to a second warehouse (Unit 1352). A U-Haul truck was backed up to the storage unit where 200 boxes of pseudoephedrine was loaded into the truck. The U-Haul departed with RABAH EL-HADDAD driving, followed by Mohammed SAMHAN. EL-HADDAD drove the U-Haul to a mail/packing store in Miami, followed by MOHAMMAD SAMHAN. At the Pak-Mail Store EL-HADDAD and SAMHAN repackaged some of the boxes of pseudoephedrine into larger boxes for shipment. The larger boxes were placed back in the U-Haul. EL-HADDAD then drove the U-Haul to a Federal Express Office where it was shipped to California. On June 7, 2000, EL-HADDAD who had flown to California to facilitate the transfer of pseudoephedrine, met with a confidential informant in San Jose, California. D~ -~j ᴬₗ·s meeting w ·ℛ ℛₒ confidental informt , EL-HADDAD stated he was looking for the "rat", u the

19. On 6/1/00, agents observed Motlaq JABER and Raed Nasir ALDIN unload several or you ~i~.cu hundred boxes of pseudoephedrine into a townhouse in Boynton Beach, Florida. A search Agents before are warrant was executed on that residence where agents observed the entire apartment EL-Haddad was (before in press converted into a location used to repackage pseudoephedrine pills. Agents seized 118 boxes of arrests/se ~~ ~~ of pseudoephedrine and 31 boxes of loose pseudoephedrine pills which had been removed from the ~~~ L g~~ bottles and placed in gallon sized ziplock baggies. Also located at the residence were thousands on the west Coa St

6

of empty pseudoephedrine bottles.  Nabil Aquil and Nizar Fneiche had been in the apartment

removing pills from the bottles and placing them in larger sized ziplock baggies for easier

shipment.  A total of approximately 3,352, 320 dosage units of pseudoephedrine was seized. .

20.  On 6/15/00   RABAH EL-HADDAD and MOHAMMED SAMHAN obtained a load

of pseudoephedrine from NAROG at Seaside Pharmaceuticals (the storage warehouse). The

pseudoephedrine was delivered by EL-HADDAD and SAMHAN to the PakMail

shipping/packaging store in South Miami,   where it was repackaged into 27 large cardboard

boxes.  The 27 boxes were loaded into a Ryder truck and delivered to Target Logistics Services

near Miami International Airport.  The 27 boxes of pseudoephedrine were being shipped to

Salem, Oregon.  A few days later, EL-HADDAD arrived in Salem, Oregon via the airport in

*In addition, EL-HADDAD labeled this Pseudoephedrine shipment as "Shoes".*

Portland.  The pseudoephedrine in the 27 boxes was seized by agents in Oregon.

FURTHER YOUR AFFIANT SAYETH NAUGHT

JOSEPH COLLINS, Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
this ___ day of August, 2000

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

7

# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

FILED by _____ D.C.

V.

and

AHMAD ALMASRI, NADIA ALMASRI ~~and SABER ABDELMUTI~~

JUL 3 1 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: $00 - 4189 - BSS$

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ September, 1999 until the present in _____ Broward _____ county, in the

_____ Southern _____ District of _____ Fiorida _____, and elsewhere, defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown, to possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance; and did knowingly and intentionally possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance,

in violation of Title 21 _____ United States Code, Section(s) _____ 841(d)(2) and 846 _____

I further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the following
Official Title

facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes   [ ] No

Signature of Complainant
Joseph Collins
Special Agent, DEA

Sworn to before me, and subscribed in my presence,

July 31, 2000          at   Ft. Lauderdale, FL
Date          City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

AFFIDAVIT

Joseph Collins, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Drug Enforcement Administration assigned to the Fort Lauderdale District Office, Miami, Florida Field Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with DEA since September of 1998. I have completed the Drug Enforcement Administration's Agent Training Academy in Quantico, Virginia. During this academy, I received extensive training in the enforcement of narcotics violations, undercover investigations and identification of narcotics. As a Special Agent, I have participated in various narcotic investigations in South Florida involving individuals and organizations suspected of and/or charged with narcotic related offenses.

