AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954) 489-1730

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   494481

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-6211-CR-Hurley

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RABAH EL HADDAD _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER                                    U.S. MAGISTRATE JUDGE
~~CLARENCE MADDOX~~                              ~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Name of Issuing Officer                          Title of Issuing Officer

Barry Seltzer                                    July 29, 2000
Signature of Issuing Officer                     ~~AUGUST 1, 2000~~ FORT LAUDERDALE, FLORIDA
                                                 Date and Location

Bail fixed at $PRE-TRIAL DETENTION               by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
                                                 Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at San Jose, California |||
| DATE RECEIVED 7/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/8/00 | FOR: DEA | Edward Purchase, SDUSM |