NIGHT BOX
FILED

AUG 2 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

REC'D by _____
TAKE _____

AUG 2 4 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,    :        CASE NO. 00-6211-CR-HURLEY
   Plaintiff,                              :

v.                                                      :
                                                         :
RABAH EL HADDAD, et al.,             :
   Defendants.                         :

. . . . . . . . . . . . . . . . . . . . . . . . . . .  :

## MOTION FOR PRE-TRIAL RELEASE

On August 24, 2000 at 2 p.m., Rabah El Haddad will make his initial appearance before this Court. At that time, we will seek to have Mr. Haddad admitted to bond.

Mr. Haddad was arrested on August 8, 2000 in California and has been held as a pre-trial detainee. The court-appointed lawyer for Mr. Haddad was unable to arrange for Mr. Haddad's extensive family from South Florida to travel to attend the initial hearing and the court denied Mr. Haddad bond. In light of the fact that Mr. Haddad is a United States citizen with extensive family and community ties in South Florida who are willing to appear as character witnesses on his behalf, we request a *de novo* hearing before the Magistrate Judge or the District Judge.

We would like to provide the following information:

**Name**              Rabah El Haddad Awad
**Date of Birth**     January 28, 1962
**Place of Birth**    Jordan
**Citizenship**       United States

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

| | |
|---|---|
| **U.S. Passport No.**[1] | 045304778 |
| **Palestine Passport No.** | 0563476 |
| **Social Security Number** | 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 |
| **Home Address** | 17112 S.W. 143rd Place |
| | Miami, FL 33177 (1997- present) |
| | (786) 242-2725 |
| **Place of Employment**[2] | Tabina Inc. Exxon Station |
| | 13690 S.W. 268th Street |
| | Miami, FL 33032 |
| | (305) 257-3927 |

Mr. Haddad came to the United States on September 9, 1979, and has been a

U.S. citizen since 1986. Mr. Haddad has been married to his wife, Sylvia, a U.S.

citizen born in California, for eighteen years. Mr. Haddad and Sylvia have eight

children, all of whom were born in the United States. Mr. Haddad's mother is a

permanent U.S. resident.

Mr. Haddad is responsible for the support of his wife and their eight children,

ranging in age from 22 months to seventeen years. Mr. Haddad helps care for their

youngest child, Hadeel, who is severely disabled (at the age of 16 months, Hadeel had

the mental equivalent of a 2 month old, and the motor equivalent of a 1 month old).

Hadeel is treated by the University of Miami School of Medicine, Mailman Center for

---

[1] The defendant has two family surnames- Haddad and Awad. The birth certificate and social security card reflect "Awad." When the defendant was naturalized in 1986, he changed to "Haddad." Documents obtained *after* naturalization, including his U.S. Passport, therefore use the name "Haddad." The defendant's wife and children use "Awad" to the extent that the marriage occurred and the first child was born *before* the defendant's naturalization. See copies of Mr. Haddad's U.S. Passport and Palestine Passport, attached as Exhibit A.

[2] Mr. Haddad worked at the Exxon station until his arrest in California on August 8, 2000. This information was confirmed by Mr. Haddad's supervisor at work, Mohammed Iqbal, who is a permanent U.S. resident, d.o.b. 3/8/44. Mr. Iqbal stated that if admitted to bond, Mr. Haddad is welcome to return to his job at the gas station.

Child Development, and requires physical therapy five times a week. See Letter from University of Miami School of Medicine, attached as Exhibit B.

In addition to his wife and eight children, Mr. Haddad has three brothers living in the South Florida area, all of whom have extensive families themselves. Several of Mr. Haddad's family members will attend the bond hearing as character witnesses in support of Mr. Haddad.[3]  They include:

**Sylvia Maria Awad**, wife of Mr. Haddad, and mother of their eight children.
- born 1/18/66, California, United States.
- U.S. Citizen, Passport No. 045519261

