NIGHT BOX FILED
AUG 29 2000
CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA )
)
v. )
)
RABAH EL HADDAD )
)
_____)

NOTICE OF APPEAL OF MAGISTRATE JUDGE'S
DENIAL OF REQUEST FOR PRETRIAL DETENTION

The United States of America, by and through undersigned counsel, hereby gives notice of its intention to appeal Magistrate Judge Bandstra's August 29, 2000, Order Denying the United States' Request for Pretrial Detention of Defendant RABAH EL HADDAD.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___29th___ day of August, 2000, to: Howard Srebnick, Esquire, 201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY