**NIGHT BOX FILED**

AUG 3 0 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA )
)
v. )
)
RABAH EL HADDAD )
)
_____)

## NOTICE OF FILING

The United States of America, by and through undersigned counsel, hereby gives notice of filing the attached order, which should have been attached to Government's August 29, 2000, Appeal of Magistrate Judge's Denial of Request for Pretrial Detention as Government's Exhibit 1. The United States has ordered the transcript of the August 29, 2000 hearing and will be filing the transcript as soon as it is completed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450
E-Mail: Laurencebardfeld@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 30th day of August, 2000, to: Howard Srebnick, Esquire, 201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAURENCE M. BARDFELD
　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY

United States of America, Plaintiff,  Case Number CR-_-_-_-_
v. Rabah El Haddad, Defendant.                    ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 USC §3142(f), a detention hearing was held on 8-7, 2000. Defendant was present, represented by his attorney J. Fong. The United States was represented by Assistant U.S. Attorney J. Wong.

### PART I. PRESUMPTIONS APPLICABLE

/ / The defendant is charged with an offense described in 18 USC §3142(f)(1) and the defendant has been convicted of a prior offense described in 18 USC §3142(f)(1) while on release pending trial for a federal, state or local offense, and a period of not more than five (5) years has elapsed since the date of conviction or the release of the person from imprisonment, whichever is later.
This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

/X/ There is probable cause based upon (the indictment) (the facts found in Part IV below) to believe that the defendant has committed an offense
  A. _X_ for which a maximum term of imprisonment of 10 years or more is prescribed in 21 USC §801 et seq, §951 et seq, or §955a et seq, OR
  B. ___ under 18 USC §924(c): use of a firearm during the commission of a felony.
This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

/ / No presumption applies.

### PART II. REBUTTAL OF PRESUMPTIONS, IF APPLICABLE

/ / The defendant has not come forward with any evidence to rebut the applicable presumption[s], and he therefore will be ordered detained.

/X/ The defendant has come forward with evidence to rebut the applicable presumption[s] to wit: _He has a wife and 8 children in Fla. He has relatives in Fla. who would post property for_ _him._
Thus, the burden of proof shifts back to the United States.

### PART III. PROOF (WHERE PRESUMPTIONS REBUTTED OR INAPPLICABLE)

/X/ The United States has proved to a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, AND/OR

/ / The United States has proved by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

### PART IV. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

/X/ The Court has taken into account the factors set out in 18 USC §3142(g) and all of the information submitted at hearing and finds as follows: _This defendant is charged with violations of 21 USC §846 + 841(d)(2). The substance involved is pseudoephedrine used to make methamphetamine. He is charged in a case with national and international connections. He travels freely to the Mid-East and has had access to large amounts of drugs and money. His ties are to Fla., residence, job, family and etc. However he has been arrested in the city_ _A number of_
/ / Defendant, his attorney, and the AUSA have waived written findings. _for the activity charged_

### PART V. DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 8-7-00

_Patricia V. Turnoff_
UNITED STATES MAGISTRATE JUDGE

AUSA____, ATTY____, PTS

**GOVERNMENT EXHIBIT 1**