UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**RABAH EL HADDAD,**
    **Defendant.**
_____/



## ORDER STAYING MAGISTRATE JUDGE'S ORDER
## RELEASING DEFENDANT ON BOND

**THIS CAUSE** is before the court upon the government's motion to stay the order of the United States Magistrate Judge releasing the defendant on bond. Upon consideration of the motion, it is

**ORDERED** and **ADJUDGED** that the government's motion is **granted.** The magistrate judge's order setting bond in this case is **stayed** pending full review by this court.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this 30th day of August, 2000.

**copy furnished:**
AUSA Laurence M. Bardfeld
Howard Srebnick, Esq.

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage