# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**

**RABAH EL HADDAD,**
    **Defendant.**

-----------------------------------------/



## ORDER VACATING ORDER STAYING MAGISTRATE
## JUDGE'S ORDER RELEASING DEFENDANT ON BOND

**THIS CAUSE** was before the court following a telephonic status conference held on August 30, 2000. Counsel representing the parties were present. With the parties agreeing, it is

**ORDERED** and **ADJUDGED**:

The order staying the magistrate judge's order releasing the defendant on bond, dated August 30, 2000, is hereby vacated and set aside. The appeal, however, shall be considered in due course.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _30th_ day of August, 2000.

**copy furnished:**
AUSA Laurence M. Bardfeld
Howard M. Serbnick, Esq.

Daniel T. K. Hurley
United States District Judge