UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6211-CR-Hurley

UNITED STATES OF AMERICA,

Rabah EL Haddad

## ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION & SETTING A BOND

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____ The government's motion is **denied**.

____ The defendant's motion is **granted**; bond is set at:

__X__ Personal Surety, unsecured, in the amount of $200,000

Co-Signed by w/Fe/3 brothers + 3 wifes (if married)

____ Personal Surety in the amount of $_____ with 10% posted with Clerk of Court.

____ Personal Surety in the amount of $_____ secured by the following collateral: _____

____ Full Cash in the amount of $_____

__X__ Corporate Surety in the amount of $100,000 / Nebbia

____ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed: Also w/Fe & Children

__X__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS: 1 WEEKLY IN PERSON; as directed WEEKLY BY PHONE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__X__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__X__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Maintain Residence Waiver of extradition from Iran N-Curfew 12Am-7Am Electronic Monitoring Paid by deft.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

DONE AND ORDERED at Miami, Florida this 29 day of August 2000.

TAPE NO. 00B-59-53

c:AUSA, Defense Counsel, Pretrial Services, US Marshal

UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA