REC'D by _____ D.C.
AUG 30 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6211-CR
              Hurley

UNITED STATES OF AMERICA,

v.

Rabah EL HADDAD
_____

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW Howard Srebnick and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) Howard Srebnick

Counsel's Signature /s/

Address 201 S Biscayne Blvd #1300
Miami FL ZIP CODE: 33131

Telephone (305) 371-6421

