UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :  Case No. 00-6211-CR-Hurley

v.

RABAH EL HADDAD

## WAIVER OF EXTRADITION

I, RABAH EL HADDAD, hereby waive all right to contest extradition should I be arrested in any foreign country. I would not contest extradition and I would voluntarily agree to return to the United States to face prosecution. I have consulted with my counsel and I am making this decision knowingly, intelligently, and voluntarily.

_____
Signature of Defendant

_____
Signature of Attorney

Executed this _29th_ day of August, 2000.