UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
                                          )    CASE NUMBER
        PLAINTIFF,     )    00-6211-CR-HURLEY
                                          )
   VS.                            )
                                          )
**RABAH EL HADDAD,**             )
                                          )
        DEFENDANT.     )
_____)

(TRANSCRIPT BY TAPE)


TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE TED E. BANDSTRA, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON AUGUST 29, 2000, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    LAURENCE BARDFELD, A.U.S.A.

FOR THE DEFENDANT:     HOWARD M. SREBNICK, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488