kohrgcnsl
2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
vs.
RABAH EL HADDAD

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent
counsel of record.

✓ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.   CJA Almen Enten

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____
at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on
_____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this 5th day of September, 2000.

TAPE NO.00C-59-580

c: AUSA Gay
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER