UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley

UNITED STATES OF AMERICA

vs.

Rabah El Haddad

ORDER

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the __Arraignment__ hearing is hereby re-set to __9/7/00__ at __10:00 A.M.__ o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this __5__ day of __Sept__, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C-59-580

cc: AUSA Gay
    Defense counsel
    Pre-trial Services