SEP - 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

vs.

RABAH EL HADDAD
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : <u>ON BOND</u>

Language: <u>English</u>

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

<u>Defendant:</u>    Address: _____

Tel. No: _____

<u>Defense Counsel:</u>  Name : <u>ALVIN ENTIN</u>

Address: <u>200 E BROWARD BLVD STE 1210</u>

<u>FT LAUDERDALE FL 33301</u>

Tel. No: <u>954-761-7201</u>

<u>Bond Set/Continued:</u>  $200,000 PSB & $100,000 CSB

FILED BY ___ D.C.
2000 SEP -7 PM 12:39
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Dated this 7TH day of <u>SEPTEMBER</u>, 2000.

CLARENCE MADDOX, CLERK

BY <u>KAREN SUSSMANN</u>
    Deputy Clerk

c: U.S. Attorney *Cortinas*
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. 00C 62
DIGITAL START NO. 7