IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,   CASE NO:00-6211-CR HURLEY
                             MAGISTRATE: VITUNAC

    Plaintiff,
vs.

RABAH, EL HADDAD, et al.,

    Defendant.
_____\

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as Counsel of Record on behalf of the Defendant, RABAH EL HADDAD, in the above-entitled cause.

DATED:   this 18th day of SEPTEMBER, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished by MAIL DELIVERY, to ASSISTANT U.S. ATTORNEY LAURENCE M. BARDFELD, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394-3092; Fred Haddad, Esq., Attorney for Defendant Thomas Narog, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394; Glenn Seiden, Esq., Attorney for Defendant Ghandi Jaber, 33 North Dearborn Street, Suite 1015, Chicago, IL 60602-3105;Mark E. NeJame, Esq., Attorney for Defendant Ahmad Almasri, 1 South Orange Avenue, Suite 304, Orlando, FL 32801; Theodore W. Weeks, Esq., Attorney for Defendant Saber Abdelmuti, 1 Lake Morton Drive, P.O. Box 3, Lakeland, FL 33802-0003; Bruce A. Goodman, Esq., Attorney for Nabil Aquil, 2900 East Oakland Park Blvd., 3rd Floor, Ft. Lauderdale, FL 33306;Timothy Biasiello, Esq., Attorney for Nizar



Fneiche, 33 North Dearborn St., Chicago, IL 60602 and Leonard P. Fenn, Esq., Attorney for Defendant Mohammed Samhan, 2121 Ponce de Leon Blvd., Suite 430, Coral Gables, FL 33134, this 18th day of SEPTEMBER, 2000.

/s/ John R. Howes
**JOHN R. HOWES**
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, Fl. 33301
Telephone: (954) 763-6003
Fax No: (954) 462-2255
Fla. Bar No: 219193