UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
RABAH EL HADDAD, )
)
    Defendant. )
_____)

FILED by ___ D.C.
OCT 2 0 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court on the Defendant's Motion for Extension of Time to file a Reply Brief on the issue of pretrial release. Based upon the arguments presented by Counsel for the Defendant and the Government's being unopposed to said Motion, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion for Extension of Time is hereby GRANTED. Counsel for the Defendant shall have until October 27, 2000 to file a Reply Brief in this cause.

DONE AND ORDERED in Chambers in West Palm Beach, Florida this __18th__ day of October, 2000.

                              DANIEL T. K. HURLEY
                              United States District Judge

c: Laurence Bardfeld, Esq.
   John R. Howes, Esq.