UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO.: 00-6211-CR-DTKH

RABAH EL HADDAD,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## ORDER SETTING TERMS & CONDITIONS FOR PRETRIAL RELEASE

    **THIS CAUSE** is before the court upon an appeal by the government from an order entered by the magistrate judge setting terms and conditions for pretrial release. Upon review of the record together with submitted memoranda, it is

    **ORDERED and ADJUDGED** that the order of the magistrate judge granting pretrial release subject to terms and conditions is **affirmed.**

    **DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 7th day of December, 2000.

                                             Daniel T. K. Hurley
                                             U. S. District Judge

cc: Hon. Ted E. Bandstra
    Laurence Bardfeld, Esq.
    John R. Howes, Esq.