UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,  CASE NO: 00-6211-CR-HURLEY

    Plaintiff,

vs.

RABAH EL HADDAD, et al.,

    Defendant.

==================================\

## NOTICE OF ADOPTION

NOTICE IS HEREBY GIVEN to adopt Defendant THOMAS NAROG's, Motions filed with this Court on December 20th, 2000, to-wit: Motion for Additional Discovery and Specific Request for Production of all Brady/Agurs Favorable Material and Incorporated Memorandum of Law; Motion for Bill of Particulars and Discovery Regarding Electronic Surveillance and for Order Disclosing all Intercepted Communication, and Motion to Adopt Defendant Mohammed Samhan's Motion to Produce Specific Brady Evidence, as if filed on behalf of Defendant RABAH EL HADDAD.



Respectfully submitted,

_John R. Howes_
JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 Southeast Third Avenue, 4-F
Fort Lauderdale, FL 33301
Phone: (954) 763-6003
FAX: (954) 462-2255
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant U. S. Attorney, LAURENCE BARDFELD, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394-3092, and all Counsel listed on attached Service List, by MAIL DELIVERY to this 29th day of DECEMBER, 2000.

_John R. Howes_
JOHN R. HOWES, ESQ.

c:\wp60docs\mmk\adoptnot.sta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. MAIL TO:

LAURENCE M. BARDFELD, ESQ.
ASSISTANT U.S. ATTORNEY
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394-3092

MARK E. NE JAME, ESQ.
Attorney for Ahma Almasri
One South Orange Avenue
Suite 304
Orlando, FL 32801

FRED HADDAD, ESQ.
Attorney for Thomas Narog
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

THEODORE W. WEEKS, ESQ.
Attorney for Saber Abdelmuti
One Lake Morton Drive
Post Office Box 3
Lakeland, FL 33802-0003

GLENN SEIDEN, ESQ.
Attorney for Ghandi Jaber
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

LEONARD P. PENN, ESQ.
Attorney for Mohammed Samhan
2121 Ponce de Leon Blvd.
Suite 430
Coral Gables, FL 33134

TIMOTHY BASIELLO, ESQ.
Attorney for Nizar Fneiche
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

RICHARD HAMAR, ESQ.
Attorney for
2437 Briarcrest Road
Beverly Hills, CA 90210

DATED: this 29th day of DECEMBER, 2000.

_____
JOHN R. HOWES, ESQ.
FLA. BAR NO: 219193