IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NIGHT BOX FILED

CASE NO: 00-6211-CR-HURLEY

JAN 31 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

Plaintiff,

v.

RABAH EL HADDAD, et al.,

Defendant.

==================\

### NOTICE OF CONFLICT AND MOTION FOR CONTINUANCE

COMES NOW John R. Howes, Esq., attorney for RABAH EL HADDAD, Defendant, and hereby notifies this Court that the undersigned will be unavailable from January 3rd, 2001 through approximately March 3rd, 2001, and then from March 19, 2001 through April 1, 2001 while in trial in Jacksonville. The undersigned would state the following reasons for his unavailability.

1)  The undersigned has begun a jury trial in the case of *State of Florida v. Abbas Ghanem, et al*, Case No: 96-19226-CF-10, before Judge Horowitz in Broward County, which will be in progress for at least six more weeks. The trial runs from 9:30 AM until 5:00 PM Monday through Thursday and from 10:00 AM until 1:00 PM on Fridays.

2)  The undersigned is also scheduled immediately following the *Ghanem* trial, to begin a 31 defendant trial in Jacksonville which is a "date certain" and has

been set by U.S. District Judge Howard Schlesinger. This trial will be in session for at least 3 weeks.

3) This Notice of Conflict memorializes the undersigned's conversation by telephone with Assistant U.S. Attorney, LAURENCE BARDFELD, this date.

WHEREFORE, Defendant RABAH EL HADDAD, respectfully requests that this Court enter an Order granting a continuance of the aforementioned Trial Date for the aforementioned reasons.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by FACSIMILE DELIVERY, to LAURENCE BARDFELD, ASSISTANT U.S. ATTORNEY, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Fl 33394, this __ day of JANUARY, 2001.

Respectfully submitted,

JOHN R. HOWES
John R. Howes, P.A.
Attorney for Defendant
633 Southeast Third Avenue, 4-F
Fort Lauderdale, FL 33301
Phone: (954) 763-6003
FAX:  (954) 462-2255
Fla. Bar No: 219193

c:\wp60docs\mmk\notconft.FED