IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-6211-CR-HURLEY

FILED by _____ D.C.
FEB - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

RABAH EL HADDAD, et al.,
    Defendant.
_____\

ORDER DENYING MOTION TO CONTINUE
~~PROPOSED ORDER~~

THIS CAUSE coming on to be considered before this Court, based upon the Motion of the Defendant, RABAH EL HADDAD, to continue the Calendar Call and Trial Period presently scheduled for February 23rd, 2001 and March 5th, 2001 respectively, and the Court being otherwise fully advised in the premises herein, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Continue the Calendar Call and Trial Period is hereby DENIED.

DONE AND ORDERED in WEST PALM BEACH, PALM BEACH COUNTY, Florida, this 8th day of FEBRUARY, 2001.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies to:
Laurence Bardfeld, Esq.
Assistant U.S. Attorney

John R. Howes, Esq,
Attorney for Defendant