# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

VS.

| | |
|---|---|
| THOMAS L. NAROG | (B) |
| GHANDI JABER | (B) |
| AHMAD ALMASRI | (B) |
| NADIA ALMASRI | (B) |
| SABER ABDELMUTI | (B) |
| RAED NASER ALDIN | (J) |
| NABIL AQUIL | (B) |
| NIZAR FNEICHE | (B) |
| RABAH EL HADDAD | (B) |
| ZUHAIR RABEI | (B) |
| MOHAMMED SAMHAN | (B) |

    (Defts. required)
(Arabic Interp. Ord'd)
    Defendants.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

TYPE OF CASE:

( ) **CIVIL**     (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | COURTROOM #3   (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | WEDNESDAY, 3-14-01 @ 10:00 AM |

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MARCH 7, 2001
DATE

(BY) DEPUTY CLERK

USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)

TO:  FRED HADDAD, ESQUIRE
     JACK GOLDBERGER, ESQUIRE
     GLENN SEIDEN, ESQUIRE
     MARK NEJAME, ESQUIRE
     THEODORE WEEKS, ESQUIRE
     CHARLES WHITE, ESQUIRE
     PAUL GOODMAN, ESQUIRE
     TIMOTHY BIASIELLO, ESQUIRE
     JOHN HOWES, ESQUIRE
     RANDEE GOLDER, ESQUIRE
     RICHARD HAMAR, ESQUIRE
     UNITED STATES ATTORNEY (LAURENCE BARDFELD)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE