UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RABAH EL HADDAD

    Defendant.
_____/



## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14, 2001__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**   Address: ____ON BOND_____

                  Telephone no.: _____

**DEFENSE COUNSEL:**   Name: ____JOHN HOWES_____

                  Address: __633 S.E. THIRD AVENUE, SUITE 4-F__

                           __FT. LAUDERDALE, FLORIDA 33301__

                  Telephone no.: __(954) 763-6003__

BOND/SET//////////: $__100,000 CSB $ $200,000 PSB__

BOND/PTD hrg held: YES_____   NO___   BOND/PTD hrg set for_____

Dated this __14__ day of ___MARCH___, 2001.

                            CLARENCE MADDOX, CLERK OF COURT

                            By: _____
                                 Deputy Clerk

c:   Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service