IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      CASE NO: 00-6211-CR-HURLEY

vs.                                              MAGISTRATE: VITUNAC

RABAH EL HADDAD,

    Defendant.
_____\

**MOTION FOR MODIFICATION OF CONDITIONS OF BOND**

    **COMES NOW**, Defendant, RABAH EL HADDAD, by and through his undersigned counsel and respectfully submits this Motion for Modification of Conditions of Bond in this cause. As grounds in support of this Motion, the Defendant would allege as follows:

    1)    The Defendant, RABAH EL HADDAD, adopts arguments heard in open Court before Magistrate Judge Vitunac this date.

    2)    Defendant requests that the conditions of his bond be modified to remove the ankle monitor.

    3)    This matter was addressed orally and the Assistant U.S. Attorney, LAURENCE M. BARDFELD, does not oppose this modification.

    4)    Defendant is scheduled to appear for his weekly meeting with Pretrial Services this Friday, March 16, 2001. Defendant resides in Homestead which is three hours round trip to meet with Pretrial Services. Defendant requests if possible that the herein Motion be granted so that the ankle bracelet can be removed at that time.

1

WHEREFORE, Defendant, RABAH EL HADDAD, respectfully requests that this Honorable Court grant this Motion for Modification of Conditions of Bond and enter an Order granting same for the reasons stated above.

Respectfully submitted,

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301
Phone:      (954) 763-6003
Fax No:     (954) 462-2255
Fla. Bar No:  219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by MAIL DELIVERY to Assistant U.S. Attorney, LAURENCE M. BARDFELD, 500 East Broward Blvd., #700, Fort Lauderdale, FL 33394, and Dran Ferguson, Pretrial Services Officer, 330 Biscayne Blvd. #500, Miami, FL 33132, this 14th day of MARCH, 2001.

JOHN R. HOWES, ESQ.

2