# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 03/14/2001   TIME: 10:00 AM

DEFT. RABAH EL HADDAD (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD   ATTY. JOHN HOWES (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $100,000 CSB & $200,000 PSB

DISPOSITION Arraignment held

Deft present with counsel, waives formal reading of the Indictment & pleads not guilty, signed & dist

Status conf. 4-16-01 @ 9:30 AM - Judge Vitunac

Reading of Indictment Waived
Not Guilty ...
Jury trial ...
Standing Discovery Order requested

Defense request to eliminate electronic monitoring - Govt. does not oppose
Written motion to be filed

DATE: 3-14-01   TAPE: AEV 01-17-724