IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

UNITED STATES OF AMERICA,   CASE NO: 00-6211-CR-HURLEY
   Plaintiff,   MAGISTRATE: VITUNAC

vs.

RABAH EL HADDAD,
   Defendant.
=============================

## ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE came before this Court based upon the Motion of the Defendant, RABAH EL HADDAD, to modify the conditions of his bond to remove the ankle monitor from Defendant. All parties being duly noticed in these premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion to Modify Conditions of Bond is hereby ___granted___ and it is

FURTHER ORDERED AND ADJUDGED that the ankle monitor may be removed by Pretrial Services.

DONE AND ORDERED at WEST PALM BEACH, PALM BEACH County, Florida, this 15 day of MARCH, 2001.

_____
ANN VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
John R. Howes, Esq.
Laurence M. Bardfeld, Assistant U.S. Attorney
Iram Ferguson, Jr.
Pretrial Services Officer