# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM DIVISION

UNITED STATES OF AMERICA,          CASE NO:    00-6211 CR-HURLEY

      Plaintiff,          MAGISTRATE: VITUNAC

vs.

RABAH EL HADDAD,

      Defendant.

_____\

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue an Order granting him permission to travel to Talos Hills, Illinois, to attend his niece's wedding. In support of this Motion, the Defendant would state as follows:

1. The Defendant requests permission to travel to Talos Hills, Illinois, to attend his niece's wedding.

2. The Defendant will be traveling by plane on Saturday, June 9, 2001, on American Airlines, Flight 1522, leaving at 7:00 A.M. to O'Hare Airport, arriving at 9:00 A.M. His return flight will be on American Airlines, Flight 1403, leaving O'Hare at 8:00 P.M. and arriving Miami, at 12:30 P.M. on Monday, June 11, 2001.

3. The Defendant will be staying with his relative, Sameer Mohammad Ghaben, who resides at 10541 South 83rd Avenue, Talos Hills, Illinois. His telephone number is: (708) 692-9500.

1



JOHN R. HOWES
JOHN R. HOWES, P.A.
Attorney for Defendant
Post Office Box #697
Ft. Lauderdale, Fl. 33302
Telephone: (954) 763-6003
Fax No: (305) 462-2255
Fla. Bar No: 219193

## LOCAL RULE 88.9 CERTIFICATE

The undersigned counsel certifies that he has discussed this Motion with Assistant United States Attorney, LAURENCE M. BARDFELD, and he advised that he did not have any objection to the granting of this motion.

WHEREFORE, the Defendant would request that the Court grant the relief as sought herein.

JOHN R. HOWES
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant United States Attorney, LAURENCE BARDFELD, 500 East Broward Blvd., Fort Lauderdale, Florida 33301, this ___ day of MAY, 2001.

JOHN R. HOWES
Fla. Bar No: 219193

C:\MyFiles\Travel Motion.wpd

2