IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
~~WEST PALM BEACH DIVISION~~

UNITED STATES OF AMERICA,    CASE NO: 00-6211-CR-HURLEY /VITUNAC

    Plaintiff,    ~~MAGISTRATE: VITUNAC~~

vs.

RABAH EL HADDAD,

    Defendant.
_____/

~~PROPOSED~~ ORDER

THIS CAUSE coming on to be heard based upon the Defendant's Motion to Travel to Talos Hills, Illinois to attend his niece's wedding on June 10th, 2001, all parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel to Talos Hills, Illinois is HEREBY _Granted_.

DONE AND ORDERED in West Palm Beach, this 4 day of JUNE, 2001.

_____
ANN VITUNAC
U.S. MAGISTRATE JUDGE

(phone call to Judge Hurley)

COPIES FURNISHED TO:
John R. Howes, Esq.
Attorney for Defendant

Laurence Bardfeld, Esq.
Assistant U.S. Attorney