# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 AM ~~9:30 AM~~

DEFT. RABAH EL HADDAD (B) ✓   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY ✓   ATTY. JOHN HOWES (RETAINED) ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE   BOND. $100,000 CSB & $200,000 PSB

DISPOSITION: Status held.
Deft present with counsel & will file motion to continue trial due to current events.
No pending motion at this time.

DATE: 9-13-01   TAPE: AV 01-68-240