2. Beginning in September of 1999, Thomas NAROG began receiving extraordinarily large shipments of pseudoephedrine from drug manufacturers in New York. NAROG is the only employee of Seaside Pharmaceutical, a newly formed pharmaceutical company in South Florida. The company has no office and exists only in three separate storage units at the Shurgard Storage Facility (a public storage facility, where anyone can rent a unit) on Oakland Park Boulevard. Thomas NAROG became a DEA registrant, licensed to distribute drugs and medication in 1998. Pseudoephedrine is an over the counter cold medicine that is not illegal to possess or distribute. However, it is a precursor to methamphetamine, and is used to manufacture methamphetamine usually in clandestine labs in the Western part of the country.

1

3.    THOMAS NAROG, has been obtaining extremely large quantities of
pseudoephedrine which is being processed and manufactured into methamphetamine. Law
enforcement officials in South Florida received information from law enforcement officials in
California that pseudoephedrine with the brand name "Tru-Choice Maximum" was showing up
in their arrests of individuals involved in the manufacture and distribution of methamphetamine.
"Tru-Choice Maximum" is the label under which Narog receives his pseudoephedrine.
Pseudoephedrine is a precursor to methamphetamine and a necessary component in the
manufacture of methamphetamine. An analysis of NAROG/SEASIDE's pseudoephedrine
purchases from September 1999 to the present shows the amount purchased far exceeds any
amount that would be distributed for any legitimate purpose for a pharmaceutical company of its
size.

4.    Thomas NAROG, Ghandi Jaber, Zuhair Mahummud RABEI, Ahmad ALMASRI,
Nadia ALMASRI, and Saber ABDELMUTI,    and others have been involved in the sale,
exportation, diversion and distribution of a listed chemical (that is pseudoephedrine), knowing,
or having reasonable cause to believe, that the listed chemical will be used to manufacture a
controlled substance (that is, methamphetamine).

5.    On 2/4/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of
pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business,
SEASIDE PHARMACEUTICALS, which is a storage facility at Shurgard Storage Center, 1650
W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

6. On 2/14/2000 Thomas NAROG received 334 cartons, 1,150 pounds (gross weight) of
pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business,

2

SEASIDE PHARMACEUTICALS located at /Shurgard Storage Center, 1650 W. Oakland Park Blvd., Fort Lauderdale, Florida. 33311.

7. On 2/14/2000 Thomas NAROG/ SEASIDE PHARMACEUTICALS shipped 1,155 pounds (gross weight) of "pharmaceuticals" to JAM PHARMACEUTICAL, PO Box 433, 6220 Best Street, Heberon, West Bank, Israel. The shipment was sent from NAROG'S residence, 8 Castle Harbor Isle, Fort Lauderdale, FL 33308.

8. On 3/8/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS located at Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

9. On 3/13/2000 Thomas NAROG received 2 skids, 1,500 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

10. On 3/22/2000 Thomas NAROG and Ghandi JABER received 529 boxes, 700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

11. On 03/27/00 agents observed NAROG and another individual, Ghandi JABER assisted in loading the 700 pounds of pseudoephedrine which had been delivered a few days before, into a U-haul truck. JABER departed the area driving the U-HAUL. JABER delivered the U-haul truck to a Tarek Abu-Lawi, two blocks away. This appeared to be done so that Abu-

3

Lawi would not be known to NAROG. Agents surveilled the U-Haul truck to a second warehouse unit in Delray Beach, Florida where the pseudoephedrine was unloaded.

12. On 3/28/2000 Thomas NAROG received 480 cartons, 1,670 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS at the Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

13. Also on 03/28/00 agents conducted a surveillance on the Delray Beach warehouse where Abu-Lawi had delivered the pseudoephedrine which he had picked up the previous day. They observed several individuals load the pseudoephedrine into another rented truck. Agents followed the truck to Forward Air, a freight-forwarding warehouse, located at the Orlando International Airport. Agents determined that the pseudoephedrine was being shipped to an address in California. Agents passed on the shipping information to DEA agents in California. As a result of this information, on 04/03/00 and 04/04/00, agents of the California Department of Justice, Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCA), the South Gate Police Department Narcotics and Special Problems Unit and the Los Angeles Field Division, HIDTA Group 45, Clandestine Laboratory Team conducted a surveillance and investigation. This investigation led to the seizure of approximately 779,100 dosage units of pseudoephedrine tablets, 42.5 pounds of methamphetamine and $83,744.00 in U.S. currency. In addition to this seizure, South Gate Police Detectives arrested 8 adults in connection with this investigation.