**Said Rabah Awad**, son of Mr. Haddad and Sylvia Awad.
- d.o.b. 8/18/83
- U.S. Citizen, Passport No. 045519265

**Adiveh Awad**, daughter of Mr. Haddad and Sylvia Awad.
- d.o.b. 4/10/86
- U.S. Citizen, Passport No.

**Palestine Awad**, daughter of Mr. Haddad and Sylvia Awad.
- d.o.b. 1/7/88
- U.S. Citizen, Passport No.

**Botheynah Awad**, daughter of Mr. Haddad and Sylvia Awad.
- d.o.b. 12/25/89
- U.S. Citizen, Passport No. 045519262

**Nejmah Awad**, daughter of Mr. Haddad and Sylvia Awad.
- d.o.b. 3/13/91
- U.S. Citizen, Passport No. 045519260

**Arreeg Awad**, daughter of Mr. Haddad and Sylvia Awad.
- d.o.b. 4/30/92
- U.S. Citizen, Passport No. 045519264

---

[3]  See copies of U.S. passports, resident alien cards, and permanent resident cards of family members, attached as Exhibit B.

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

**Hasan Rabah Awad**, son of Mr. Haddad and Sylvia Awad.
- –    d.o.b. 12/15/94
- –    U.S. Citizen, Passport No. 045519268

**Hadeel Rabah Awad**, daughter of Mr. Haddad and Sylvia Awad.
- –    d.o.b. 10/30/98
- –    U.S. Citizen, Passport No. 045519267

**Ghanem Said Haddabeh**, brother of Mr. Haddad.
- –    d.o.b. 7/11/51
- –    U.S. Citizen, Passport No. 044361739
- –    resides at:
      14772 S.W. 171st Terrace
      Miami, FL 33187
      (305) 253-3666
- –    employed with:
      Estrella Supermarket
      4701 N.W. 17th Ave.
      Miami, FL
      (305) 635-3233

**Husun Ghanem Haddabeh**, wife of Ghanem Haddabeh.
- –    d.o.b. 10/12/54
- –    U.S. Resident Alien No. 10 28 03

**Ada Ghanem Haddabeh**, son of Ghanem and Husun Haddabeh.
- –    d.o.b. 1/14/85
- –    U.S. Citizen, Passport No. 701004670

**Ruby Ghanem Haddebh**, daughter of Ghanem and Husun Haddabeh.
- –    d.o.b. 12/15/89
- –    U.S. Citizen, Passport No. 701518121

**Ribhi Said Awad**, brother of Mr. Haddad.
- –    d.o.b. 12/5/56
- –    U.S. Citizen, Passport No. 045532332
- –    resides at:
      13900 Lake Placid Court #812
      Miami Lakes, FL
      (305) 828-6069
- –    employed with:
      Estrella Supermarket
      4701 N.W. 17th Ave.
      Miami, FL
      (305) 635-3233

-4-

**Haniya Awad**, wife of Ribhi Awad.
- &ndash;     d.o.b. 2/11/68
- &ndash;     U.S. Permanent Resident No. 040-172-107

**Mohamed Ribhi Awad**, son of Ribhi and Haniya Awad.
- &ndash;     d.o.b. 9/13/88
- &ndash;     U.S. Citizen, Passport No. 045249979

**Hana Ribhi Awad**, daughter of Ribhi and Haniya Awad.
- &ndash;     d.o.b. 2/22/90
- &ndash;     U.S. Citizen, Passport No. 045249977

**Eadiveh Ribhi Awad**, daughter of Ribhi and Haniya Awad.
- &ndash;     d.o.b. 10/26/92
- &ndash;     U.S. Citizen, Passport No. 045249978

**Said Ribhi Awad**, son of Ribhi and Haniya Awad.
- &ndash;     d.o.b. 6/26/95
- &ndash;     U.S. Citizen, Passport No. 045249980

**Isaid Awad**, brother of Mr. Haddad.
- &ndash;     d.o.b. 2/20/69
- &ndash;     U.S. Citizen, Passport No.
- &ndash;     resides at:
  14772 S.W. 171st Terrace
  Miami, FL 33187
  (305) 253-3666
- &ndash;     employed with:
  Coast to Coast Bailbonds
  1465 N.W. North River Drive
  Miami, FL 33125

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

**Acie Franklin,** friend of Mr. Haddad and family.
– Mr. Franklin is President of Prince-Red / Naranja Community Center, a non-profit organization which provides neighborhood residents with recreational activities, counseling services, referral programs, and turoring. The Center is located at:
26421 S.W. 134th Place
Miami, FL 33032
(305) 258-5471


Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421


By _____ FOR:
**HOWARD SREBNICK, ESQ.**
Florida Bar Number 919063
Temporary Attorney for Rabah El Haddad


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax to: **Laurence M. Bardfeld, Esq.**, Assistant U.S. Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale,  FL 33394-3002 on August 23, 2000.