14. On 04/04/00 NAROG, GHANDI JABER, and MOTLAQ JABER loaded 1,670 pounds of pseudoephedrine into a U-Haul truck. Ghandi JABER drove the U-Haul to a location

4

two blocks away where he transferred the U-Haul to a unknown individual. This individual then drove the pseudoephedrine to a warehouse in Delray Beach, Florida.

15. On 04/05/00, DEA agents conducted surveillance of the warehouse in Delray Beach, Florida. Agents observed an individual load the pseudoephedrine into another U-Haul van and drive the van to Forward Air, a freight forwarding company located at the Orlando International Airport in Orlando, Florida. The pseudoephedrine was shipped to an address in California. Agents notified DEA personnel in California of the pending shipment. As a result of this information, on 04/10/00 agents from the Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCATF) observed several suspects take possession of the pseudoephedrine. Based on information obtained from the surveillance, agents were issued search warrants for two storage lockers. As a result of the search warrants, agents seized over 2200 pounds (gross weight) of pseudoephedrine, approximately 264 grams of extracted ephedrine, approximately four gallons of pseudoephedrine in solution and a large amount of U.S. currency. There were a total of seven (7) suspects arrested.

16. On 04/25/00 NAROG and Ghandi JABER received approximately 2,300 pounds pseudoephedrine at NAROG'S business, SEASIDE PHARMACEUTICALS.

17. On 04/27/00 NAROG and Ghandi JABER loaded approximately 950 pounds of pseudoephedrine from the Seaside Pharmaceutical warehouse into a rented cargo van. JABER transferred possession of the van containing the pseudoephedrine to Zuhair Mahumud RABEI. Surveillance agents followed the cargo van, driven by RABEI to Lakeland and Tampa.

18. On 4/27/00, RABEI drove the rented cargo van with pseudoephedrine to the residence of AHMAD and NADIA ALMASRI, in Lakeland, Florida. RABEI and AHMAD

5

ALMASRI unloaded approximately 530 pounds of pseudoephedrine in boxes at the residence. This was a only a portion of pseudoephedrine that was in the van. After unloading part of the pseudoephedrine, RABEI and ALMASRI got back into the van and drove to a postal mailing business (Post Net) in Tampa, with the remaining boxes of pseudoephedrine. At the Post Net, ALMASRI and RABEI repackaged the smaller pseudoephedrine boxes into larger shipping boxes, where they shipped approximately 420 pounds of pseudoephedrine to California. Agents in California initiated surveillance on the shipment of pseudoephedrine upon its arrival in California. A search warrant was executed on the residence where the pseudoephedrine was delivered, and agents discovered a fully functional clandestine laboratory. Three people were arrested, 345,600 dosage units of Tru-Choice" pseudoephedrine was seized along with 35 pounds of extracted ephedrine, and thousands of empty pseudoephedrine bottles.

19. While RABEI and ALMASRI were driving to the mail packaging store in Tampa, agents observed Saber ABDELMUTI leave ALMASRI's residence in a green Ford Bronco. An agent observed numerous cardboard boxes, suspected of containing pseudoephedrine in the cargo area of the Bronco. ABDELMUTI was followed to his residence where he parked the Bronco and left in blue ambulance type vehicle. ABDELMUTI drove back to ALMASRI's residence and backed the blue ambulance type vehicle to the garage. ABDELMUTI and NADIA ALMASRI loaded numerous boxes of pseudoephedrine into the blue ambulance type vehicle. ABDELMUTI and NADIA ALMASRI made 10 trips from the garage to the blue ambulance type vehicle loading boxes of pseudoephedrine into the vehicle.

*[handwritten: When agents confronted Nadia ALMASRI, NADIA Almas: stated she had not loaded any boxes from her residence to the vehicle. Almasri also]*

20. Agents did a consent search on ABDELMUTI's blue ambulance type vehicle where *[handwritten: denies knowledge of]* they seized 58 boxes of "Tru-Choice" pseudoephedrine. Agents did a consent search of *[handwritten: any of the activity on this day.]*

6

ABDELMUTI's Ford Bronco where they seized 100 boxes of "Tru-Choice" pseudoephedrine.