By _____ FOR:
**HOWARD SREBNICK, ESQ.**
Temporary Attorney for Rabah El Haddad

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| PASSPORT | Type/Caté-gorie | Code of issuing / code du pays State | PASSPORT NO./NO. DU PASSEPORT |
|---|---|---|---|
| | P | USA | 045304778 |

Surname / Nom
**HADDAD**

Given names / Prénoms
**RABAH EL**

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
**28 JAN/JAN 62**

Sex / Sexe     Place of birth / Lieu de naissance
**M     JORDAN**

Date of issue / Date de délivrance     Date of expiration / Date d'expiration
**22 JAN/JAN 99     21 JAN/JAN 09**

Authority / Autorité
**PASSPORT AGENCY**
**MIAMI**

Amendments/Modifications
SEE PAGE
**24**

P<USAHADDAD<<RABAH<EL<<<<<<<<<<<<<<<<<<<<<<<<
045304778OUSA6201289M0901211<<<<<<<<<<<<<<0

**EXHIBIT A**





السلطة الفلسطينية
THE PALESTINIAN AUTHORITY

THIS PASSPORT/TRAVEL DOCUMENT IS ISSUED PURSUANT TO THE PALESTINIAN SELF GOVERNMENT AGREEMENT ACCORDING TO OSLO AGREEMENT SIGNED IN WASHINGTON ON 13/9/1993.

IT IS REQUIRED FROM ALL THOSE WHOM IT MIGHT CONCERN TO ALLOW THE BEARER OF THIS PASSPORT/TRAVEL DOCUMENT TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD HIM (HER) SUCH ASSISTANCE AND PROTECTION AS MAY BE NECESSARY.

MINISTER OF THE INTERIOR
OR
DIRECTOR GENERAL OF
CIVIL REGISTRATION AND
PASSPORT DEPARTMENT

---

| | | |
|---|---|---|
| **PASSPORT** جواز سفر | | |
| **TRAVEL DOCUMENT** | | |
| 0563476 | | |



| English | Arabic | Field |
|---|---|---|
| RABAH S I HADDAD | رباح سعيد اسعيد حداد | الإسم كاملاً **FULL NAME** |
| ADIBA | اديبه | اسم الأم **MOTHER NAME** |
| 410432488 | 410432488 | رقم الهوية **IDNO** |
| 28-01-1962 | 1962-01-28 | تاريخ الميلاد **DATE OF BIRTH** |
| DEIR DEBWAN | دير دبوان | مكان الميلاد **PLACE OF BIRTH** |
| Male | ذكر | الجنس **SEX** |
| 05-04-2002 | 2002-04-05 | تاريخ الانتهاء **DATE OF EXPIRY** |
| NONE | بدون | المهنة **PROFESSION** |

P<PS<RABAH<S<I<HADDAD<<ADIBA<<<<<<<<<<<<<<
0563476<<3PSE6201289M0204059410432488<<<<<0



**UNIVERSITY OF**

# Miami

SCHOOL OF MEDICINE

March 10, 2000

Dr. Roberto Bilones
Miami, Florida

RE:  Awad, Hadeel
       DOB: 10-5-98
       JMH:

Chronological Age: 16 months

| | |
|---|---:|
| Weight: 47 pounds, 5 ounces | (<5 percentile) |
| Height: 30 inches | (10-25 percentile) |
| Head Size: 39.6 cms. | (<5 percentile) |

**Medical Assessment:**  Hadeel is a cute little girl 16 months old with microcephaly and spasticity.  She was diagnosed with congenital CMV and has been followed by audiology.  Hearing appears normal.  Vision is followed by ophthalmology and she has strasbismus.  Muscle tone is significant increase and reflexes are increased and primitive reflexes still present.  Immunizations are up to date.