21. On 6/1/00, agents observed NAROG, Ghandi JABER, Motlaq JABER and Raed
Nasir ALDIN arrive at SEASIDE PHARMACEUTICALS. They observed NAROG, GHANDI
JABER, MOTLAQ JABER and ALDIN move boxes of pseudoephedrine from one warehouse
(Unit 206/207) to a second warehouse (Unit 1352). A U-Haul truck was backed up to the storage
unit where 200 boxes of pseudoephedrine was loaded into the truck. The U-Haul departed with
RABAH EL-HADDAD driving, followed by Mohammed SAMHAN. EL-HADDAD drove the
U-Haul to a mail/packing store in Miami, followed by MOHAMMAD SAMHAN. At the Pak-
Mail Store EL-HADDAD and SAMHAN repackaged some of the boxes of pseudoephedrine
into larger boxes for shipment. The larger boxes were placed back in the U-Haul. EL-HADDAD
then drove the U-Haul to a Federal Express Office where it was shipped to California. On June
7, 2000, EL-HADDAD who had flown to California to facilitate the transfer of
pseudoephedrine, met with a confidential informant in San Jose, California. During this meeting
with the confidential informant, EL-HADDAD stated that he was looking for the "rat" in the
organization. Agents believe EL-HADDAD was referencing previous law enforcement
arrests/seizures of pseudoephedrine on the West coast.

22. On 6/1/00, agents observed Motlaq JABER and Raed Nasir ALDIN back a U-Haul
truck into the SEASIDE PHARMACEUTICAL warehouse (unit 206 of the Shurgard Storage
Facility). After being inside the warehouse for approximately one hour,    ALDIN and JABER
departed the warehouse and were followed by agents to a townhouse located at 704 North
Broughton Circle, in Boyton Beach, Florida. JABER and ALDIN unloaded several hundred
boxes of pseudoephedrine into the garage of the rented apartment. JABER and ALDIN returned

7

to the storage facility, loaded more boxes into the U-Haul and then returned to the townhouse at 704 North Broughton Circle. Agents again watched JABER and ALDIN unload hundreds of boxes of pseudoephedrine.

23. From June 1, 2000 until June 5, 2000, agents observed NABIL AQUIL, RAED ALDIN, NIZAR FNEICHE and GHANDI JABER as they entered and exited the townhouse and conducted numerous meetings. Agents observed AQUIL, ALDIN and FNEICHE load numerous large garbage bags containing thousands of empty pseudoephedrine bottles into their vehicles and transport them to dumpsters in the area. A search warrant was executed on that residence where agents observed the entire apartment was converted into a location used to repackage pseudoephedrine pills. Agents seized 118 boxes of pseudoephedrine and 31 boxes of loose pseudoephedrine pills which had been removed from the bottles and placed in gallon sized ziplock baggies. Also located at the residence were thousands of empty pseudoephedrine bottles. NABIL AQUIL and NIZAR FNEICHE had been in the apartment removing pills from the bottles and placing them in larger sized ziplock baggies for easier shipment. A total of approximately 3,352, 320 dosage units of pseudoephedrine was seized.

24. On 6/15/00, RABAH EL-HADDAD and MOHAMMED SAMHAN obtained a load of pseudoephedrine from NAROG at Seaside Pharmaceuticals (the storage warehouse). The pseudoephedrine was delivered by EL-HADDAD and SAMHAN to the PakMail shipping/packaging store in South Miami, where it was repackaged into 27 large cardboard boxes. The 27 boxes were loaded into a Ryder truck and delivered to Target Logistics Services near Miami International Airport. The 27 boxes of pseudoephedrine were being shipped to

8

Salem, Oregon. A few days later, EL-HADDAD arrived in Salem, Oregon via the airport in

Portland. In addition, EL-HADDAD labeled this pseudoephedrine shipment as "shoes". The

pseudoephedrine in the 27 boxes was seized by agents in Oregon.


FURTHER YOUR AFFIANT SAYETH NAUGHT


JOSEPH COLLINS, Special Agent
Drug Enforcement Administration


Sworn and subscribed to before me
this 31 day of July, 2000

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE


9

# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

NABIL AQUIL,
and NIZAR FNEICHE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED by _____ D.C.