**Developmental Assessment:**
Tests Administered: Bayley Scales of Infant Development / Developmental Profile (DPIYC)

**Test Observations:**
Hadeel was evaluated 2-9-2000 by Maria Calejo in English.  She appeared cooperative, therefore today's assessment can be considered a valid estimate of Hadeel's development at this time.

**Bayley:**
The Bayley Scale resulted in a Mental Development score within the delayed range, developmental equivalent of 2 months;  and a Motor Development score within the delayed range, developmental equivalent of 1 months.

**EXHIBIT B**

Early Intervention Program D-820
Mailman Center for Child Development
1601 N.W. 12th Avenue
Miami, Florida 33136
305-243-6660 / 305-243-5600
Fax: 305-243-3501

**DPIYC Test Results:**

| | |
|---|---|
| Cognitive (2 months): | Hadeel can bring her hands to her mouth. |
| Communication: (4 months): | She vocalizes when sung to and turns her head in the direction of sounds. |
| Fine Motor: (3 months): | She reaches for a dangling object. |
| Gross Motor: (2 months): | Hadeel kicks her feet when placed on her back. |
| Social: (5 months): | She smiles in response to familiar people. |
| Adaptive (5 months): | According to her mother, she takes pureed food from a spoon. |

**Family Psychosocial:** Hadeel's family reported strengths and resources in the areas of co-joint parenting, extended family support, social support and interest to learn more about their child's development. This family did not identify any significant social risk factors as it relates to Hadeel's development. No recommendations or referrals at this time.

**Recommendations:** Based on the above results and on observations of Hadeel's behavior during the evaluation today it is recommended that: Early intervention or Home Visitor program which provides intensive developmental stimulation. Hadeel should continue Occupational Therapy for her delay in the area of fine motor skills and continue Physical Therapy for her delayed level of functioning in the area of gross motor development. Continue neurology follow up because spasticity, microcephaly. Continue audiology follow up because she was diagnosed with congenital CMS therefore she is at risk for hearing impairment. Continue orthopedic follow up. Continue ophthalmology follow up because she has strabismus.

**Referrals:** Home Visitor, B-2

Hadeel's next appointment is scheduled for 2-7-01 at 12:00pm. Please feel free to contact our office if you have any questions or require any additional information.

_____          _____
Alejandra Bonnet, M.D.                              June Pimm, PhD.
                                                                  Psychology Coordinator

c.c.     Dr. C.R. Bauer
         Parent
         Case Manager /Gregory Cowan

AB/mdb

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT

Type/Caté-gorie  Code of issuing / code du pays  PASSPORT NO. /NO DE PASSEPORT
P               State    USA   émetteur          045519261

Surname / Nom
AWAD
Given names / Prénoms
SYLVIA MARIA
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
18 JAN/JAN 66
Sex / Sexe    Place of birth / Lieu de naissance
F        CALIFORNIA, U.S.A.
Date of issue / Date de délivrance    Date of expiration / Date d'expiration
11 JUN/JUN 99        10 JUN/JUN 09
Authority / Autorité                  Amendments/Modifications
PASSPORT AGENCY                       SEE PAGE
MIAMI                                 24

P<USAAWAD<<SYLVIA<MARIA<<<<<<<<<<<<<<<<<<<<<<<
0455192617USA6601188F0906102<<<<<<<<<<<<<<<2

**EXHIBIT C**

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT

Type/Caté-    Code of issuing / code du pays   PASSPORT NO./N° DU PASSEPORT
gorie         State        USA    emetteur
P                                               045519265

Surname / Nom
AWAD
Given names / Prénoms
SAID RABAH
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
18 AUG/AOU 83
Sex / Sexe    Place of birth / Lieu de naissance
M             CALIFORNIA, U.S.A.
Date of issue / Date de délivrance         Date of expiration / Date d'expiration
11 JUN/JUN 99                              10 JUN/JUN 04
Authority / Autorité                       Amendments/
                                           Modifications
PASSPORT AGENCY                            SEE PAGE
                                           24
MIAMI