JUL 31 2000

D E... DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: *OO-4190> BSS*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___September, 1999 until the present___ in ___Broward___ county, in the

___Southern___ District of ___Florida___, and elsewhere, defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown, to possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance; and did knowingly and intentionally possess and distribute pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance,

in violation of Title __21___ United States Code, Section(s) ___841(d)(2) and 846___

I further state that I am a(n) ___Special Agent___ and that this complaint is based on the following
                    Official Title

facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes   [ ] No

_____
Signature of Complainant
Joseph Collins
Special Agent, DEA

Sworn to before me, and subscribed in my presence,

July 30, 2000   —   12:06 p.m.      at ___Ft. Lauderdale, FL___
Date                                         City and State

BARRY S. SELTZER                      _____
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

AFFIDAVIT

Joseph Collins, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Drug Enforcement Administration assigned to the Fort
Lauderdale District Office, Miami, Florida Field Division. As such, I am an investigative or law
enforcement officer of the United States within the meaning of Title 18, United States Code,
Section 2510(7), that is, an officer of the United States who is empowered by law to conduct
investigations of and to make arrests for offenses enumerated in Title 18, United States Code,
Section 2516(1). I have been a Special Agent with DEA since September of 1998. I have
completed the Drug Enforcement Administration's Agent Training Academy in Quantico,
Virginia. During this academy, I received extensive training in the enforcement of narcotics
violations, undercover investigations and identification of narcotics. As a Special Agent, I have
participated in various narcotic investigations in South Florida involving individuals and
organizations suspected of and/or charged with narcotic related offenses.

2. Beginning in September of 1999, Thomas NAROG began receiving extraordinarily large
shipments of pseudoephedrine from drug manufacturers in New York. NAROG is the only
employee of Seaside Pharmaceutical, a newly formed pharmaceutical company in South Florida.
The company has no office and exists only in three separate storage units at the Shurgard
Storage Facility (a public storage facility, where anyone can rent a unit) on Oakland Park
Boulevard. Thomas NAROG became a DEA registrant, licensed to distribute drugs and
medication in 1998. Pseudoephedrine is an over the counter cold medicine that is not illegal to
possess or distribute. However, it is a precursor to methamphetamine, and is used to
manufacture methamphetamine usually in clandestine labs in the Western part of the country.

1

3.    THOMAS NAROG, has been obtaining extremely large quantities of pseudoephedrine which is being processed and manufactured into methamphetamine. Law enforcement officials in South Florida received information from law enforcement officials in California that pseudoephedrine with the brand name "Tru-Choice Maximum" was showing up in their arrests of individuals involved in the manufacture and distribution of methamphetamine. "Tru-Choice Maximum" is the label under which Narog receives his pseudoephedrine. Pseudoephedrine is a precursor to methamphetamine and a necessary component in the manufacture of methamphetamine. An analysis of NAROG/SEASIDE's pseudoephedrine purchases from September 1999 to the present shows the amount purchased far exceeds any amount that would be distributed for any legitimate purpose for a pharmaceutical company of its size.

4.    Thomas NAROG, Ghandi JABER Motlaq JABER, Raed Naser ALDIN, Rabah EL-HADDAD and Mohammed SAMHAN, and others have been involved in the sale, exportation, diversion and distribution of a listed chemical (that is pseudoephedrine), knowing, or having reasonable cause to believe, that the listed chemical will be used to manufacture a controlled substance (that is, methamphetamine).

5.    On 2/4/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS, which is a storage facility at Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

6. On 2/14/2000 Thomas NAROG received 334 cartons, 1,150 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business,

2

SEASIDE PHARMACEUTICALS located at /Shurgard Storage Center, 1650 W. Oakland Park Blvd., Fort Lauderdale, Florida. 33311.

7. On 2/14/2000 Thomas NAROG/ SEASIDE PHARMACEUTICALS shipped 1,155 pounds (gross weight) of "pharmaceuticals" to JAM PHARMACEUTICAL, PO Box 433, 6220 Best Street, Heberon, West Bank, Israel. The shipment was sent from NAROG'S residence, 8 Castle Harbor Isle, Fort Lauderdale, FL 33308.