P<USAAWAD<<SAID<RABAH<<<<<<<<<<<<<<<<<<<<<<<
0455192651USA8308182M0406107<<<<<<<<<<<<<<<0

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT

USA

Type/Caté-gorie    Code of issuing / code du pays    PASSPORT NO / NO DU PASSEPORT
P          State          USA          045519262
Surname / Nom
AWAD
Given names / Prénoms
BOTHEYNAH
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
25 DEC/DEC 89
Sex / Sexe    Place of birth / Lieu de naissance
F          FLORIDA, U.S.A.
Date of issue / Date de délivrance      Date of expiration / Date d expiration
11 JUN/JUN 99        10 JUN/JUN 04
Authority / Autorité                    Amendments/
PASSPORT AGENCY                Modifications
                                         SEE PAGE
MIAMI                                    24

P<USAAWAD<<BOTHEYNAH<<<<<<<<<<<<<<<<<<<<<<<<<<
0455192628USA8912259F0406107<<<<<<<<<<<<<<2

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| | |
|---|---|
| **PASSPORT** **PASSEPORT** | Type/Caté-gorie **P** Code of issuing / code du pays State **USA** émetteur PASSPORT NO./N° DE PASSEPORT **045519260** |

Surname / Nom
**AWAD**
Given names / Prénoms
**NEJMAH**
Nationality / Nationalité
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance
**13 MAR/MAR 91**
Sex / Sexe        Place of birth / Lieu de naissance
**F        FLORIDA, U.S.A.**
Date of issue / Date de délivrance        Date of expiration / Date d'expiration
**11 JUN/JUN 99        10 JUN/JUN 04**
Authority / Autorité
**PASSPORT AGENCY**
Amendments/ Modifications
SEE PAGE
**MIAMI**        **24**

P<USAAWAD<<NEJMAH<<<<<<<<<<<<<<<<<<<<<<<<<<<
045519260 6USA9103133F0406107<<<<<<<<<<<<<<<4

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT

Type/Catégorie: **P**
Code of issuing State / code du pays émetteur: **USA**
PASSPORT NO./NO. DE PASSEPORT: **045519264**

Surname / Nom
**AWAD**

Given names / Prénoms
**ARREEG**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**30 APR/AVR 92**

Sex / Sexe  **F**
Place of birth / Lieu de naissance  **FLORIDA, U.S.A.**

Date of issue / Date de délivrance
**11 JUN/JUN 99**

Date of expiration / Date d expiration
**10 JUN/JUN 04**

Authority / Autorité
**PASSPORT AGENCY**

**MIAMI**

Amendments/ Modifications
SEE PAGE **24**

```
P<USAAWAD<<ARREEG<<<<<<<<<<<<<<<<<<<<<<<<<<<
0455192640USA9204306F0406107<<<<<<<<<<<<<<0
```

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

Type/Caté-gorie    Code of issuing / code du pays    PASSPORT NO./NO DU PASSEPORT
State    émetteur
P                          USA                      045519268

Surname / Nom
AWAD

Given names / Prénoms
HASAN RABAH

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
15 DEC/DEC 94

Sex / Saxe    Place of birth / Lieu de naissance
M     FLORIDA, U.S.A.

Date of issue / Date de délivrance    Date of expiration / Date d'expiration
11 JUN/JUN 99        10 JUN/JUN 04

Authority / Autorité                    Amendments/Modifications
PASSPORT AGENCY                         SEE PAGE

MIAMI                                   24

P<USAAWAD<<HASAN<RABAH<<<<<<<<<<<<<<<<<<<<<<<<
0455192684USA9412158M0406107<<<<<<<<<<<<<<<4

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT
USA



UNITED STATES OF AMERICA

| Type/Caté-gorie | Code of issuing / code du pays State emetteur | PASSPORT NO./NO. DU PASSEPORT |
|---|---|---|
| P | USA | 045519267 |

Surname / Nom
**AWAD**

Given names / Prénoms
**HADEEL RABAH**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**30 OCT/OCT 98**