8. On 3/8/2000 Thomas NAROG received 500 cartons, 1,700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS located at Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

9. On 3/13/2000 Thomas NAROG received 2 skids, 1,500 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

10. On 3/22/2000 Thomas NAROG and Ghandi JABER received 529 boxes, 700 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS/Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

11. On 03/27/00 agents observed NAROG and another individual, Ghandi JABER assisted in loading the 700 pounds of pseudoephedrine which had been delivered a few days before, into a U-haul truck. JABER departed the area driving the U-HAUL. JABER delivered the U-haul truck to a Tarek Abu-Lawi, two blocks away. This appeared to be done so that Abu-

3

Lawi would not be known to NAROG. Agents surveilled the U-Haul truck to a second warehouse unit in Delray Beach, Florida where the pseudoephedrine was unloaded.

12. On 3/28/2000 Thomas NAROG received 480 cartons, 1,670 pounds (gross weight) of pharmaceutical grade pseudoephedrine. The shipment was delivered to NAROG'S business, SEASIDE PHARMACEUTICALS at the Shurgard Storage Center, 1650 W. Oakland Park Blvd., Ft. Lauderdale, Florida. 33311.

13. Also on 03/28/00 agents conducted a surveillance on the Delray Beach warehouse where Abu-Lawi had delivered the pseudoephedrine which he had picked up the previous day. They observed several individuals load the pseudoephedrine into another rented truck. Agents followed the truck to Forward Air, a freight-forwarding warehouse, located at the Orlando International Airport. Agents determined that the pseudoephedrine was being shipped to an address in California. Agents passed on the shipping information to DEA agents in California. As a result of this information, on 04/03/00 and 04/04/00, agents of the California Department of Justice, Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCA), the South Gate Police Department Narcotics and Special Problems Unit and the Los Angeles Field Division, HIDTA Group 45, Clandestine Laboratory Team conducted a surveillance and investigation. This investigation led to the seizure of approximately 779,100 dosage units of pseudoephedrine tablets, 42.5 pounds of methamphetamine and $83,744.00 in U.S. currency. In addition to this seizure, South Gate Police Detectives arrested 8 adults in connection with this investigation.

14. On 04/04/00 NAROG, GHANDI JABER, and MOTLAQ JABER loaded 1,670 pounds of pseudoephedrine into a U-Haul truck. Ghandi JABER drove the U-Haul to a location

4

two blocks away where he transferred the U-Haul to a unknown individual. This individual then drove the pseudoephedrine to a warehouse in Delray Beach, Florida.

15. On 04/05/00, DEA agents conducted surveillance of the warehouse in Delray Beach, Florida. Agents observed an individual load the pseudoephedrine into another U-Haul van and drive the van to Forward Air, a freight forwarding company located at the Orlando International Airport in Orlando, Florida. The pseudoephedrine was shipped to an address in California. Agents notified DEA personnel in California of the pending shipment. As a result of this information, on 04/10/00 agents from the Bureau of Narcotics Enforcement-Inland Crackdown Allied Task Force (DOJ/BNE/INCATF) observed several suspects take possession of the pseudoephedrine. Based on information obtained from the surveillance, agents were issued search warrants for two storage lockers. As a result of the search warrants, agents seized over 2200 pounds (gross weight) of pseudoephedrine, approximately 264 grams of extracted ephedrine, approximately four gallons of pseudoephedrine in solution and a large amount of U.S. currency. There were a total of seven (7) suspects arrested.

16. On 04/25/00 NAROG and Ghandi JABER received approximately 2,300 pounds pseudoephedrine at NAROG'S business, SEASIDE PHARMACEUTICALS.

17. On 04/27/00 NAROG and Ghandi JABER loaded approximately 950 pounds of pseudoephedrine from the Seaside Pharmaceutical warehouse into a rented cargo van. JABER transferred possession of the van containing the pseudoephedrine to Zuhair Mahumud Rabei, another target of this investigation. Surveillance agents followed the cargo van to several residences in Lakeland, Florida and a postal forwarding business in Tampa, Florida where some of the pseudoephedrine was mailed to California. As a result of the surveillance, agents

subsequently seized all of the pseudoephedrine except what was mailed at the postal forwarding company in Tampa. Agents obtained information that the pseudoephedrine that was mailed was sent to an address in California. DEA agents in California were notified of the pending shipment. The agents in California initiated surveillance of the pseudoephedrine as it arrived in California. As a result of their investigation, three individuals were arrested and all of the pseudoephedrine was seized.