Sex / Sexe
**F**

Place of birth / Lieu de naissance
**FLORIDA, U.S.A.**

Date of issue / Date de délivrance
**11 JUN/JUN 99**

Date of expiration / Date d'expiration
**10 JUN/JUN 04**

Authority / Autorité
**PASSPORT AGENCY**

**MIAMI**

Amendments/
Modifications
SEE PAGE
**24**

P<USAAWAD<<HADEEL<RABAH<<<<<<<<<<<<<<<<<<<<<<
0455192673USA9810307F0406107<<<<<<<<<<<<<<8

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

*G. Haddabeh*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



**UNITED STATES OF AMERICA**

| Type/Caté-gorie | Code of issuing State / Code du pays émetteur | PASSPORT NO./NO. de PASSPORT |
|---|---|---|
| P | USA | 044361739 |

Surname / Nom
**HADDABEH**
Given names / Prénoms
**GHANEM SAID**
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
**11 JUL/JUI 51**
Sex / Sexe      Place of birth / Lieu de naissance
**M       JORDAN**
Date of issue / Date de délivrance
**12 MAY/MAI 95**
Date of expiration / Date d'expiration
**11 MAY/MAI 05**
Authority / Autorité
**PASSPORT AGENCY**
**MIAMI**
Amendments/Modifications
SEE PAGE
**24**



P<USAHADDABEH<<GHANEM<SAID<<<<<<<<<<<<<<<<<<<
044361739USA5107111M0505114<<<<<<<<<<<<<<6



The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Ata  Haddabeh*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

Type/Catégorie **P**   Code of issuing / code du pays émetteur **USA**   PASSPORT NO./NO. DE PASSPORT **701004670**

Surname / Nom
**HADDABEH**

Given names / Prénoms
**ATA GHANEM**

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
**14 JAN/JAN 85**

Sex / Sexe **M**   Place of birth / Lieu de naissance **NEW YORK, USA**

Date of issue / Date de délivrance **12 JUN/JUN 97**   Date of expiration / Date d'expiration **11 JUN/JUN 02**

Authority / Autorité
**U.S. CONSULATE GENERAL**

**JERUSALEM**

Amendments/Modifications
SEE PAGE **24**

P<USAHADDABEH<<ATA<GHANEM<<<<<<<<<<<<<<<<<<
701004670USA8501145M0206112<<<<<<<<<<<<<<

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Ruby   HaDDEBH*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



PASSPORT

**UNITED STATES OF AMERICA**

Type/Caté-gorie **P**    Code of issuing / code du pays emetteur **USA**    PASSPORT NO./No DU PASSEPORT **701518121**

Surname / Nom
**HADDEBH**
Given names / Prénoms
**RUBY GHANEM**
Nationality / Nationalité
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance
**15 DEC/DEC 89**
Sex / Sexe **F**    Place of birth / Lieu de naissance
**NEW YORK, U.S.A.**
Date of issue / Date de délivrance
**13 MAY/MAI 99**    Date of expiration / Date d'expiration
**12 MAY/MAI 04**
Authority / Autorité
**U.S. CONSULATE GENERAL**    Amendments/Modifications SEE PAGE 24

**JERUSALEM,**

P<USAHADDEBH<<RUBY<GHANEM<<<<<<<<<<<<<<<<<<<
7015181210USA8912156F0405122<<<<<<<<<<<<<<8

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
USA

Type/Caté- | Code of issuing | code du pays | PASSPORT NO./N° du PASSEPORT
gorie | State | émetteur
P | | USA | 045532332

Surname / Nom
**AWAD**

Given names / Prénoms
**RIBHI SAID**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**05 DEC/DEC 56**

Sex / Sexe    Place of birth / Lieu de naissance
**M        JORDAN**

Date of issue / Date de délivrance          Date of expiration / Date d'expiration
**23 JUL/JUI 99**          **22 JUL/JUI 09**

Authority / Autorité                          Amendments/
**PASSPORT AGENCY**                          Modifications
                                             SEE PAGE
**MIAMI**                                     **24**

```
P<USAAWAD<<RIBHI<SAID<<<<<<<<<<<<<<<<<<<<<<<<<
0455323325USA5612053M0907224<<<<<<<<<<<<<<<<2
```