18. On 6/1/00, agents observed NAROG, Ghandi JABER, Motlaq JABER and Raed Nasir ALDIN arrive at SEASIDE PHARMACEUTICALS. They observed NAROG, GHANDI JABER, MOTLAQ JABER and ALDIN move boxes of pseudoephedrine from one warehouse (Unit 206/207) to a second warehouse (Unit 1352). A U-Haul truck was backed up to the storage unit where 200 boxes of pseudoephedrine was loaded into the truck. The U-Haul departed with RABAH EL-HADDAD driving, followed by Mohammed SAMHAN. EL-HADDAD drove the U-Haul to a mail/packing store in Miami, followed by MOHAMMAD SAMHAN. At the Pak-Mail Store EL-HADDAD and SAMHAN repackaged some of the boxes of pseudoephedrine into larger boxes for shipment. The larger boxes were placed back in the U-Haul. EL-HADDAD then drove the U-Haul to a Federal Express Office where it was shipped to California. On June 7, 2000, EL-HADDAD who had flown to California to facilitate the transfer of pseudoephedrine, met with a confidential informant in San Jose, California. During this meeting with the confidential informant, EL-HADDAD stated that he was looking for the "rat" in the organization. Agents believe EL-HADDAD was referencing previous law enforcement arrests/seizures of pseudoephedrine on the West coast.

19. On 6/1/00, agents observed Motlaq JABER and Raed Nasir ALDIN back a U-Haul

6

truck into the SEASIDE PHARMACEUTICAL warehouse (unit 206 of the Shurgard Storage Facility). After being inside the warehouse for approximately one hour,    ALDIN and JABER departed the warehouse and were followed by agents to a townhouse located at 704 North Broughton Circle, in Boyton Beach, Florida. JABER and ALDIN unloaded several hundred boxes of pseudoephedrine into the garage of the rented apartment. JABER and ALDIN returned to the storage facility, loaded more boxes into the U-Haul and then returned to the townhouse at 704 North Broughton Circle. Agents again watched JABER and ALDIN unload hundreds of boxes of pseudoephedrine.

20. From June 1, 2000 until June 5, 2000, agents observed NABIL AQUIL, RAED ALDIN, NIZAR FNEICHE and GHANDI JABER as they entered and exited the townhouse and conducted numerous meetings. Agents observed AQUIL, ALDIN and FNEICHE load numerous large garbage bags containing thousands of empty pseudoephedrine bottles into their vehicles and transport them to dumpsters in the area. A search warrant was executed on that residence where agents observed the entire apartment was converted into a location used to repackage pseudoephedrine pills. Agents seized 118 boxes of pseudoephedrine and 31 boxes of loose pseudoephedrine pills which had been removed from the bottles and placed in gallon sized ziplock baggies. Also located at the residence were thousands of empty pseudoephedrine bottles. NABIL AQUIL and NIZAR FNEICHE had been in the apartment removing pills from the bottles and placing them in larger sized ziplock baggies for easier shipment. A total of approximately 3,352, 320 dosage units of pseudoephedrine was seized.

21. On 6/15/00 RABAH EL-HADDAD and MOHAMMED SAMHAN obtained a load of pseudoephedrine from NAROG at Seaside Pharmaceuticals (the storage warehouse). The

7

pseudoephedrine was delivered by EL-HADDAD and SAMHAN to the PakMail

shipping/packaging store in South Miami, where it was repackaged into 27 large cardboard

boxes. The 27 boxes were loaded into a Ryder truck and delivered to Target Logistics Services

near Miami International Airport. The 27 boxes of pseudoephedrine were being shipped to

Salem, Oregon. A few days later, EL-HADDAD arrived in Salem, Oregon via the airport in

Portland. In addition, EL-HADDAD labeled this pseudoephedrine shipment as "shoes". The

pseudoephedrine in the 27 boxes was seized by agents in Oregon.

FURTHER YOUR AFFIANT SAYETH NAUGHT

JOSEPH COLLINS, Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
this ___ day of July, 2000

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

8