## PERMANENT RESIDENT CARD



NAME AWAD, HANIYA R





INS A# 040-172-107
Birthdate          Category    Sex
02/11/68                        F
Country of Birth
Jordan
CARD EXPIRES 05/20/10
Resident Since 03/15/88

```
C1USA0401721079SRC0012953676<<
6802114F1005208JOR<<<<<<<<<<<9
AWAD<<HANIYA<RIBHI<<<<<<<<<<<<
```

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin. de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| | |
|---|---|
| Type / Caté- gorie **P** | Code of issuing / code du pays State **USA** émetteur | PASSPORT NO. / NC DU PASSEPORT **045249979** |

PASSPORT USA

Surname / Nom
**AWAD**
Given names / Prénoms
**MOHAMED RIBHI**
Nationality / Nationalité
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance
**13 SEP/SEP 88**
Sex / Sexe **M**  Place of birth / Lieu de naissance **NEW YORK, U.S.A.**
Date of issue / Date de délivrance
**02 APR/AVR 98**
Date of expiration / Date d'expiration
**01 APR/AVR 03**
Authority / Autorité
**PASSPORT AGENCY**
Amendments/ Modifications
SEE PAGE **24**

**MIAMI**

P<USAAWAD<<MOHAMED<RIBHI<<<<<<<<<<<<<<<<<<
045249979 5USA8809139M0304018<<<<<<<<<<<<<4

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



**PASSPORT**

USA

UNITED STATES OF AMERICA

Type/Caté-gorie: **P**  Code of issuing / code du pays / State émetteur: **USA**  PASSPORT NO /NO DU PASSEPORT: **045249977**

Surname / Nom: **AWAD**

Given names / Prénoms: **HANA RIBHI**

Nationality / Nationalité: **UNITED STATES OF AMERICA**

Date of birth / Date de naissance: **22 FEB/FEV 90**

Sex / Sexe: **F**   Place of birth / Lieu de naissance: **NEW YORK, U.S.A.**

Date of issue / Date de délivrance: **02 APR/AVR 98**   Date of expiration / Date d'expiration: **01 APR/AVR 03**

Authority / Autorité: **PASSPORT AGENCY**

**MIAMI**

Amendments/Modifications: **SEE PAGE 24**

```
P<USAAWAD<<HANA<RIBHI<<<<<<<<<<<<<<<<<<<<<<<<
0452499773USA9002225F0304018<<<<<<<<<<<<<<<4
```

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

PASSPORT

USA

UNITED STATES OF AMERICA

Type/Caté-gorie **P**   Code of issuing / code du pays State **USA** emetteur   PASSPORT NO./N° DU PASSEPORT **045249978**

Surname / Nom
**AWAD**
Given names / Prénoms
**EADIVEH RIBHI**
Nationality / Nationalité
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance
**26 OCT/OCT 92**
Sex / Sexe **F**   Place of birth / Lieu de naissance **FLORIDA, U.S.A.**
Date of issue / Date de délivrance **02 APR/AVR 98**   Date of expiration / Date d'expiration **01 APR/AVR 03**
Authority / Autorité
**PASSPORT AGENCY**   Amendments / Modifications SEE PAGE **24**
**MIAMI**

P<USAAWAD<<EADIVEH<RIBHI<<<<<<<<<<<<<<<<<<<<
0452499784USA9210262F0304018<<<<<<<<<<<<<<4

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT

USA

Type/Caté-gorie **P**

Code of issuing / code du pays émetteur **USA**

PASSPORT NO./NO. DE PASSEPORT **045249980**

Surname / Nom
**AWAD**

Given names / Prénoms
**SAID RIBHI**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**26 JUN/JUN 95**

Sex / Sexe **M**    Place of birth / Lieu de naissance **FLORIDA, U.S.A.**

Date of issue / Date de délivrance
**02 APR/AVR 98**

Date of expiration / Date d'expiration
**01 APR/AVR 03**

Authority / Autorité
**PASSPORT AGENCY**

**MIAMI**

Amendments/
Modifications
SEE PAGE
**24**

```
P<USAAWAD<<SAID<RIBHI<<<<<<<<<<<<<<<<<<<<<<<<
0452499809USA9506262M0304018<<<<<<<<<<<<<<<8
```