UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
RABAH EL HADDAD,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)
_____)

# EL HADDAD'S MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and respectfully requests that this Honorable Court continue the trial of this cause presently set to commence on October 9, 2001. As grounds in support of said Motion the Defendant would state as follows:

1. While the trial of this matter was set many months ago and was set as a "date certain" no one involved in this case could possibly have conceived of the tragic events which occurred on September 11, 2001 in New York, Washington, D.C. and rural Pennsylvania. Attached to this Motion are a series of newspaper articles, most of which are from newspapers of general distribution within the Southern District of Florida. These articles chronicle in a capsule form some of the horrific

*U.S. v. El Haddad*
Motion to Continue Trial
Page 2

events which have occurred and the reactions of the United States government,

governments of other countries, both friends and foes, local and state governments

in this area and local citizens. Many of these articles, some of which will be

discussed in more detail below, and all of which speak for themselves, deal with the

conclusion which has been almost universally reached that Osama bin Laden, a Saudi

Arabian national and renown terrorist, is primarily responsible for these cowardly and

dastardly deeds. Bin Laden, a Arab and espoused Muslim, claims to be involved in

a *Jihad* or holy war against the United States and its citizens.

2. The actions attributed to bin Laden and his associates has been closely

linked through the media and by representatives of our government to Arabs in

general and Muslims in particular. The Defendant, an American citizen, is

Palestinian by birth and Muslim by religion. His appearance is "Arabic" in nature

and while fluent in English, he does speak with an accent that could be associated

with originating from that region.

3. Tempers in our nation run high. Retaliation against individuals of Arab

descent have been reported throughout the country. A report from Arizona indicates

that an individual working in a convenience store there was shot and killed by an man

claiming to be "for America". In Detroit another individual drove his car into a

*U.S. v. El Haddad*
Motion to Continue Trial
Page 3

mosque. Both the President and the Attorney General have made numerous attempts

and pleas to the American people to be mindful of the fact that not all Arabs are

Muslims and that not all Muslims are involved in any manner, shape or form with

what occurred two weeks ago. These pleas for understanding and acceptance have

not been fully heeded. Reports of violence against Arabs has been widespread and

public opinion polls indicate a strong dislike for people of apparent Arab ancestry

appear in local newspapers. The South Florida *Sun-Sentinel* has an article in today's

paper which quotes a poll which reveals that 70% of Hispanics and 48% of blacks

feel that "special identification and scrutiny should be pinpointed at Arabs."[1]

    4. It is in this atmosphere that we find ourselves in as the trial for Mr. El

Haddad approaches has been referred to as "like after Pearl Harbor". However, as so

many commentators have also pointed out, after Pearl Harbor we had a well-defined

enemy against whom we could defend ourselves, but in the present situation there is

no single, tangible force against which we as Americans can direct our anger and

defend our borders. This much more insidious enemy of terrorism that we now face

is a much more frustrating foe than we have every confronted as a nation and one

which has few parallels in history. The result of this unfortunate circumstance is that

_____

[1]"South Florida Sun-Sentinel", *Terrorism affects Floridians' views on Immigration*,
continued from page 1 to page 12.

*U.S. v. El Haddad*
Motion to Continue Trial
Page 4

members of our society, feeling some need or compulsion to act out are doing so

against innocent individuals not involved in the wrongdoing in any way.[2]  Those

individuals who have been the unfortunate targets for this retribution have all been

of Arab ancestry.  Prominent members of the Nation of Islam such as Mohammed Ali

have spoke out against the violence and tyranny inflicted on our country but these

entreaties for peace and understanding have gone unheeded by some.  Unfortunately,

this is not the first time in our nation's history that a misguided few have brought out

the worst in us as a nation.  During World War II many Japanese-Americans were

placed into "internment camps" to wait out the war due to a national hysteria

condemning those individuals due to the heritage and national origin.

5.  While the Defendant does not believe that everyone who might sit on his

jury would view him in such a light, it is virtually impossible when the President is

making a "call to war" for regular citizens to not be affected by what is going on

around them.  We, the members of the American criminal justice system must <u>assure</u>

him and the other defendants in this case that they do not get a facially fair trial but

a truly fair trial.

Here in South Florida in particular, there are numerous articles and newscasts

---

[2]News reports this morning indicated that over 300 people had been detained or arrested as
being suspects or involved with the terrorists.

*U.S. v. El Haddad*
Motion to Continue Trial
Page 5

on a daily basis detailing the "South Florida connection" the terrorists involved in the

highjacking of the four aircraft. Many of these individuals lived in Delray Beach, a

portion of Palm Beach county from which members of the venire may be drawn. [3]

Just today, crop dusting planes in Palm Beach County have been allowed to once

again go about their business. For the past two days the FBI and the FAA have halted

flights by crop dusting planes due to the fact that Atta and "a group of other Arab

men" had been going to a small airport in Belle Glade asking how the planes operated

and how to fly them. The stated fear was that these individuals, some of whom are

as yet unidentified may well have been part of a plan to use the planes to spray

chemical or biological substances on large segments of the community. These events

involve our community too closely and matters involved in this terrible ordeal that

we are all undergoing at this time are "too close to home" to take a chance that the

Defendant would be accorded a fair trial by a fair and impartial jury at this point in

time. While it is admirable and commendable for all of us to show our support for

our government and its policies in this war against terrorism, we must also be mindful

of the individual rights and privileges of our citizens.

---

[3]The undersigned's secretary presently lives in the same apartment complex where one of the suspected leaders of the terrorists, Mohammed Atta, was living prior to being killed at the World Trade Center. This is but an example of how close this situation is to all of us and how these individuals portrayed themselves as being normal, law abiding citizens.

*U.S. v. El Haddad*
Motion to Continue Trial
Page 6

6.  Other individuals of Arabic descent and/or of the Muslim religion have already found out that a fair and impartial jury of their peers has not been obtainable. The undersigned is aware of cases in California where jurors have stated that they could not be impartial and the court has had to continue the case. The murder trial of former radical and civil rights advocate H. Rap Brown, now known as Jamil Abdullah Al-Amin was recently continued near Atlanta due to the anti-Muslim sentiment prevalent there.

7.  Our country is too great and our rights to freedom and a fair trial by an impartial jury are too fundamental for force this Defendant to go to trail in the current atmosphere. While potential jurors may claim to free of prejudice and assert an ability and even a willingness to sit on a jury and hear this case, fundamental fairness dictates that the trial of this matter be continued until such time as the initial sorrow, fear and fervor that pervades our nation at this moment has had the opportunity to subside. Both parties to this matter deserve a fair trial by a fair and impartial jury and conversely, neither side should have the advantage, in fact or even in appearance, that circumstances and events not involved in this case would or might play a part in the jury's decision. To compel the Defendant to go to trial in the present atmosphere would result in a miscarriage of justice and would violate the Defendant's

*U.S. v. El Haddad*
Motion to Continue Trial
Page 7

Constitutional rights to the due process of law and a fair trial by a fair and impartial jury.

8. The undersigned has discussed this matter with Assistant United States Attorney Thomas O'Malley. Mr. O'Malley has advised that he has no position with respect to the instant Motion. He has advised the undersigned that there may well be problems with obtaining the interpreters required to try this case, one of who has been tasked to Washington in light of the ongoing crises there. The undersigned has had the opportunity to talk to some but not all of the attorneys for other defendants in this case. Mr. Haddad has advised the undersigned that he is going to adopt this Motion and that he will be filing one of his own also seeking a continuance. Mr. White has advised that he will be adopting the instant motion. Attempts are underway at this time to contact other counsel to obtain their position with respect to the continuance of this trial.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter its Order continuing the trial of this cause from its presently scheduled date of October 9, 2001 until such time as the Defendant is able to obtain a fair and impartial jury to try this case.

DATED this 25th day of September, 2001.

*U.S. v. El Haddad*
Motion to Continue Trial
Page 8

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4R
Ft. Lauderdale, Fl. 33301
954.763.6003
Fla. Bar No: 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney Thomas O'Malley, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301 by facsimile[4] and Mail Delivery and to counsel for the codefendants as set forth on the attached (without newspaper clippings) this 25th day of September, 2001.

JOHN R. HOWES

---

[4]Without the attached newspaper clippings.

*U.S. v. El Haddad*
Motion to Continue Trial
Page 9

Fred Haddad, Esq.
One Financial Plaza
Suite 2612
Ft. Lauderdale, Fl.  33301

Richard Hamer, Esq.
2437 Briarcrest Road
Beverly Hills, CA.  90210

Tim Biosello, Esq.
33 N. Dearborn St.,
Suite 1015
Chicago, IL. 60602-3105

Glenn Seiden, Esq.
33 N. Dearborn St.,
Suite 1015
Chicago, IL.  60602-3105

Paul Goodman, Esq.
33 N. Dearborn St.,
Suite 1015
Chicago, IL. 60602-3105

Charles White, Esq.
2250 S.W. 3rd Ave.,
Suite 150
Miami, Fl.  33129

# ATTACKED

## TERRORISTS DESTROY WORLD TRADE CENTER

**DEATHS**

**Toll could reach into the thousands at towers**

**MILITARY**

**Pentagon takes major stri**



# South Florida
# Sun Sentinel

BROWARD METRO EDITION

**A**

SATURDAY • SEPTEMBER 15, 2001



# WE MOURN

# AMERICA UNITES: 'PRAY FOR THE FALLEN'

**DAY OF SORROW, DAY OF TEARS:** Nova Southeastern University students and faculty members gather to pray on Friday — the U.S. of Prayer and Remembrance proclaimed by President Bush — in the courtyard of the Orient Building in Davie. **Staff photo/Robert Mayer**

**BY BOB SANCHEZ**
**AND WILLIAM ROTH**
THE WASHINGTON POST



■ **PARTS: GRAPHIC/DAY, 11A**

■ **BUSH'S SPEECH, 3A**

**"This nation is peaceful, but fierce when stirred to anger. This conflict was begun on the timing and terms of others; it will end in a way and at an hour of our choosing."**

— PRESIDENT BUSH

■ **BUSH'S SPEECH, 3A**

South Florida Sun-Sentinel • sun-sentinel.com

# ATTACK ON AMERICA

C • FRIDAY, SEPTEMBER 14, 2001    3A

# Arab-Americans facing hostility

## Attacks grow on 'anyone who is different,' but most Muslims are not Arab, and most disavow violence.

By James Bernstein



HUMAN TARGET: American citizen Hassan Awdah, a native of Yemen, owner of a gas station in Gary, Ind., stands behind bulletproof glass at the counter of his business. A man in a ski mask had fired on him 2.3 times at 3 a.m. AP photo/Stephen Scheuer

## Scores find solace in f...



16A   FRIDAY, SEPTEMBER 14, 2001 · C

GROUND ZER

Sun-sentinel.com · SOUTH FLORIDA SUN-SENTINEL

ATTACK



## SEARCH

CONTINUED FROM PAGE 1A

— roughly 5,000 dead, 4,400 injured.

But even as more pieces came together, the bigger picture remained unclear. Why were they here? Who paid? Are they still to our midst?

### TRAINED IN S. FLORIDA

As federal officials traced leads, it became clear that Mohamed Atta, 33, and Marwan Al-Shehhi, 23, who may have piloted two hijacked jets into the World Trade Center towers, had lived at several addresses and honed their flying skills in South Florida.

Atta was on American Airlines Flight 11, the first plane to crash into the World Trade Center. Al-Shehhi was on United Flight 175 out of Boston, which crashed into the south tower of the Trade Center minutes later.

Atta and Al-Shehhi lived at 1818 Jackson St., Hollywood, from May 13 to June 13, according to the building's former owners. The small second-floor apartment rented for $800 a month and was sparsely furnished.

Al-Shehhi left behind a single piece of mail: A letter from United Airlines containing information about his membership in Mileage Plus, the company's preferred frequent flier program.

On Friday, cleaners were scrubbing walls, floors and shelves to remove black fingerprint dust and stains from a chemical used to detect traces of blood. The residue was left by FBI and Broward Sheriff's Office investigators who went through the apartment inch by inch, even tearing out sink drains, in their search for clues.

Atta was born in the United Arab Emirates and is thought to have been Al-Shehhi's cousin. According to The Associated Press.

Henry George, owner of SimCenter, a flight school at Opa-locka Airport, said Atta and Al-Shehhi trained together on two days in late December.

"They said they needed the simulator training because airlines in their country required exposure to jet aircraft," he said.

Richard Surma, owner of the Panther Motel, 715 S. Ocean Blvd., Deerfield Beach, came to grips with the fact that his renters appeared to be part of the suicide attacks.

Al-Shehhi signed registration forms for the room, he said.

"We can't believe they were

He said the men spoke in what he presumed was Arabic and left behind food with Arabic labels.

"They didn't like American women's pictures," Surma said. "I had some pictures of 1920s women. They were holding umbrellas and wearing long pantaloons. They were covered 75 percent, but their knees were showing."

"They covered every single picture on the wall," he said. "They put towels over them to cover them up completely. I don't know why that bothered them. Yet, they were always at the swimming pool."

Atta also recently lived in the Tara Gardens condominiums at 10001 W. Atlantic Blvd. in Coral Springs. Atta listed that address on his Florida driver's license, which was issued in May.

A man fitting Atta's description attended a party at the complex about two weeks ago, said neighbor Diane Padilla. Some employees at Shuckums restaurant in Hollywood said that two men, one named Mohamed, partied at the bar and got drunk on Sept. 7

Nancy Adams, a neighbor of Al-Shehhi at The Hamlet Country Club in Delray Beach, said neither he nor one of his friends appeared suspicious.

"Nobody else really talked to them except for me," she said. "They just asked me where to go out at night."

Adams recommended popular Delray Beach eateries, City Limits, 32 East, Boston's on the Beach and Cafe Luna Rosa.

In a June rental application for The Hamlet Country Club, Al-Shehhi claimed he was a tourist and provided no Social Security number. He applied for a two-month lease running from June 13 to Aug. 12

Asked about his current residency he wrote: "None — I'm

1316 Harding St. in Hollywood, said Rina Bernard, owner of the property. Jarrahi lived alone and was quiet, polite and paid his rent on time.

"He was like a shadow," she said.

Jarrahi indicated on his rental application he was a pilot but didn't list any places of employment. When he moved out, he left the apartment spotless, Bernard said.

The owner of a small, single-story gray house in the 4600 block of Bougainvilla Drive in Lauderdale-by-the-Sea, who asked not to be identified, confirmed Friday that two of the terrorist suspects had been renting the apartment behind his house "off and on for a few weeks." Ahmed Alhaznawi and Jarrahi "were the nicest guys," he said. "And for me to take a liking to them is something."

The man, who had an American flag flying outside his house, was shaken Friday afternoon.

"If they were willing to kill themselves, there's probably still more people around here," he said.

### TIES TO DELRAY BEACH

Some of the suspected hijackers apparently had loose ties to southern Palm Beach County for some time.

Records show Ahmed Alnami and Saeed Alghamdi may have occasionally lived in the Delray Beach area since late 1992.

Alnami had at least three addresses in Delray Beach from July 1992 to December 2000, one each in Boca Raton in 1997 and 2000 and in Boynton Beach in 1997.

Hamza Alghamdi apparently kept a post office box in Delray Beach, while Muhald Alshehri appears to have spent no more than two months in 1999 using an address at a Delray Beach house that he may

paid $139.75 in cash for each one-way ticket and didn't provide their addresses, she said.

Alnami and Saeed Alghamdi were on the United Airlines flight out of Newark that crashed in the Pennsylvania countryside. Alshehri, and Hamza Alghamdi were on the United Airlines plane that crashed into the World Trade Center's south tower.

At the Delray Racquet Club, 755 Dotterel Road, Joanne Glantz lived two doors away from three men who, in retrospect, appeared suspicious.

Glantz didn't know the men by name, but records show Hamza Alghamdi, Alnami and Saeed Alghamdi lived at the complex off and on since 1992.

There were usually three men staying at the apartment, though sometimes they were joined by a fourth, she said. They lived there at least three months, perhaps as late as spring, in a $900-a-month apartment.

Glantz said she last saw them a few days before the attack. They always traveled together, kept to themselves and were home during the day.

"I thought they were students or something," she said.

Heather Murphy, who has lived in the complex 10 years, said it's the perfect place to remain anonymous.

"This would be the world's best place for someone to hide because no one knows anyone," she said. "We have the International Tennis Center right here, so we have so many people from Germany, Europe, Asia, a variety of countries. So it would be an ideal situation to blend into."

### OUT IN THE OPEN

In the midst of it all, the question remains: Why here? And how?

South Florida's abundance of flight schools, access to airports and good weather make it an obvious magnet. Our melting cauldron of color, cultures and language makes it easy to blend.

"Here they blend into the Hispanic population," said Walid Phares, a political science professor at Florida Atlantic University and an expert on terrorism and Islamic fundamentalism.

Since the politics in South Florida until this week had been more charged about Cuba than the Middle East, it wouldn't have been surprising to find men chattering about their politics at any local watering hole or restaurant, Phares said.

"They could go in anyplace and talk about it and they wouldn't raise any attention

"They actually want to be known after their martyrdom and death. They're proud of it," he said. "In their minds, future generations of fundamentalists would praise them and would talk about their lives."

### GETTING IDS WAS EASY

Getting Florida driver's licenses and photo identification cards made traveling inside the United States easier for the key terrorists.

It wasn't difficult. Among the acceptable forms of identification in Florida is an INS form I94, an immigrant's record of entry into the country.

No one needs prove an address, which explained how several phony addresses and motel addresses appeared on the driver's licenses.

"When you sign [the application] you are attesting that the information you are giving is correct," said Robert Sanchez, spokesman for the Florida Department of Highway Safety and Motor Vehicles. "If people are mass murderers, they're probably not too worried about observing DHSMV rules."

Although libraries require a verification of address such as a utility bill, Sanchez said driver's license offices don't and shouldn't be expected to check out the information.

"If we tried to send out investigators to everybody on line in Lauderhill to see if people really live where they say they live, it would be a logistical impossibility," he said.

A statewide grand jury investigating identity theft is expected to produce a report by year's end on how to make the process of issuing driver's licenses more secure.

### 'GUMSHOE WORK'

A former FBI agent said the investigation of the terrorists is largely focused on trying to figure out who they were and their associates.

"They're doing typical gumshoe work," said Susan Corrado, director of the Intelligence Group, a New Jersey-based consulting firm. That means knocking on doors, talking to neighbors, scouring abandoned residences and looking at every paper left behind

"You never know where these leads will lead you," Corrado said.

Contributing to this report were Staff Writers Kathy Bushouse, Nancy Othon, Jamie Malernee, Jennifer Peltz, Merle Schuster, Paula McMahon, Andy Friedberg, Vicky Agnew, Sallie James, John Holland, Shannon Otfoos, Ellis Berger, Fred



SUSPICIONS: Joanne Glantz, of Delray Beach, lived a few doors down from the suspected terrorists. Her dog, Kwitz, always growled at the suspects, she said. Staff photo/Ken Rossol

mohamed Atta
age 33
Origin: Possibly Saudi Arabia
Residences: Coral Springs,
Hollywood, Venice, Hamburg,
Germany
Other Information:
Flew from Portland, Maine, to
Boston. May have piloted the
plane into the World Trade
Center. Took flight training and
practiced in Venice, Opa-locka
and Lantana, often with
suspected hijacker Marwan Al-
Shehhi. A suspect in other
terrorist acts.

Mohamed Alomari
Age: Between 22 and 28
Origin: Not available
Residence: Hollywood
Other: Thought to be a pilot.

AMERICAN AIRLINES
FLIGHT 77

THE PLANE
Aircraft: Boeing 757
On board:
64 passengers and crew
Date: Sept. 11, 2001
Departed: 8:10 a.m.
Washington Dulles International
Airport for Los Angeles
Crashed: 9:39 a.m., into the
Pentagon

SUSPECTED TERRORISTS
ON BOARD
Khalid Al-Midhar
Age: Not available
Origin: Not available
Origins: Not available
Residences: Los Angeles, San
Diego and New York
Other Information:
Not available

Majed Moqed
Age: Not available
Origins: Not available
Residence: Not available
Other Information:
Not available

Nawaq Alhamzi
Age: Not available
Origins: Not available
Residences: Fort Lee and
Wayne, N.J. and Los Angeles
Other Information:
Not available

Salem Alhamzi
Age: Not available
Origins: Not available
Residence:
Fort Lee and Wayne, N.J.
Other Information:
Not available

Hani Hanjour
Age: Not available
Origins: Not available
Residences: Phoenix and
San Diego
Other Information:
Thought to be a pilot.

SOURCE: SUN-SENTINEL STAFF,
CHICAGO TRIBUNE AND
WIRE REPORTS



O, NEW YORK

# ATTACK ON AMERICA: SUSPECTS



**AMERICAN AIRLINES FLIGHT 11**

THE PLANE

SUSPECTED TERRORISTS

## Know your options

Choose from boxers, shirts, knits and more. Imported.

Reg. $9-$29, sale 6.75-21.75.

## Burdines

TRIBUNE-NEWS SERVICE STAFF — SOUTH FLORIDA SUN-SENTINEL

6A · SATURDAY, SEPTEMBER 15, 2001 · C

# U.S. officials identify 19 terrorism suspects

## 12 men made homes across South Florida

### Delray, Deerfield connections found



**The suspected hijackers** ■ Most had possible residences in Florida.    ■ Thought to be trained pilots

BY LEE DYE AND MITCH LIPKA

SOUTH FLORIDA SUN-SENTINEL • sun-sentinel.com

ATTACK ON AMERICA: SUSPECTS

ENCOUNTER WITH DEPUTY

# Suspect stopped in Broward

## Arrest warrant was issued after traffic court no-show

By FRED SCHULTE

The terrorist thought to have been at the controls of the first hijacked airliner that crashed into the World Trade Center on Tuesday morning had a way with his arrest issued in Broward County more than three months ago...



# OPERATION INFINITE JUSTICE

# U.S. sending air fleet to the Persian Gulf




GOODBYE: A sailor and his wife in Norfolk...

## Aircraft offer many options

BY SUHANA CHATTERJEE
*Knight Ridder Newspapers*

ON THE WAY: Sailors aboard the aircraft carrier USS Theodore Roosevelt lower the flag Wednesday. The carrier began air operations within hours of leaving Norfolk.

### U.S. PREPARES



## COAST GUARD

# Reservists bolstering security at U.S. ports

**BY ERIKA BOLSTAD**




**2A** THURSDAY, SEPTEMBER 20, 2001
THE HERALD

**AFTER THE ATTACK / TRAVEL**

# Airlines struggling with losses

▶ AIRLINES, FROM 1A

mean 1,733 South Florida jobs lost.

American, the nation's largest carrier, blamed the layoffs on its 20 percent schedule reduction — including 9 percent so far in Miami — the complexity of new security procedures and a sharp reduction in passenger traffic, "all creating a state of emergency at American and across the entire airline industry."

"The events of Sept. 11 will forever change our country, our industry and our company," said American Chief Executive Don Carty.

American employees will find out within the next few days if they are laid off. About 3,500 flight attendants, 1,500 pilots and 5,000 ground workers, ticket agents and other personnel are based in Miami, American's Latin American hub.

"This is very bad," said Miguel A. Flores, an American passenger services representative at MIA. "It's going to be tough because it's something we were not expecting."

United, the nation's second-largest airline, has 2,321 employees in South Florida and 100,652 worldwide. United has about 6 percent of the traffic at Miami International Airport, compared with 53 percent for American and American Eagle.

The cutbacks are the latest in a series of airline staff reductions announced during the past few days, after an unprecedented two-day shutdown of the industry.

In response to the industry's plea for help, President Bush will ask Congress to give airlines $5 billion in immediate cash aid plus significant help with their insurance liability — but not, for now, the loans that

avert bankruptcies, an administration official said Wednesday.

Bush will immediately spend $3 billion of the emergency funds that Congress gave him over the weekend to pay for airline and airport security improvements such as fortified cockpits, sky marshals and additional airport searches.

While House advisors briefed key congressional staff on the package late Wednesday.

Under Bush's proposal, the federal government would give airlines "temporary terrorism risk insurance" on all their domestic flights for 180 days. Currently, only international routes have such coverage.

Bush is also proposing to help shield airlines from inevitable lawsuits related to last week's terrorist hijackings. He would bar punitive damages and consolidate all lawsuits into a single federal court, the U.S. District Court for the Southern district of New York. The government would also pick up whatever cost of compensating victims for damages ultimately exceeds the limits of the airlines' insurance policies.

Several airline executives on Wednesday had appealed to Congress for a $17.5 billion relief package. Lawmakers, citing the importance of the aviation industry to the nation's economy, appeared ready to act quickly on the legislation.

With passengers reticent to fly and flight delays caused by added security precautions, most major carriers have cut back their flight schedules by 20 percent.

Continental Airlines already announced it would lay off 12,000 employees; US Airways, 11,000; America

based Spirit Airlines, 800. Midway Airlines, already in bankruptcy, shut down operations. Northwest Airlines and Delta Air Lines are expected to announce cuts soon.

"Until the situation stabilizes, until the industry firmly understands what levels of government assistance are going to be available, I think the industry needs to take proactive cost-reduction measures — any way, shape or form available — when it's appropriate," said Coral Gables aviation consultant Stuart Klaskin, partner in Klaskin, Kushner & Co.

American said it would not offer early retirement packages for its employees, because it cannot afford them.

"These cutbacks are to save the airlines," said aviation consultant Michael Boyd, president of the Boyd Group, "because you can't move enough people and you can't operate the same number of flights."

The terrorist attacks radically changed the economic outlook for the nation's airline industry, which was already hurt by the economic slowdown and a cutback in business travel.

"Some carriers didn't need to make significant cuts prior to these events, and they are the ones that will be cutting to a lesser degree," Klaskin said. "The ones that were already in more serious trouble will be cutting deeper."

Without immediate and significant U.S. government financial support, most of the nation's airlines will go bankrupt, Delta Air Lines Chief Executive Leo F. Mullin told members of Congress on Wednesday.

"We face an enormous problem with potentially devastating repercussions for our nation's full recovery," Mullin said, testifying on behalf of the Air Transport Association and its member airlines. "Under current circumstances and without immediate financial support from the government, a number of carriers could be driven to bankruptcy within 60 days, and the future of aviation could be severely threatened."

Passenger demand and associated revenue are not expected to return to normal levels before the third quarter of 2002, Mullin said.

"Congress had better recognize, we're not just talking about bankruptcies — we're talking about airlines going out of business," Boyd said.

US Airways' chairman, for example, told shareholders Wednesday that the airline is depleting cash reserves so rapidly that its survival is at stake.

"We have never seen such a cataclysmic fall in revenue," US Airways Chairman Stephen Wolf said. "The sad bad thing that could happen is the elimination of our company."

*Herald business writer Cynthia Corpo and Herald wire services contributed to this report.*





DISTRAUGHT: An United Airlines employees in Chicago hug after hearing the company will lay off 20,000 workers.

JOHN ZICH

## dunhill

Announces the Arrival of the
Autumn/Winter 2001
Collection

Need to relax?
Here's a quick get-a-way.



DISCOVERY

Are you overworked, you don't have the time? Do you hate traveling far with the kids? Is your budget a little tight? Not sure where to go or what to do? The travel headaches! Take a Discovery Cruise to Grand Bahama, where there is so much more and do.
Broadcasters: Swim in the Dolphins, Duty Snorkel Sightseeing, Attractions, Beautiful Beaches, Duty free Shopping and more.

Children come in Groups and cruise with these persons at very low rates for only $4.*

DISCOVERY & OUR LUCAYA PACKAGE
3 DAYS / 2 NIGHTS

from $204*

For reservations call your Travel Agent or
DISCOVERY CRUISE LINE
1-888-213-8252

www.discoverycruiseline.com

GIORGIO ARMANI

# Tourism industry may seek state bailout

## Hotel occupancy rates tumble

▶ TOURISM, FROM 1A

region badly needs tourists now.

On Amelia Island, the state's tourism agency is meeting today with Gov. Jeb Bush in the fervent hope the governor will offer the travel industry a multimillion-dollar bailout.

"Twenty-two percent of the entire sales tax collections in Florida comes from tourism," said Bill Peeper, president of the Orlando/Orange County Convention and Visitors Bureau. "The state has a vested interest in a quick redevelopment of a healthy tourism industry."

In Miami-Dade, 20 percent of the $15 million in daily losses stems from canceled conventions, the visitors bureau said. The county averaged $32.8 million a day in tourist receipts last year.

The National Minority AIDS Council, the American Association of Occupation and Health Nurses, and the Intima fashion group each pulled the plug in the past two weeks, collectively a 14 million loss.

Countrywide, hotel occupancies dropped to 30 percent, the visitors bureau said, compared with 66 percent last year.

South Beach is testament to the vacancies. Street parking is available, restaurants on Lincoln Road stand half empty.

Fort Lauderdale's visitors bureau estimates Broward County is losing about $7 million a day, compared with the $12 million a day tourism brought in 2000.

The county was dealt a harsh blow Wednesday when the 4,000-person Amateur Athletic Union pulled its Sept. 26 convention, a $4 million loss. The 2,000-person Lum-



CLOSED: Washington's Reagan National Airport has been shut down since the terrorist attacks.

berman's Merchandising Conference canceled last week, $2.5 million gone.

"It's a very, very serious blow to the economy," said Nicki Grossman, president of the Greater Fort Lauderdale Convention & Visitors Bureau. Grossman said Broward's hotel occupancies dropped a third to 30 percent. Some hotels were said to be considering layoffs, Grossman said, but no Broward hotels would confirm this Wednesday.

There are hopeful signs.

Both the Miami and Fort Lauderdale visitors bureaus said future conventions were on track.

"Meetings and major conventions as of the first week of October said they're coming," said William Talbert, president of the Greater Miami Convention & Visitors Bureau.

"Meetings will continue," said Denny Edwards, senior vice president at Fort Lauderdale's visitors bureau. "Attendance is what will likely be impacted and depends on what air service the attendees will have."

Fifty-five percent of Florida's visitors come by air, 60 percent of Broward's and 96 percent of Miami-Dade's.

With the fear of flying in mind, South Florida's visitors bureaus are focusing on the markets least likely to be affected — drivers and visitors within the state.

"For the next month, we're taking a hard look at targeting drive markets for the Keys," said Andy Newman, spokesman for the Monroe County Tourist Development Council. "You have to remain sensitive to the situation but at the same

time remind people that going to travel that you're open to business."

Eighty-nine percent of tourists to Key West and the counties will both remain the drive markets, but not in the coming weeks.

Most of the state's visitors bureaus, including those in Miami-Dade, Broward, Orlando/Orange County and the Keys, as well as the state's tourist agency, Visit Florida, have suspended print and broadcast advertising in the United States and Canada for September.

"It's not appropriate to be advertising," Talbert said. "Nobody is."

In the meantime, hotels have been trying to ward off layoffs by cutting back hours and urging employees to take early vacations and unpaid days off.

At the Loews' Hotel in Miami Beach, where occupancy has plummeted to 11 percent compared with 80 percent this time last year, employees are being shifted between departments. Erstwhile, banquet staffers are cleaning the property and laying tiles.

No layoffs have come as of yet, and the hotel is trying to hang on until October, when bookings appear more promising.

Travel industry representatives are discussing ways to solve their problems at the Visit Florida conference. On Wednesday, the Visit Florida board of directors met with rental car agents, hoteliers, travel agents and bed-and-breakfast owners.

Gov. Bush is scheduled to attend today, for good reason: Tourism is Florida's top business, worth $50 billion a year.

"There are people hurting, people who were working in the industry nine days ago who aren't working today," Talbert said. "Those are paychecks, clothes for kids at school, mortgages. The effect is immediate."

CREDIT: HILLERY SMITH GARRISON/AP

| SELECTED WEDNESDAY, Sept. 19 | | |
|---|---|---|
| **LOTTO** | | |
| 9-25-27-38-43-52 | | |
| CASH 3 | 0-1-6 | |
| PLAY 4 | 9-4-3-8 | |
| FANTASY 5 | 10-22-28-29 | |

| SELECTED TUESDAY, Sept. 18 | | |
|---|---|---|
| **FANTASY 5** | | |
| 5-8-16-33-35 | | |
| CORRECT | PAYOFF | WINNERS |
| 5 of 5 | | 0 |
| 4 of 5 | $1,111.50 | 250 |
| 3 of 5 | $12.50 | 7,912 |
| **MEGA MONEY** | | |
| 12-14-18-29 • 8 | | |

| SELECTED TUESDAY, Sept. 18 | | |
|---|---|---|
| **MEGA MONEY** | | |
| Correct | Payoff | Winners |
| 4 of 4 + 1 | $299,482.84 | 1 |
| 4 of 4 | $1,910.50 | 13 |
| 3 of 4 + 1 | $300.50 | 102 |
| 3 of 4 | $61 | 2,561 |
| 2 of 4 + 1 | $23 | 1,880 |
| 2 of 4 | $1 | 50,777 |

# The Herald

**BROWARD** EDITION

99th YEAR, No. 6
Copyright © 2001 The Miami Herald

THURSDAY, SEPTEMBER 20, 2001 ▶ FINAL EDITION

www.broward.com

## HEADLINES

**WEATHER**

**SOME SUN**
Showers possible
HIGH 87 / LOW 77

**NATIONAL**



**WELCOMED**
Weary New Yorkers in Lower Manhattan cheer the arrival of a 62-member rescue team from South Florida. 17A

**SPORTS**

**ON ALERT**
Fans and players will be checked Sunday when the Dolphins plays its home opener against Oakland. 1D

**LIVING & ARTS**



# MILITARY BUILDUP BEGINS

## Aircraft sent to Persian Gulf; Bush to address Congress



BY MARTIN MERZER
AND JONATHAN S. LANDAY
mmerzer@herald.com

WASHINGTON — The U.S. ordered more than 100 combat jets deployed to the Persian Gulf Wednesday, beginning the buildup for Operation Infinite Justice, the U.S. counter-strike against the terrorists who killed thousands of Americans last week.

"We're going to lead the world for freedom and we'll have Muslim and Christian side by side with us," President Bush said. Handshake by handshake, he spent much of the day assembling an international war coalition, with allies pledged to help.

Bush will address a joint session of Congress tonight at 9, but he won't announce the start of military action there, according to Condoleezza Rice, his national security advisor.

Meanwhile, suspense mounted over the diplomatic effort to pry Osama bin Laden from his protectors in Afghanistan, the hard-line Muslim Taliban regime. The renegade Saudi exile is believed to have organized and financed last week's monstrous attacks on four jetliners, the World Trade Center and the Pentagon.

In ordering the military deployments Wednesday, U.S. officials made it clear that, whatever the Taliban decides about bin Laden, the battle against terrorism will not end with his capture. Widespread combat appears likely, although where, when, and on what scale remains uncertain.

"There are movements, and you will see more movements," Deputy Secretary of Defense Paul Wolfowitz said.

Senior administration officials told



**DUTY CALLS:** Petty Officer 1st Class Bernard Sampson Sr., above, holds his son Bernard Jr. as his wife Dorta wipes a tear while holding their daughter Khadijah as he prepares to leave for duty on the USS Theodore Roosevelt, sent out of Norfolk, Va., on Wednesday. About 15,000 sailors

MARK GORMUS/RICHMOND TIMES-DISPATCH

KNIGHT RIDDER

# South Florida's tourism industry hit hard

## Hotel occupancy tumbles; layoffs begin



### WEDNESDAY'S DEVELOPMENTS

## Wary of wrong move, leader of Pakistan sides with U.S.

BY MARK McDONALD

ISLAMABAD, Pakistan — President Pervez Musharraf, in a national television address Wednesday that Pakistan is siding with the United States against terrorism...

## American, United each plan to cut 20,000 jobs

BY MARK PAYA CORDLE

AFTER THE ATTACK

## LEADERS OF TERROR

# Doctor from Cairo is bin Laden's second in command

BY HAMZA HENDAWI
Associated Press

CAIRO — Osama bin Laden has a right-hand man that U.S. officials say is as dangerous...

**Ayman Al-Zawahri is the leader of jihad, a secretive militant group that is blamed for the 1981 assassination of former Egyptian President Anwar Sadat.**

Al-Zawahri now heads only a faction of Jihad after disagreements with other leaders of the group over his 1998 pact with bin Laden's al Qaeda group, the International Front for Fighting Jews and Crusaders.

Targeting Americans and U.S. interests, as a declared aim, was likely to draw unwelcome interest — and the wrath of a superpower — the Jihad leaders who split with al-Zawahri argued.

Some of these Jihad leaders, such as Mustapha Hamza, are thought to be in Afghanistan, about 1,000 active members of the front...

the number is dozens or several hundred at most.



### AFTER THE ATTACK

#### AFGHANISTAN

# Leader: 'We are ready for m...

**But he accuses U.S. of vilifying bin Laden**

From Herald Wire Services

KABUL, Afghanistan —

# Wider powers sought for law enforcement



SOLEMN MOMENT: Attorney General John Ashcroft gathers his thoughts after leaving the damaged Pentagon, in background.

9/20/01 - (The Herald)

## FLORIDA CONNECTIONS

# Bin Laden's half brothers are University of Miami alumni

**BY DOLLY BEER**



The estranged family of Osama bin Laden, the United States' No. 1 terrorist suspect, has Florida connections — including two half-brothers who graduated from the University of Miami, which has repeatedly disowned the large Saudi Arabian family, which has repeatedly disowned and distanced itself from Osama bin Laden.

only child of the 10th wife.

and the Prophet's Holy Mosque in Medina.

since 1994 when his Saudi citizenship was revoked for involvement with terrorist groups.

hired well after the two brothers graduated. UM purchase records of either one.

Calls to the bin Laden brothers office in Maryland were not returned.

Bin Laden also attended Harvard Law School, where he has given millions to the Islamic legal studies and architecture.

# Sun-Sentinel

South Florida

NEWSTAND EDITION | THURSDAY | SEPTEMBER 20, 2001

GET THE LATEST BREAKING NEWS @ Sun-Sentinel.com

# U.S. DEPLOYS FORCES

## MASS MOBILIZATION RAISES SENSE OF URGENCY

### 'Operation Infinite Justice' launched



**Headed to sea**

TIME FOR GOODBYES: Petty Officer 2nd Class Kevin Hall, of the U.S. Navy, holds his son, Brendal Jr., 4, and his wife, Iveth, holds their daughter, Rhondalinn, 1, as he leaves for deployment aboard the USS Theodore Roosevelt aircraft carrier departing for the Mediterranean was planned before the attacks in New York City and at the Pentagon. Those orders could change.

■ MILITARY DEPLOYMENTS IN SOUTH FLORIDA, PAGE 16A | WEDNESDAY FOR DEPLOYMENT IN ANTICIPATION OF 'OPERATION INFINITE JUSTICE.' 1A

■ MOBILIZATION CONTINUES ON 8A

# Planes, ships are deployed

**■ MOBILIZATION**



**"There won't be an end to this campaign. There will always be another terrorist camp out there that might use this form of covert attack. So we are talking about an enduring national security priority."**

**PATIENCE STRESSED**

## HUMAN TOLL

| | WORLD TRADE CENTER DEATHS | PENTAGON DEATHS | LANDING | TOTAL DEAD OR MISSING |
|---|---|---|---|---|
| AS OF WEDNESDAY NIGHT | 233 | 189 | 44 | 5,422 | 5,888 |

**U.S. aircraft in the Gulf region**

E-3 AWACS
F/A-18 HORNET
F-14 TOMCAT
F-117A NIGHTHAWK
F-15E STRIKE EAGLE
B-1B LANCER
E-8 JSTARS

# ATTACK ON AMERICA: THE AFTERMATH

C · FRIDAY, SEPTEMBER 14, 2001

# Bush prepares war on terrorism

### ■ WAR

CONTINUED FROM PAGE 1A

Secretary of State Colin Powell acknowledged that the government was looking at Osama bin Laden — an alleged terrorist financier based in Afghanistan — as the prime suspect behind the worst attacks on U.S. soil since the bombing of Pearl Harbor. But he said Washington's sights were trained on anyone or anything linked to the attacks.

The kind of organizations that carried out these terrorist acts "are going to understand they're not going to be able to function effectively in this country," he said.

And we're going to use every resource at our disposal to defeat them," he said.



ON A WAR FOOTING: Fighting back tears, President Bush speaks to reporters in the Oval Office as the White House on Thursday. Bush announced that the United States would bear the brunt of what he termed the first war of the 21st century. AP photo/Doug Mills

### COORDINATED ATTACKS

### SOME ARE CAUTIOUS

CONTINUED ON PAGE 1A

## SCHEDULE CHANGES

## Sports

## Entertainment

## Business

## Ribbons connect patriots amid crisis

## RELIGION

## Americans seek comfort through prayers, vigils

**LONG-TERM CAMPAIGN**

South Florida Sun-Sentinel

TRANSPORTATION

# Flights make cautious start

## Security steps ground, delay some flights





CHECKING THE WEATHER: A crew member on Delta's Flight 858 heading to Los Angeles by way of Atlanta looks at the dark cloud overhead as the plane prepares to take off from Miami International Airport's Concourse H. The flight was one of the first to leave the airport.

## Airport security tightens



ATTACK O[N]

8A  FRIDAY, SEPTEMBER 14, 2001 · C

**ATTACK ON AMERICA: AFGHANISTAN**

www.sun-sentinel.com · SOUTH FLORIDA SUN-SENTINEL

# Pakistan: Bin Laden moved after attack

**By Kathy Gannon**
The Associated Press

KABUL, AFGHANISTAN —
Osama bin Laden moved to a new hiding place within minutes of the terrorist assault in the United States, refusing to tell anyone where he was going or where he was going, a source close to the Taliban said.

Bin Laden is suspected in the investigation of bombings on two U.S. embassies in East Africa.

In a statement carried on radio, Taliban leader Mullah Mohammed Omar accused U.S. officials of focusing on bin Laden, a wealthy so-called Saudi. "without any proof but because he is a well-known Muslim."

Bin Laden was last seen in public in February at his son's wedding in the southern Afghan city of Kandahar.

Kandahar is the Taliban network.

Since Tuesday's terrorist attacks, there have been several reports from Kandahar of Afghan nationals moving out of their houses, presumably to avoid U.S. retaliation.

Bin Laden is known to travel in small convoys, often in a vehicle with a bodyguard and usually accompanied by Ayman al-Zawarri, who was convicted in absentia and sentenced to death for the 1981 assassination of Egyptian President Anwar Sadat.

Bin Laden is known to run training camps in eastern Afghanistan's Paktia, Kunar, and Kandahar provinces, where mountains offer a limitless hideout.

SOUTH FLORIDA Sun-Sentinel

ATTACK ON AMERICA

C · FRIDAY, SEPTEMBER 14, 2001 · 9A

# Harrowing ride on Air Force One

**Rep. Putnam of Bartow tells of orders that followed caller's threat to plane.**

BY TAMARA LYTLE
WASHINGTON BUREAU

WASHINGTON — U.S. Rep. Adam Putnam had never settled into his seat on Air Force One on Tuesday when he got the news that terrorists apparently had set their sights on the plane.

The orders were swift and had been attacked. And now,

Items. Turn off your pagers and cell phones. Don't pick up the Air Force One phones. Don't do anything that could transmit a signal that could alert terrorists to that location of President Bush's plane.

The World Trade Center and Pentagon already had

While House aides told Putnam, they were being threatened by caller who have information about Air Force One.

"At this point, it turned into where Bush addressed a group of children. While gency of the moment."

Usually, a trip aboard Air Force One is a major perqui...

er's Rebellion.

After hearing the orders from White House staff, Putnam, 27, pulled out a pad of Air Force One notepaper and began keeping a journal.

"There was a real sense of ur...

site for members of Congress. On Tuesday, though, Putnam would have gladly given up his...

Miller and Putnam started the day in school in Sarasota Card told the president that New York, then hopped into the World Trade Center in the classroom to get House chief of staff Andrew





THE FLORIDA SUN-SENTINEL • sun-sentinel.com

C • FRIDAY, SEPTEMBER 14, 2001    11A

## ATTACK ON AMERICA / PITTSBURGH CRASH

# Military denies shooting down jet

**Black box recovered at Pennsylvania crash site.**

By STEPHANIE SAUL
NATIONAL CORRESPONDENT

SHANKSVILLE, Pa. — The FBI and Thursday that it is investigating eyewitness accounts that an F-16 fighter jet was flying near the site of the hijacked United Airlines Boeing 757 that crashed in Pennsylvania on Tuesday, at the Pentagon de-

nied the military shot down the plane in gravely far, denied.

"We checked, double-checked, triple-checked," said Rear Adm. Craig Quigley, the Pentagon spokesman. "We were fired anything at any-body."

> **'The runnel won't die.**
> **It's like precise.'**
>
> Rear Adm. Craig Quigley
> PENTAGON SPOKESMAN

"No weapon of any kind were fired by any military airplane against anything," two

... "Quigley added.

Meanwhile, investigators searching a crater left by the plane's impact in an abandoned coal mine and they found the flight data recorder which records in the mechanical thought.

Pittsburgh special agent William Crowley said the FBI had determined there were two other aircraft within 25 miles of where the plane went down, but he would not say whether they were military jets.

Quigley said he could not say whether the plane had ...

[ ] The Boeing 757 had taken ...



16C · WEDNESDAY, SEPTEMBER 19, 2001 · NWS

sun-sentinel.com · SOUTH FLORIDA SUN-SENTINEL

## COLLEGE FOOTBALL

# Hurricanes lineman preaches understanding

**By OMAR KELLY**
STAFF WRITER

CORAL GABLES — University of Miami offensive lineman Sherko Haji-Rasouli has become an educator this week.

In the wake of last week's terrorist attacks on the World Trade Center and the Pentagon, Haji-Rasouli has been teaching his friends, teammates and classmates that not all Arabs, or people of Muslim faith, are responsible for the acts of terror that killed thousands and confusion, and they don't




**Haji-Rasouli**

know how to express it properly to-day.

"People are filled with anger, giving history lessons to wear fewer people.

"Every day I've been in every religion."

Haji-Rasouli, who speaks Farsi, Spanish and English, said last week he prepared

self giving a 30-minute history marks, but he said record has lesson about the Middle East and Islam.

"A lot of people don't understand that this was a group of people who were responsible for [the attacks], not a religion," he said. "People need a clear understanding of who did this. Not all Arabs or Muslims are bad. Some members may be good. Some may be bad, but you have that in every religion."

Haji-Rasouli, who speaks Farsi, Spanish and English, said last week he prepared

himself to hear hateful remarks, but he said record has kept playing games.

Coker said extensive time off is good when a squad reward him and that his teammates had been supportive.

**TOO MUCH IDLE TIME**

Coach Larry Coker said he doesn't like all the off time he has on his hands right now. The Hurricanes' game last Saturday against Washington was postponed, and UM is off this Saturday.

"We were in a pretty good rhythm. Our team was healthy and playing well," Coker said

"I would have just liked to have kept playing games."

Coker said extensive time off is good when a squad is riddled with injuries, something UM wasn't. But the No. 1 ranked Hurricanes had wonders how sharp his team will be for the next game. Sept. 27 at Pittsburgh.

Tuesday's practice focused on conditioning, but UM did little situational or scrimmage work on first- and second-down situations.

"You can still try were glad to be out on the field again," Coker said.

SOUTH FLORIDA SUN-SENTINEL · sun-sentinel.com

C · FRIDAY, SEPTEMBER 14, 2001 · 15A

## ATTACK ON AMERICA: NEW YORK

# Coping with the aftershock

## City struggles to shake off its fear

### But scares send people fleeing

By LISA ROSSI

NEW YORK — On the third day, New York tried to recover some semblance of normalcy, but was jolted by more waves of fear. Police officers found a suspicious package, and city officials worked to keep the subways running and offices open, and people everywhere struggled to shake the paralyzing fear.

In a lunchtime span of 90 minutes, bomb scares at half-dozen public and private buildings — Grand Central Station, Macy's department store and LaGuardia Airport among them — sent thousands of panicked people fleeing into the streets.

At the New York area airports were hit hard yet again — in the late afternoon by federal officials who screened every person and detained a handful of others who had, at minimum, presented dubious identification.

And much of the city was in chaos as crowds showed traffic to a crawl. At one point, saw evidence that frustration, on the part of several subway lines, and at several in the day, officials limited subway service out of concern that the terrible, still



**MEMORIAL:** Flowers and post cards of the World Trade Center towers decorate a lamp post in New York City. Makeshift memorials are appearing throughout the city. AP photo/John A. Keiser



**SEARCH:** As rescue crews comb through the wreckage of what remains of the World Trade Center Thursday one police officer makes his search with a dog who carefully sniffs his way through the tangle of rubble. AP photo/Stephen Chernin

All the while, telltale plumes of smoke rose from the south marking where the terrorist attack had killed thousands.

A five-square-mile stretch of Manhattan remained off-limits, as soldiers and police officers stood sentry at blue barricades along 14th Street.

**PLUMES OF SMOKE**



HOPE: Trudy Cianciotto holds a photo of her brother Joseph, missing since Tuesday's attack, at the 69th Regiment Armory in New York Thursday. The armory is being used as a center for friends and family to report missing relatives.

**CONFUSING INFORMATION**



Search for identities a daunting job

**SEARCH FOR CLUES:** Amid the mountain of debris lie the remains of thousands of victims. Medical experts from around the country will work to pinpoint identities. **B11 photo/Red Huber**

# Grief counselors, funeral directors mobilize for burials



SOUTH FLORIDA SUN-SENTINEL • sun-sentinel.com

C • FRIDAY, SEPTEMBER 14, 2001   23A

# ATTACK ON AMERICA

## S. Florida gave good cover to terrorists

### Transportation, climate and many ethnic groups made for an ideal place for training.

By VICTOR GARZA
AND DANA BANK
STAFF WRITERS

With its sunny climate, preponderance of ethnic groups and abundance of aviation schools, South Florida was the perfect place for a small group of foreigners to settle in and train for the most horrific act of terrorism in U.S. history.

"You're watching for that in the room. Of course, as a person who is supposed to be on the lookout for danger signals...

At Pelican, which trains about 70 people in any given time, about 30 percent of the students are foreign nationals, Ferrell said. Many of those got turned down for visas, but the flight schools is never told why.

The U.S. State Department conducts background checks on foreign nationals if they apply for one-year visas, but North Perry Airport and a pilot...

Fred Hoffman, manager of North Perry Airport and a pilot, said most flight schools are more concerned with a student's ability to pay...

**GROUNDED:** The many aviation schools in South Florida draw a large number of foreign flight students. Despite the tragic events, one small flying out of North Perry Airport was the only commercial flights could take off. Staff photo/Tubey Alvarez.

**Training hub**
South Florida is one of the most popular training regions in the nation because of its good weather and the number of airports and training schools.



SOURCE: Staff research

---

YOUR TIME

$29.99
UNLIMITED NIGHTS
AND WEEKENDS
plus 250 Anytime
Minutes.

LEARN TO FLY HERE!

In the spirit of celebrating
your precious free time,
Cingular Wireless is giving you
more of it. We're not talking
about 2,000 minutes or even
3,000 minutes. With Cingular
you get as many minutes as
you can handle. Every night
and all weekend long.

# Forget
# Minutes
Let's Talk
# Hours

UNLIMITED CALLING
EVERY NIGHT AND
ALL WEEKEND LONG

ATTACK ON AMERICA

CALL US

1-866-CINGULAR
or visit www.cingular.com
for more Cingular ad stores.

BELLSOUTH Mobility

Now a part of
Cingular Wireless.

NOKIA
CONNECTING PEOPLE

Nokia 5165
$19.99

X cingular
WIRELESS

What do you have to say?

• Nationwide
  Long Distance
• Wireless Internet
  Access with 100
  Interactive Message
• Rollover Minutes

STOCK super MARKET

24A   FRIDAY, SEPTEMBER 14, 2001

FROM PAGE ONE   |   SOUTH FLORIDA SUN-SENTINEL





IN THE WEST BANK: Palestinian schoolgirls stand for a moment of silence on the West Bank town of Nablus on Thursday to honor the victims of the terrorist attacks in the United States. AP photo/Nasser Ishtayeh

IN ISRAEL: A man and women in Tel Aviv on Thursday pass a shelter where Israeli authorities have been paying their respects to the victims of Tuesday's attacks. AP photo/Awar Nacklamdi

# World mourns along with U.S.

## Hundreds of foreigners among the victims



By MAIA STODDOW



# Other groups of terrorists face inquiry

SUSPECTS

# ATTACK ON AMERICA



SOUTH FLORIDA SUN-SENTINEL • 1991 sept    DAY, SEPTEMBER 12, 2001    3A

## ATTACK ON AMERICA: EMOTIONS

# Terrorism jolts Americans

**four hijacked jetliners used as weapons**



By **WILLIAM E. GIBSON**
WASHINGTON BUREAU CHIEF

WASHINGTON — Like a nightmare come to life, suicide hijackers unleashed the most destructive terrorist attack in U.S. history on Tuesday when they slammed high-speed jetliners into the World Trade Center and the Pentagon, killing or injuring thousands amid rolling waves of fire, smoke and rubble.

The complex and apparently coordinated assault, committed by unknown terrorists for unknown reasons, was tantamount to an act of war, with an impact comparable to the attack on Pearl Harbor at the outset of World War II. The shock reverberated around the public's psyche and provoked talk of revenge.

"There is no other way for people are to find those evil people," said Bush. "All the nation ... [illegible] Tuesday night. "I've directed the full resources of our intelligence and law enforcement communities to find those responsible and to bring them to justice. We will make no distinction between the terrorists who committed these acts and those who harbor them."

The first U.S. mission, after aiding the wounded and securing buildings, is to identify the terrorists. The attack put the American public in a fighting mood, without knowing whom to fight. The sheer scale and complexity of the multi-faceted assault points toward one large and resourceful anti-American organization, not a determined.

### SOUTH FLORIDA SEARCH

There were search warrants executed Tuesday night in the state area of Broward County.

volved. But officials were reluctant to speculate until they investigate. Similar suspicions swirled around the bombing of the Oklahoma City courthouse in 1995 before it was determined to be home-grown terrorism led by Timothy McVeigh, an American who hated the federal government.

"For an operation of this sophistication and scale, there aren't a lot of organizations that can pull it off," said Sen. Bob Graham, D-Fla., chairman of the Senate Intelligence Committee.

Graham stopped short of blaming American intelligence services, but said their capabilities must be upgraded to deal with terrorism, which he called the No. 1 national security issue. He said the United States must increase and improve its ability to spy using humans, not just machines and satellites. The country also needs to improve its ability to eavesdrop on communications around the world, a capability that Graham said has declined since the Cold War.

The intelligence chairman refused to discount the possibility that the United States might reconsider its ban on assassinations.

Everyone in official Washington searched for someone to blame, and the mystery added to the frustration.

The normally amiable Rep. E. Clay Shaw Jr., R-Fort Lauderdale, said, "First off: We need to find out who did this and knock the living hell out of them."

### READY TO RESPOND

Once Bush put the armed services on high alert, the Navy dispatched aircraft carriers and guided-missile destroyers [illegible]


GO TO SUN-
SENTINEL.COM TO GET
UPDATED NEWS
ABOUT THE ATTACKS
AND THE VICTIMS.

Orihuela, a spokeswoman for the FBI in Miami. Where the warrants were executed and the number was unavailable.

FBI sources in Washington, D.C., said the search warrants were based on the manifest passenger list from the planes that were hijacked and used in the attacks Tuesday, said CBS correspondent Jim Stewart.

"In terms of terrorism, this is unprecedented. What a nightmare," said Timothy Hoyt, a security expert at Georgetown University who also teaches at the Naval War College. "This is a formidable, organized feat. Somebody put a lot of time and resources into this. We are talking about four aircraft hijackings, all carried out within an hour of each other in places separated by hundreds of miles. This took money, organization, training and time."

The audacity of the attack on citadels of American power — from unknown foes, seemingly out of nowhere — will make anxious Americans feel suddenly vulnerable, some psychologists predicted.

"People are going to see more and more that there's a fairly large number of people in the world who are going to be motivated to do something like this, and it's difficult to protect yourself against it," said Richard N. Carrera, a Miami psychologist and expert on violence. "The pressure is going to be on George Bush to do something quick to get those people, whoever they are."

The horror began just before 9 a.m., as thousands of workers poured into the 110-story World Trade Center in New York, a towering symbol of American capitalism and success. A hijacked jetliner plowed into the south tower of the gleaming World Trade Center, tearing a huge hole in the top of the building. Attorney General John Ashcroft told reporters Tuesday night that the suspects were armed with knives.

Minutes later, another hijacked airliner crashed into the second twin tower, setting off a fireball. Millions of Americans who crowded around TV sets watched the two towers sag, buckle and collapse, one after the other, producing the sickening sight of a mushroom cloud of smoke as 200,000 tons of steel frame smashed to the ground and covered lower Manhattan in thick layers of soot.

About 50,000 people normally work in the World Trade Center, and at least that many visitors frequent the building on a typical day. Officials could not estimate the number of casualties, but those receiving medical care reached into the thousands. "When we get the final number, it will be more than we can bear," said New York Mayor Rudolph Giuliani.

While New Yorkers screamed through the streets



FLEEING IN HORROR: Stunned by the rapidly moving cloud of dust, smoke and ash, pedestrians run as one of New York's World Trade Center towers collapses on Tuesday morning. AP photo/Suzanne Plunkett

ANGUISH AND AGONY: Two women comfort each other as the World Trade Center burns following Tuesday's attack. Two hijacked planes were crashed into the 110-story towers. AP Photo/Ernesto Mora

in panic and firefighters risked their lives to save those trapped in the building, a third hijacked jet crashed into the Pentagon outside Washington, knocking victims off their feet and setting off a massive fire.

"There was rubble and stuff everywhere. I couldn't see my hand in front of my face," said Leonard Donaldson, a maintenance mechanic who ran into the stricken Pentagon with fire extinguishers. "Ceiling tiles had fallen, and there were trash cans everywhere." He saw many people on stretchers.

There was no official word on casualties — there were reports late Tuesday of 800 dead

— but at least 40 injured people were admitted to area hospitals.

As ambulances sped to and from the Pentagon, gray smoke billowed out of the five-sided building, a symbol of American military might. District of Columbia Mayor Anthony Williams declared a state of emergency in the city, and all hospitals were put on "maximum alert."

Soon after, a fourth hijacked airliner crashed in a wooded area near Pittsburgh, the hijacker's intent unknown.

A total of 266 people were reported on board the four jets. The attacks immediately

brought normal life in many cities to a virtual standstill.

## GROUNDED

Federal authorities grounded all commercial flights. Financial markets closed, military markets closed, and airports shut down. The White House, the Sears Tower in Chicago and Disney theme parks on both coasts were evacuated and closed until further notice.

At Logan International Airport in Boston, emotions coursed through crowds turned away from their flights. An American Airlines official, tears streaming down her face, begged customers to bear with the airline. "Please understand, [four] commercial carriers have been hijacked over the United States," she said. "It's a bad situation."

The streets of Washington turned into a maze of traffic as evacuated federal workers and others tried to get out of town. The city's main train station, its airports and subway system were all shut down. Federal and city police scrambled in response to false reports of bombings while trying to secure office buildings and monuments.

Displaced members of Congress, evacuated from the Capitol, responded with anger and promises of retaliation.

"The United States I think is committed to track these people down and bring them to justice," said Rep. Peter Deutsch, D-Fort Lauderdale. "My guess is that this is not state sponsored because any state that sponsored this would be obliterated from the face of the Earth. If this is state-sponsored terrorism, that state will no longer exist."

## WHO DID IT?

Suspicion immediately turned to terrorist organizations in the Middle East, the Persian Gulf and Afghanistan. U.S. intelligence reportedly was building a case against the terrorist network of Osama bin Laden, although the Afghanistan government, which hosts bin Laden, denied he was in-

and the North American Aerospace Defense Command said its fighters, surveillance and other support aircraft were "ready to respond."

The Pentagon also ordered the aircraft carrier Enterprise to halt its homeward journey and await orders for a possible return to the Persian Gulf.

The U.S. response ultimately must come by order of the president. The crisis created a personal challenge for the young presidency.

Bush first learned of the attacks in the most horrific settings, a second-grade classroom in Sarasota. During a "photo op" at the start of a short reading demonstration, Andrew Card, the president's chief of staff, whispered something in the president's ear. From all descriptions, the president, grinning and relaxed, it appeared that the extent of the news had not reached him.

Minutes later, Bush was announced the tragedy to a crowd in the school and declared: "Terrorism against our nation will not stand."

Almost 12 hours later, Bush delivered a nationally televised address calmly assuring Americans that the federal government and the U.S. economy would withstand the assault and today would be "open for business."

"America has stood down enemies before, and we will do so this time," Bush said. "None of us will ever forget this day, yet we go forward to defend freedom and all that is good and just in our world."

Staff Writers Jeff Shields in Boston, Buddy Nevins and Shana Gruskin in South Florida, Nicole Ostrow and Rafael Lorente in Washington, and Mark Silva in Sarasota contributed to this report, which was supplemented with information from wire reports.

William E. Gibson can be reached at wgibson@sun-sentinel.com or 202-824-8256 in Washington.

# U.S. UNDER ATTACK

# TERROR STIRS SHOCK, ACTION



## Miramar gets new school next yea

### Borrowing to ease crowdin

BY STEVE HARRISON
sharrison@herald.com

## Did DJ's killers miss mark

### Friends, family believe neighbor was the tar

BY DANIEL A. GRECH
dgrech@herald.com

## A calamity beyond measure

### THE HEROES

## Angry and dazed: life on hold

BY ERIKA BOLSTAD
ebolstad@herald.com



ON GUARD: A Broward Sheriff's Office SWAT team officer stands guard Tuesday on Eisenhower Boulevard.

DOING WHAT WE CAN: Debbie Sankey, 25, of Fort Lauderdale, donated blood Tuesday at a donation center in Sunrise.

### A rush to give: Blood banks swamped, extend hours

BY NICOLE PIATT
AND NATALIE P. McNEAL

## Soul-searching: Residents gather to pray

BY ELAINE DE VALLE
AND ANDREA ELLIOTT

## GLOBAL THEATER

# Cholesterol & Diabetes Study

Our doctors are enrolling volunteers for a research study of a cholesterol medicine. If you have **High Cholesterol and Diabetes** you may qualify.

**Study Participants receive:**

- Study Medication
- Study Related Medical Care
- You will be reimbursed for time and travel up to $160.00

To find out more about this program, please call Maggie, Monday-Friday 9 am-5 pm

**South Florida Clinical Research Center**
6448 Pembroke Road
Hollywood, FL

## (954) 989-1400

## Donors wait in line for hours to give blood for attack victims

### WHERE TO GIVE BLOOD






# SPORTS

## JM GAME POSTPONED

## Attacks bring halt to sports

### Fusion, baseball games postponed

### Wannstedt keeps perspective

### mi-Washington likely to be played on Nov. 24

I was terrified."

# UM-Washington could play in November

► UM, FROM 1C

not have the game at this time."

Originally, the decision was to be made today, when commissioners from college football's major conferences have a teleconference to discuss the situation around the country. Athletic directors from individual conferences have met today to give recommendations to their commissioners.

"There's a delicate balance of wanting to return to normalcy and not letting these terrorists bring us to our knees, balanced against the safety and health of everyone concerned — the fans in the stands, the teams that would have to fly, everybody," Dee said.

The Hurricanes (2-0), whose lone loss to Washington (1-0) last season prevented them from being rated high enough by the Bowl Championship Series to play Oklahoma for the national championship, have wanted this game more than any other. Tuesday, the Hurricanes chose to practice despite the tragedy that included news of a Miami player's mother working in the World Trade Center.

Coker said the decision was made after they learned that the mother of freshman line-

backer Leon Williams was safe, and after Williams had talked to her for proof.

"This is something that is hard for any of us to imagine," UM coach Larry Coker said. "We met with the team and talked about it. We told the team, 'It's not going to change anything for us to sit around and watch television. I thought it was much better for us to be out together with our football family, on the field, active.

"I asked Leon not to practice and he said, 'No, Coach. I'm practicing.'

"Obviously, the safety and well-being of fans and citizens and those who have been injured and lost their lives in the attack, I felt it would be the

much bigger than football. This is just horrendous."

Washington was scheduled to fly to Miami Thursday, a day earlier than customary, to get acclimated to the time difference. Neuheisel was adamant about his players not working out Tuesday.

"I just spoke to our team with regards to this morning's events, and I thought it inappropriate that we should practice today given the scope and devastation that took place today in New York City and in our nation's capital," Neuheisel said. "Out of respect to those who have been injured and lost their lives in the

appropriate thing to not participate today, to appropriately mourn the victims.

"We are going to hopefully return to a normal routine as is humanly possible."

When asked Tuesday afternoon what he would do if the game were postponed, Coker replied, "We'll put the game plan in the book, save it, and if or when they reschedule, we'll get ready to play again.

"This has been a tough day for everybody."

Washington plays its last game Nov. 17 against Washington State. The Canes play their last game Dec. 1 at Virginia Tech.



# Muslims seek to heal nation's fear

## Leaders offer their condolences, try to dispel hate and ignorance





# Suspected hijackers 'kept a low profile' in Delray Beach

**FLORIDA**
From 1A

*'I just don't believe this. You cry for two days, and then you find out they were living right under your noses.'*

EVA JANAS
Delray Beach resident

ist group of Saudi-born extremist Osama bin Laden.

The men apparently moved into, out of and around Florida during the past year while some trained at flight schools in Venice, Vero Beach, Pompano Beach and Opa-locka and rented planes from local airports, including Lantana.

**Vero Beach man released**

Federal authorities arrested one person Friday, according to a government official who said the man had information relevant to the investigation. No other details were released.

However, the FBI did say it no longer was looking for Amer Tajh Kambar, who lived at the same Vero Beach address as Abdul Rahman Alomari, identified as Abdulaziz Alomari on the list of suspected hijackers. The alert for Kambar, put out to all law enforcement agencies on Wednesday, had described him as armed and extremely dangerous. An FBI spokeswoman Judy Orihuela said she couldn't comment on why the bulletin was rescinded.

The FBI also released Vero Beach resident Adnan Bukhari, who lived next door to Alomari. Agents had spent 12 hours searching Bukhari's house at 4036 57th Terrace after a dawn raid Wednesday.

At 10:30 p.m. Thursday, FBI agents returned to the house, towed Bukhari's Plymouth Voyager and took several boxes from the house, according to a neighbor who asked not to be identified. The neighbor said Bukhari did not return to his house. Bukhari did not attend a student meeting at FlightSafety Academy, said Mamduh Felmban, Bukhari's training partner.

Bukhari's attorney told CNN Wednesday that Bukhari is not connected with the terrorist attacks, that he is helping authorities, and that any documents found with his name meant his identity was stolen. He said Bukhari had passed an FBI-administered lie detector test. He also said Ameer Bokhari, the pilot killed in a mid-air crash in Vero Beach last Sept. 11, was not his brother, as had been reported.

The hunt for details of how the network of terrorists fired before Tuesday led to the Delray Racquet Club at 755 Dotterel Road. Ahmed Alnami and Saeed Alghamdi, both on the hijacker suspects list, lived on the fifth floor of Building 1, in a two-bedroom apartment numbered 1504.

Saeed Alghamdi has been linked to Osama bin Laden's Al-Qaeda network,

according to current and former U.S. officials.

Racquet Club residents said they were reclusive, unfriendly and always carried gym bags or duffel bags wherever they went, even to the pool. At times there were as many as seven Middle Easterners at the apartment, and neighbors heard strange ping-ping-ping noises from the apartment all night.

**'Extraordinarily unfriendly'**

"I thought they were laying down a floor," said Maria Sicar-Simpson, who lives right below 1504. "It was just about all night. I reported it to the condo association. It was like they were chipping away at something."

Stacy Warm said the men were "extraordinarily unfriendly."

"I rode the elevator with two 20 times and never ever did they said hi, even though I always did," Warm said. "There were at least four of them but my husband said he counted as many as seven. Sometimes an older guy would be seen with them.

"They wouldn't look at you in the eye. It was like you didn't even exist. I thought they were drug dealers. I thought about reporting them for that reason. When I heard about this, I thought, 'Oh my God, I could have turned them in.'"

Delray Beach police cordoned off the south parking lot of the club on Friday because of a suspicious package, but it turned out to be a delivery from Bed, Bath and Beyond.

Resident Gene Martel, a visiting history professor at Lynn University, recalled that a group of well-dressed men came looking for "apartment 1510" one day, but when he brought them up to the fourth floor, they headed to 1504 instead.

Martel told them 1510 was the other way, but one of the men said they wanted 1504. Then another man corrected him and said, "No, we want 1510." Martel knew no one lived in 1510.

Eva Janas, who lives in the next building, said she couldn't believe the disclosures.

"I just don't believe this," she said. "You cry for two days, and then you find out they were living right under your noses."

The pair apparently never attracted the attention of local police, either.

"They kept a very low-profile existence while they were here," said police spokesman Jeff Messer, who said none of the seven terrorists tied to Delray Beach had any trouble with the city police.

The address listed on the Florida driver license of another suspect, Hamza Alghamdi, is the Mail Boxes Etc. postal store at the southwest corner of the Plaza at Delray, Linton Boulevard and North Federal Highway.

Alghamdi and Mohand Alsheri — identified by the FBI as Mohald Alshehri — paid about $200 in cash in January to rent Box 260 for a year, clerk Frank Santiago said. He said FBI agents poked through the box Thursday, but didn't take anything. They did take copies of the rental papers.

Alghamdi came in only about three times, and always alone. Santiago said. The store has 24-hour access, so he didn't know if Alghamdi came in after hours.

The hijackers believed to have stayed at the Homing Inn in Boynton Beach from late June to late July also appear to have been reclusive. A canvassing of businesses within walking distance of the motel turned up no one who recognized Waleed Shehri or two other men identified as hijackers whose pictures were available: Marwan Shehhi, who rented an apartment in Delray Beach this summer, and Mohamed Atta, who had addresses in Coral Springs and Hollywood.

Atta and Shehhi have been identified by German authorities as being tied to an Islamic fundamentalist group that planned attacks on American targets. The Justice Department said Atta was aboard American Airlines Flight 11 that took off from Boston's Logan Airport and crashed into the north tower of the World Trade Center, while Shehhi was on United Airlines Flight 175, which hit the south tower.

Richard Surma, owner of a Deerfield Beach motel searched by the FBI Thursday night, said he called the agency after the terrorist attacks because he found aeronautical maps, books on how to fly 757 and 767 airplanes, food with Arabic labels and other items in the trash bin outside an apartment he had rented to two men who appeared Middle Eastern. But Surma said he did not recognize photo-

graphs shown to him by the FBI.

FBI Director Robert Mueller said Friday that investigators were surprised to learn the hijackers had trained openly as pilots in Florida.

"The fact that there were a number of individuals that happened to have received training at flight schools here is news, quite obviously," Mueller said. "If we had understood that to be the case, we would have, perhaps, one could have averted this."

He said the investigation, code-named Operation Pentbomb, is pursuing 36,000 leads received from Internet tips, calls to a hot line and contacts with FBI field offices. One of those leads may have taken police to a Carnival Cruise ship early Friday.

U.S. Coast Guard personnel boarded the Fascination as it returned to Miami from a weeklong Caribbean cruise and took two men into custody. FBI and Carnival officials declined to comment on the detentions and whether they were related to the terrorist attacks.

**Might have had help**

A source close to the investigation said the FBI believes the terrorists had help in South Florida and elsewhere and that they were provided with large amounts of money.

Agents are "pursuing the possibility" that more people were involved than the ones on the airplanes, the source said. He said agents are amassing a paper trail of credit card and cell phone receipts, financial documents and other records, as well as questioning Middle Eastern students of flight schools, pilots who may have known the hijackers, and anyone else with information.

One of the suspected terrorists was a graduate of Embry-Riddle Aeronautical University in Daytona Beach and was trained to fly commercial planes like the ones that were hijacked.

Waleed Shehri, 25, was an A and B student, but not remarkable, said university spokesman Bob Ross. He said the university accepts many foreign students, using the same scrutiny as other domestic universities.

Most faculty members, under orders, wouldn't talk about Shehri. His former neighbors didn't know about him either, understandable in a student community with high turnover. He lived in Anatole, a brick and wood facade rental complex where a one-bedroom apartment costs $589 a month.

"There was a bunch of them over there," said tenant Terry Jones. "You would never see more than two or three."

Ross said the FBI found no other Embry-Riddle students on its list, but driver license records link another al-

leged terrorist, Ahmed Ghamdi, to Daytona Beach. The FBI said Ghamdi was on the United flight 175. The license lists his address as a location that was then a Holiday Inn and is now a Howard Johnson's hotel on the beach.

Embry-Riddle uses flight instructors owned by FlightSafety Academy in Vero Beach. For three years, beginning the period in which Shehri was a student, the school housed a 737 flight simulator. In January, it was moved to another location.

Officials evacuated 1,000 students just before midnight on the air Embry-Riddle campus. An air-conditioning transformer short-circuited, causing smoke to waft from a dorm's third floor. While firefighters and police evacuated students, they noticed an errant duffel bag and called the bomb squad. After more than two hours, the students were allowed to return to their rooms at 1:45 a.m.

The duffel bag contained a stopgap of Coors Light. Ross said the incident gave administrators and students some much-needed stress relief.

"It's kind of reassuring," he said, "that something so ordinary could be the problem."

The South Florida connections and the focus on Delray Beach was unsettling to officials who won a second coveted All-America City designation this summer.

Mayor David Schmidt labeled it "just an unfortunate coincidence."

"It seems like most of these guys were moving around a lot," Schmidt said. "If the attack were three months ago, these guys could have been here in Boynton Beach or Deerfield Beach."

Commissioner Jon Levinson blamed the city's close proximity to Boca Raton Airport. "It has charter planes and a flight school," he said. "It may have been they wanted a place where the weather is good and they could fly year-round."

Palm Beach County Commissioner Mary McCarty, also from Delray Beach, was more sanguine.

"It's surprising," she said. "But then it's just amazing that there isn't more of this in the Palm Beach County."

*Staff writers George Bennett, Michael Van Sickler, Clay Lambert, Dani Davies, Howard Goodman contributed to this report.*

▶ scott_isenberg@pbpost.com
▶ clay_lambert@pbpost.com
▶ noah_bierman@pbpost.com
▶ john_pacenti@pbpost.com

# Vero school may have trained terrorist

**By Jim O'Neil and Joe Eastwood**
Press Journal staff writers

VERO BEACH — A prominent Vero Beach flight school has the potential of small corporate airplanes. It is one of the premier airline pilot and technician schools in the country and a major influx of riders in the Vero Beach business community.

John P. Kennedy Jr. had two stints of training there. The former head of the Federal Aviation administration sent his daughter there. The daughter of Delta Air Lines' training program director studied there.

So, where one of the suicide hijackers in Tuesday's terrorist attacks on the World Trade Center in New York received pilot training here.

FlightSafety officials said Friday that Abdul Alomari was one of the hijackers on American Airlines Flight 11 that struck the north twin tower of the World Trade Center Tuesday. Alomari lived in Vero Beach for 13 months with his wife and four children.

He was a FlightSafety student without credentials and with questions on the shoulder and bad hair, local residents recalled, he enrolled in the classroom over to airport and there began his own training.

FlightSafety officials at the academy have refused to comment and referred inquiries to Flight Safety International headquarters in New York. Corporate officials did not return telephone calls Friday. However they told the Wall Street Journal on Thursday that none of the students or employees at the Vero Beach academy were involved in any of the terrorist attacks.

— Four men with FlightSafety academy is set on 20 acres to be Vero Beach Municipal Airport for $155,000 a day. Students now enroll from the classroom over to academy's reported fleet of more than 100 aircraft.

— FlightSafety leases land and buildings at the airport, which pays the airport, for $155,000 a cash the airport. The academy grew too close to its neighbors, more than Boeing jets.

— FlightSafety's corporate office facilities are state of the art, three high-light flight simulators, housing for 200, including one- and two-bedroom apartments or small habitations.



One of the pilots involved in the terrorist hijackings Tuesday may have trained at the school.

Flags fly at half-staff on the campus of FlightSafety Academy at the Vero Beach Airport Friday morning.

galaxies. The residence buildings, cafeteria and the Pilot Shop are set around a pool.

Inside the administration building, large photographs of the academy's students line the walls, and in one hallway, the autographed by one of its graduates is a photograph of the SPerwein driving students to FlightSafety classes begins in 1961 by Al Ueltschi, a Pan American Airways pilot from Kentucky. He could rent World War II pilots for could rent World War II planes.

He retired an office at Le Guardia Airport in New York and began recruiting for 1967 his company was taking off. He had $35 million in revenue and was the air manufacturers around the world.

FlightSafety and the Italian company soon reached Vero Beach. The academy in Vero Beach is the only location with in-flight simulators.

The company claims its 1,200 instructors train 65,000 pilots and 10,000 maintenance technicians annually in Boeing and with Atlantic Southwest Berkshire Hathaway, the Omaha, Neb. holding company that owns largely in low-tech companies.

and two-engine aircraft.

The academy is one of the largest in a legitimate organization. They've done a lot to further the cause of aviation, he

In the FlightSafety student population began in 1961 by Al Ueltschi, a Pan American pilot from Kentucky. He rented World War II planes.

He could rent $15,000 on life sites that

and was the air manufacturers around the world.

The students often run down the ramp at the airport. The walls of every corridor what FlightSafety lived to eat for breakfast, but one meal, a short stack of pancakes and a cup of coffee.

Now things have changed. Down, a stylist at Hair Lowdown, checked the list of hijackers to be sure she hadn't cut their hair. She

Over at the Chevron station, Ace has another thought. "When you think about it, they didn't look like aircraft coming. They looked like they're here to fly airplanes."

**'FlightSafety may or may not have trained some of the suspects.**

**That doesn't mean they're out to do that sort of thing.'**

**MARK MILLER**

Spokesman for New Piper

# Reports from Pakistan promising

From 1A

RESPONSE

Bush administration officials said Friday spent a highly publicized meeting at a news conference Friday afternoon. This has become a central point in the relationship and what we can do together.

The State Department described the summit and the national security advisors as crucial to meet with the President's national security team at Camp David over the weekend. The White House, taking an unusual step, confirmed few details about the secretary of State Colin Powell and the President.

"These are different times," ...

**Comprehensive strike**

The United States has not heard from Osama bin Laden...

Without Pakistan's permission to fly over the country, however...

Osama bin Laden uses Afghanistan as his base of operations...

The Associated Press, quoted...



5AA    THE PALM BEACH POST · 12TH SATURDAY/SEPTEMBER 15, 2001

■ FIRST FLIGHT

# Passengers push fear aside on flight to

Many on board said they had confidence in the level of security...



Passengers read the newspaper aboard jetBlue Flight 76 out of West Palm Beach bound for New York.

*'Ultimately there is a determination and resolve to go about your life as you have been living it.'*

**Lyndon Tefft, who works in Boca Raton but lives in Fairfield, Conn.**

■ FLIGHTSAFETY ACADEMY



THE PALM BEACH POST    SATURDAY, SEPTEMBER 15, 2001    14A

**PBIA UP AND RUNNING**

# Airport reopens with tight security, delays

**■ Travel tips:** What passengers should know before arriving at the airport.

By Check McGinness
■ *Beach Post Staff Writer*

Slowly but surely, Palm Beach International Airport is getting back to normal.

About 25 percent of the flights that were scheduled Friday did fall victim to the widespread cancellations plaguing the nation's air travel system. Considering most major airports in the Northeast were closed for all or part of the day, that's not bad, airport officials said.

"Things are constantly changing," PBIA spokeswoman Lisa de la Rionda said. "A lot of our service depends on what other airports are doing."

Security remained extremely tight inside and outside the terminal. Anyone stopping at a curb to drop off or pick up passengers was shooed away. A bomb-sniffing dog made its way through the terminal. Passengers oblivious to the extra security, focusing their efforts on doing whatever they could to get home.

Ronald and Sandra Margolis are supposed to fly home Tuesday to Forest Hills, N.Y., but the trip was canceled. They could have flown standby Friday afternoon on a flight that stopped

**Flight information:** Call your airline to find out the status of your flight. Most airlines also have Web sites with flight schedules. Do not go to the airport to check on flight schedules.

Continental and Delta are the only airlines that have refund hot lines specific to the tragedy set up. Otherwise, they are just the customer service numbers. Continental and Delta also are the only two airlines that give you the pertinent refund information on their home page.

■ American Airlines (800) 433-7300; www.im.aa.com/

■ Continental (800) 525-0280; [...] www.continental.com/

■ America West (800) 235-9292; www.americawest.com/ emergencynews.htm

■ United (877) 226-1327 (toll free); www.ual.com/site/primary/ 0.10017,1309,00.html

■ TWA (800) 221-2000; www.twa.com/ customer_info/phone_dir.html

in Atlanta, but they opted to spend the better part of the day at the airport to wait for an 8:30 p.m. nonstop flight.

"It seems like the later we go, the better chance we have of get-

■ Delta (800) 221-1212; www.delta.com/ home/index.jsp

■ AeroMexico (800) 237-6639; www.aeromexico.com/ingles/de_viaje/faq/ faq.htm

■ Southwest (800) 435-9792; www.southwest.com/flifo/

■ Northwest (800) 225-2525; www.nwa.com/ features/weather.shtml

**Getting to the airport:** Plan on arriving at least two hours ahead of time. The extra security means you take time [...]

**Baggage Curbside check-in is in the [...]**

ting a flight," Ronald Margolis said. But fears of Tuesday's terrorist attacks were still fresh in their minds.

"If I feel nervous, I'm not getting on the plane," his wife said.

lowed. Passengers must check their bags at the ticket counter. All checked bags will go through normal security checks. Carry-on bags may be searched, both at the ticket counter and at the concourse security checkpoint. The number and size of carry-on bags varies by airline.

**What not to pack:** The new security rules prohibit knives of any kind. (Airlines no longer provide steak knives with meals.) As in the past, passengers should not pack fireworks, flammable liquid, such as lighter fluid, any pressurized container of hair spray [...]

"I've always said if you get a feeling something bad is going to happen, it's going to happen."

Irish exchange students Peter McGuire and Ira Gavin had no luck finding a flight to Newark,

N.J. They decided to fly to Cleveland and take the bus to New Jersey.

"We're just trying to get out of here," said McGuire, who was supposed to fly to Ireland Tues-

day, but might change his plans.

All of PBIA's cafes and shops were open Friday.

Robert Mitchell, who runs the shoe-shine stand, said he wasn't worried that business was slow. Things will pick up in a few weeks, he said.

"I like it that they're telling people to get here two to three hours ahead of time," Mitchell said. "That's more time to hang out with me."

Arriving passengers said they didn't mind the extra security measures and delays, saying airline workers were just doing their jobs. Mahmud [...] had no worries about his four-hour delay in Oakland, [...] and wasn't sure whether [...] would make the connecting flight in Atlanta.

"All in all, everything was OK considering the pressure they're under," Lisma said.

[...] Brown and [...] Rome [...] of West Palm Beach were [...] booth, N.C. They thought twice about going, but decided they weren't going to let terrorist threats control their lives.

"We're not going to change for them," Brown said.

> check_mcginness@pbpost.com



# U.S. guns: 'Smoke out' bin Laden



## TERRORISM

### ECONOMIC TARGET

## THE HUMAN TOLL
ESTIMATES AS OF MONDAY NIGHT

| | |
|---|---|
| WORLD TRADE CENTER DEATHS | 201 |
| PENTAGON DEATHS | 188 |
| PENNSYLVANIA DEATHS | 44 |
| TOTAL MISSING | 5,422 |
| TOTAL DEAD OR MISSING | 5,855 |

**BREATHING IN NEW YORK:**

**ONGOING FEARS**

**TWO-FRONT WAR**

**ATTACK ON AMERICA**

"I am pleased that the coalition is coming together."

# Dow falls record 684 points

## WALL STREET

### Trading resumes, Dow dives



**Charles Ganz, vice chairman of Raymond James & Co.**

**Private Trust in Florida**

**GLAD TO BE BACK:** ...

ATTACK ON AMERICA: THE VICTIMS

# Investigation casts net wide for attack suspects

■ ATTACK

CONTINUED FROM PAGE 1A ...

## CASTING WIDE NET



## GERMAN LINKS

## MISTAKEN IDENTITIES

## SOUTH FLORIDA CONNECTIONS

SOUTH FLORIDA SUN-SENTINEL

# REMEMBRANCE

## (AMERICA THE VICTIMS)





### THE LATEST IDENTIFIED VICTIMS

South Florida Sun-Sentinel

BROWARD METRO EDITION | WEDNESDAY | SEPTEMBER 12, 2001

Get the latest breaking news @ Sun-Sentinel.com

# ATTACKED

## TERRORISTS DESTROY WORLD TRADE CENTER



**DEATHS**

Toll could reach into the thousands at towers

**MILITARY**

Pentagon takes major strike in jet crash

ACT OF WAR



**GHASTLY SPECTACLE** A fireball erupts from one of the towers of the World Trade Center in New York City after it was struck by a hijacked plane Tuesday morning. In the background, smoke billows from the other tower, which was struck by another aircraft minutes earlier. The Brooklyn Bridge appears in the foreground. *New York Times photo/Steve Ludlum*

# ATTACK ON AMERICA

Bush vows retribution

WEDNESDAY, SEPTEMBER 12, 2001 · C

sun-sentinel.com · SOUTH FLORIDA SUN-SENTINEL

Daily

angry cries
for revenge
arise across
the country

**NAVY ON ALERT**
Carriers,
destroyers
prepare
for action

**THE PRESIDENT**
Bush vows
to identify,
punish those
responsible

**28 PAGES
OF COVERAGE
INSIDE**

2A

U.S. UNDER ATTACK

# Victims likely in thousands



## We'll go forward from this moment



LEONARD
PITTS JR.

## Hijacked jets hit trade center, Pentagon in quick succession

# The Herald

WEDNESDAY, SEPTEMBER 12, 2001 ▸ FINAL EDITION

www.browar2.com

**BROWARI**
EDITION

# 'EVIL ACTS'

## Bush vows revenge for attacks



**28 PAGES OF COVERAGE**

**CHRONOLOGY OF HORROR**

Sudden terrorist attacks at the start of the day virtually shut down the country. How Tuesday's events unfolded, 17–19A

‹KNIGHT RIDDER›

7 77785 13333

# MOMENT OF IMPACT:

## THE PENTAGON

▶ **Scene at St. Vincent's:** Friends and family begin heart-wrenching vigils with injured ones, 8A

▶ **Leveled:** Specialists say the intense blaze from aviation fuel caused towers to collapse, 8A

▶ **The injuries:** Many suffer severe burns after an aircraft slams into the Pentagon, 15A

▶ **Watermark:** The magnitude of the attacks raises the worst fears about the future of terrorism, 6A

▶ **Security:** Swift military strikes likely, 6A

▶ **Aviation:** Officials cite lax security, 15A

CONTINUE, 2-24A

## TERRORISM

### BY MARTIN MERZER
merzer@herald.com

# Thousands killed as hijacked jets hit World Trade Center

# 'It was grim. It was unspeakable. You cannot imagine.'

### BY CURTIS L. BRECHER
merzer@herald.com

NEW YORK — Millions of pieces of paper...






HORRIFIC DAY:

▶ PAGE SE ATTACK, 7A

▶ PAGE SE SCENE, 9A

INFORMATION FOR [





# U.S. rejects move to ask bin Laden to leave

## ACROSS AMERICA

### AFGHANISTAN

**CONTINUED FROM PAGE 1A**



# Sun-Sentinel

NEWSSTAND EDITION | FRIDAY | SEPTEMBER 21, 2001 | Get the latest breaking news @ Sun-Sentinel.com

# BUSH: 'HAND OVER EVERY TERRORIST'



WAR WARNING: President Bush on Thursday tells the nation to prepare for a long war on terrorism during an address to Congress. Seated, Bush and Sen. Robert Byrd, D-W.Va., right, and House Speaker Dennis Hastert, R-Ill. AP pool photo/Win McNamee

## President tells nation 'justice will be done'

WASHINGTON — Calling it a war between "freedom and fear" and declaring that Afghanistan's Taliban turn over Osama bin Laden immediately, President George W. Bush sought to reassure a nervous nation Thursday night while preparing the country for a long fight that will surely cost American lives.

"Tonight, we are in a country awakened to danger and called to defend freedom," Bush said.

Speaking in a joint session of Congress, the only the second time, Bush announced the establishment of Pennsylvania Gov. Tom Ridge to new Cabinet position, director of the Homeland Security, "he will lead, oversee and coordinate a comprehensive national strategy to safeguard the country from terrorism and respond to any attacks that may come."

From the start, setting up Congress, the nation rallied behind, the American democracy as it deals with the attacks...

### DEMANDS ON TALIBAN

Bush on Thursday issued an ultimatum:

**Deliver to U.S.** authorities all the leaders of al-Qaida who hide in its land.

**Close immediately** every terrorist training camp in Afghanistan.

**Give the United States** full access to terrorist training camps so the United States can make sure they are no longer operating.

### CREATION OF NEW OFFICE

**Bush announced** the appointment of Pennsylvania Gov. Tom Ridge to a new Cabinet position, director of Homeland Security. Ridge will lead, oversee and coordinate a comprehensive national strategy to safeguard the country from terrorism and respond to any attacks.

■ BUSH CONTINUES ON 14A

SOUTH FLORIDA SUN-SENTINEL • sun-sentinel.com

NWS • FRIDAY, SEPTEMBER 21, 2001 • 11A

# Bush issues ultimatum

## NATION ATTACK ON AMERICA

### ■ BUSH
CONTINUED FROM PAGE 1A






Gov. Ridge will be responsible for airport security and protecting Americans from future terrorism.

**PRESIDENT'S WORDS**

Ripgef.Lorenda.com for 202.624.8225







## AMERICA'S SECURITY

# Florida could tempt terrorists

## Disney World, other sites meet criteria

BY SCOTT WYMAN
Staff Writer



Staff Writers David Cázares, Cindy McCoy and Kathy Bushouse contributed to this report.

Scott Wyman can be reached at swyman@sun-sentinel.com or at 954-356-4511.

## Last name sets off inquiry

### Sudi Arabians are detained at the airport

BY TERRI SOMERS

# Red, white and blue fever

### Stores struggle to keep up with the demand for American flags

BY RAFAEL A. OLMEDA

# FROM AN UNLIKELY SOURCE, A PLEA FOR FORGIVENESS

REKHA BASU
COMMENTARY



# Former hostage warns against backlash

## Saudi with suspect's last name is detained

**DETAIN**
CONTINUED FROM PAGE 1B

## Get help

LEARNING GUARANTEED!
MCSE 2000
ALSO OFFERING

COMPUTER REPAIR

MCSE
MICROSOFT CERTIFIED SYSTEMS ENGINEER

CIW
CERTIFIED INTERNET WEBMASTER

FINANCING AVAILABLE
ALL CLASSES
(___) ___-____

South Florida
# Sun-Sentinel

BROWARD METRO EDITION | MONDAY | SEPTEMBER 17, 2001

GET THE LATEST BREAKING NEWS @ Sun-Sentinel.com

# AKISTAN TO TALIBAN: GIVE UP BIN LADEN

## Cheney pledges 'full wrath' of U.S.

# U.S. to press Afghanistan to give up bin Laden

■ RESPONSE



**THE HUMAN TOLL**

| ESTIMATES AS OF SUNDAY NIGHT | WORLD TRADE CENTER DEATHS | WORLD TRADE CENTER MISSING | PENTAGON DEATHS | PENNSYLVANIA DEATHS | TOTAL DEAD OR MISSING | TOTAL INJURED |
|---|---|---|---|---|---|---|
| | 190 | 4,957 | 188 | 44 | 5,379 | 4,394 |

**VAR ON HOMEFRONT**

**STEADFAST FAITH**

Houses of worship fill with hope, and realization closure may not come for all those grieving.



HONORING THE FALLEN: A volunteer firefighter from a nearby town surveys the destruction at Manhattan's Union Square Park on Sunday for the victims of the World Trade Center attack. Rescue and recovery efforts continue at the site of the destroyed twin towers. AFP photo/Jeff Haynes



MORE TEARS: Some members of the Cathedral Church of St. John the Divine attend the Mass on Sunday in New York. Many thousands of people worship across the United States. AFP photo/Stan Honda

CLEANUP: Fire agents, rescue workers and employees study friday at a corner of the Pentagon where American flight slammed into the building Tuesday. The terrorist attack, which caused heavy damage to the west side of the building and followed similar attacks on the twin towers of the World Trade Center in New York City, left scores dead.

# Searchers find strength in work

## Firefighters at Pentagon 'focus on job'

By Sylvia Moreno



### SUNDAY SERVICE: Theodore Cardinal McCarrick, Archbishop of Washington, walks down the aisle after celebrating Mass at the Basilica of the National Shrine of the Immaculate Conception in Washington, D.C.

## Pentagon survivor, rescuer have an emotional reunion

By Greg Gogol



SOUTH FLORIDA SUN-SENTINEL

ATTACK ON AMERICA: NEW YORK

C · MONDAY, SEPTEMBER 17, 2001

# Mayor spurs city back to life

As hope fades, city terrorists, Giuliani says

# ATTACK ON AMERICA: WASHINGTON



SOUTH FLORIDA SUN-SENTINEL • sun-sentinel.com

## ATTACK ON AMERICA

C • SATURDAY, SEPTEMBER 15, 2001   3A

# Uneasy nation is on alert amid pursuit of terrorists

**AT NATIONAL CATHEDRAL:** President Bush, left, first lady Laura Bush, former President George Bush, former first lady Barbara Bush, former President Bill Clinton, Sen. Hillary Clinton and Chelsea Clinton observe the presentation of the colors at the National Day of Prayer and Remembrance Service. AFP photo/Tim Sloan



### THE PRESIDENT'S SPEECH

### Military buildup

**ATTACK ON AMERICA TEAM COVERAGE**

# escalates as U.S. weighs options




## MIAMI MOURNS

## NERVOUS RETURN TO SKIES

## HOPES FADING

## MILITARY CAMPAIGN

| top news | u.s. | world | business | sports | sci | tech | arts | weather | politics
🔊 | search

SEPTEMBER 12, 06:44 EDT

## Source: Bin Laden Denies Involvement

ISLAMABAD, Pakistan (AP) — Saudi dissident Osama bin Laden congratulated the people who carried out the deadly terrorist strikes in the United States, but denied Wednesday that he was involved, a Palestinian journalist said.

``Osama bin Laden thanked Almighty Allah and bowed before him when he heard this news,'' Jamal Ismail, Abu Dhabi Television's bureau chief in Islamabad, said, quoting a close aide of bin Laden's. Ismail said the aide, whom he wouldn't identify by name, called him early Wednesday on a satellite telephone from a hide-out in Afghanistan.

Bin Laden praised the people who carried out the attacks in Washington and New York, Ismail said, quoting the aide. ``But he had no information or knowledge about the attack'' ahead of time, Ismail said.

The journalist has long-standing ties with Bin Laden and has won rare interviews with him several times over the last few years.

In a series of coordinated attacks Tuesday, terrorists crashed two airlines into the World Trade Center in New York, and a third plane slammed into the Pentagon in Washington. A fourth one crashed in Pennsylvania.

Bin Laden is a key suspect in the bombing of two U.S. embassies in East Africa in August 1998 that killed 224 people, including 12 U.S. citizens.

Washington wants bin Laden to be tried for the bombing, but Afghanistan's ruling Taliban militia rulers have refused to hand him over, despite tough U.N. sanctions against the Taliban.

The Taliban government calls bin Laden their guest and a hero of Islam.

The aide said that bin Laden has described the devastation in the United States as ``a punishment from Allah,'' Ismail said. The United States had invited Allah's wrath because it is trying to control the entire world by force, Ismail said, quoting the aide.

``There are thousands of Muslims who have vowed for jehad (or a holy war) and martyrdom,'' according to bin Laden's aide. ``They have experience to fight with all sorts of weapons.''

The aide also denied reports of bin Laden's deteriorating health, according to Ismail, saying: ``These are all false reports. He is well and strong.''

**Terror Attacks**

World Goes on Terror Alert

Terrorism in U.S. Touches World

Bin Laden Has Long Hated the U.S.

Source: Bin Laden Denies Involvement

World Reactions to U.S. Attacks

Malaysia Towers Cleared After Threat

Taliban Condemn Attacks in U.S.

Arafat Horrified by Attacks

NATO Says U.S. Can Count on Support

Mexico Nervous After Terror Attacks

Russia's Putin Condemns Attacks

OPEC Trying to Keep Oil Steady

World Airlines Divert, Cancel Flights

RELATED NEWS

Attack on the World Trade Center

Washington's Reaction

Effect on Financial Markets

The World of Sports

RELATED NEWS

Rebels Claim Afghan Airport Attack

top news | u.s. | world | business | sports | sci | tech | arts | weather | politics | search

**AP**

Copyright 2001 Associated Press. All rights reserved.

Copyright © 2001, The Palm Beach Post. All rights reserved.
By using PalmBeachPost.com, you accept the terms of our visitor agree
Please read it.
**Contact PalmBeachPost.com** | **Advertise with The Post**



# The Palm Beach Post

## PalmBeachPost.com

75°
Live
Up
Wedi
Septe

FIND IT FAST: Post columnists [GO]  Post services [GO]  Post Classifieds [GO]

**TODAY'S PAPER**
Main News
Local News
• Martin/St. Lucie
• South P.B. County
• Obituaries
Business
Sports
Opinion
Accent
Movie Listings
Classifieds
Photo of the day
Don Wright cartoon
Quick headlines
**WEEKLY SECTIONS**
A&E
Food & Dining
Good Life
Neighborhood Post

## Headline News:

# MASSACRE

### Terrorist act takes America hostage

Terrorists crash planes into two major American landmarks, New York's World Trade Center and the Pentagon, resulting in the loss of what may be thousands of lives... More



AP Photo/Charles Krupa

The sun rises over where the World Trade Center Towers stood in lower Manhattan following the destruction of the towers by terrorists on Tuesday morning.
**More**

### Bush ready for a long fight
President Bush places the U.S. into a war-like state Tuesday, closing airports and federal buildings and

**News Updates**

» Rescuers Wade Through Trade Center Rubble

» Powell: 'We Will Go After Them'

» U.S. Military Tightens Security

» Boston Airport Breaches Investigated

» Report: Bin Laden Praises Attackers

» Attacks May Hurt U.S. Economy

» Terror Attack Hangs Over WTO Meeting

» Tokyo

New Ho
Get mai
screene

Remodeli
to get ma
screene

Get 3000
& Week
for Life! C

**Our I**
**GoP**
• Trop
Update
• 2,10
Restau
• Shar
Trivia
• Lotte
Number
Great Offi
Featured in t
The Pal

**Sp**
**Sec**
• Hom
Impro
• Trav
Keys
• Hurr
2001
The Pal



were just running like rabbits. We were on Chase Plaza in Williams Street when the second one went off.

This guy we were talking to saw at least 12 people jumping out of World Trade Center 1 because of the fires. He was standing next to a guy who got hit by shrapnel and was immediately killed.

**Alison Hoffman, 26 - Lehman Bros**
I was heading from the PATH train at a quarter of nine or so. It lets you out at the Mrs. Fields by the World Trade Center. Suddenly I felt a shake and a crash; I heard an explosion. All of a sudden people started running towards me. I asked what was happening; they said there was a bomb. My coworker saw me and grabbed me and we ran. I looked up saw WTC on fire. That's when my coworker said he just had to get out of there, and he ran away. I started walking uptown, and then all of a sudden I heard another loud explosion from behind me, and people started screaming again and running past me. "The second one's been hit," people said. I turned around and saw the smoke and second building on fire. I still haven't heard from my good friend who works in the World Trade Center. I know plenty of people who work in there. I had a meeting scheduled there today. I'm pretty distraught.

We were in World Trade Center 2, on the 46th floor — and something hit about 30 or 40 feet above us. My buddy Andy, who was there [during the 1993 bombing], starts hauling ass and grabs me and this girl Amy. We ran down 46 flights of stairs. There were no alarms, no announcements. Nobody came on and said, "Evacuate the building." When we got to the bottom, we knew we had to get out but we didn't want to go into the street because it was chaos out there. Finally we ran for it.

The next explosion came when we were on Williams Street. I saw the jet coming at the last second, and kept walking east up to midtown where I am now. Here's what I keep thinking about now: What if we had just stood around at the bottom? What if we hadn't hauled ass out of there? My friend Andy was the hero who led the charge down the steps.

**Andy Perry, 36, KPMG consultant at Morgan Stanley**
The only reason we knew to run out of the building is because I'd been there in '93. There were no emergency announcements — it just happened so quickly nobody knew what was going on. I remember back in '93 a guy who took off after the explosion and he was able to get out — that's what I remembered today — so we took off and got as far away from the building as possible.

It was scary compared to the first bombing. Then the building shook like maybe a yard, but this was multiple explosions. I just took off at that point. There were no announcements; there were still a lot of people down in the lobby looking up at the building. When we got to the ground floor people

long protection.

She said, "You can walk home with me. You need a shower." I coughed. She asked why I was carrying a wastebasket. I said, "In case there's another bomb." She held onto my arm as we made our way next to the river. In Chinatown, she bought me shoes. At the Bowery we finally found a payphone that didn't have a line of people. So she called her husband and I sat down next to my wastebasket. It was the first time I sat down, and I started crying.

We resumed walking. Sometimes we ran. I made sure to keep up and I didn't tell Teresa that I was worried that I would faint. I drank Nantucket Nectar every time I got dizzy.

At 59th St. a plane went overhead and I screamed. In front of Bloomingdales. There was no one there from Wall St. I knew I looked crazy. I screamed anyway. I reminded everyone there were no planes allowed to fly. Someone said, "It's the army." I came out from under my wastebasket and kept walking. Theresa's apartment was 71st on the Upper West Side. Where everyone looked fine.

In the shower, dripping debris down my body, I remembered one more moment under the rubble. When I couldn't breathe. When I couldn't see. In the middle of the dead quiet was a voice. He said, "Is there anyone here? Can someone hold my hand?" I reached out to the voice, and held his hand. It was shaking and the skin was old. I squeezed and then I let go.

**Nathan Shields, 27, KPMG consultant at Morgan Stanley**

over piles of bodies by climbing scaffolding.

I pulled myself into a building. What building? I
don't know. And I took a breath. I took two breaths. I
was sure the building would be bombed. I looked for
stairs. I kept thinking I needed clean air. I found a
bathroom. I didn't realize I wanted water until it was
there. Four men inside. Two fighting over the faucet.
I shared the toilet with another man. We drank
almost the whole bowl.

Once the four of us were calmed by water and air, we
ventured outside the bathroom. We walked up stairs.
Slowly. We checked doors behind us, left them all
open. We got up only one floor. We waited. I cried.
They shared one can of apple juice.

The intercom in the building announced stay where
you are. I was so relieved to know people knew we
were there. The intercom announced again and I
thought another bomb would go off and I'd die. I
cried. The guy with the apple juice put his arm
around me. I wondered why no one else cried. The
intercom announced to go down the stairs. I picked
up a wastebasket: I planned to fill it with water.
Planned to use it to shelter myself from the next
bomb. (I still had no idea the building collapsed.)

In the lobby of the building someone gave me a
Nantucket Nectar and told me to vomit. I walked
outside the building with the drink in my
wastebasket. There was no one around. White
everywhere. The four of us had nowhere to go. I
couldn't remember where I was. I walked toward the
water. Police directed everyone north. I asked a
woman next to me, "Where are we going?" She said,
"I don't know." She had no dust. She looked so
steady. I followed her. This was the beginning of her

I wanted to be closer. At the corner of Church and Broadway, I angled my way through a large, packed crowd to get the best view. We talked about people jumping. The police stood behind the yellow tape. Minutes later, there was a boom. I thought it was a bomb, so I crouched, but people ran, so I ran. I couldn't see anything. I don't know how far I ran. Couldn't see where I was running. Didn't know if I was in a street or next to a building. Didn't know what street I was on. No one could talk because the dust filled our throats. After about ten steps I tripped over a pile of people and then people tripped on me.

I laid there. The only sound was the falling of dust and debris. No one moved under me. The weight of people on top of me got heavier. I couldn't breathe. I knew we were all going to die in that pile. I pulled myself out of the pile. My slip-ons slipped off. I stood up and saw nothing. Not even and inch in front of me. I put my hands out and felt for something. I bumped into the brick side of a building. I bumped into milk crates. I stopped. I had no idea what to do, and I knew everyone around me was suffocating. I thought about my mom and dad, they would be so sad to hear that I died. I thought about my husband. Just married and I will not get to live my life with him. I thought about my brothers. They would cry. I told myself to just keep trying to find a way to air, but I didn't believe I would live.

I bumped into something that I could feel the top of, so I lifted myself up. I worried I was going into the back of a dump truck, and I was scared I'd be trapped. I didn't know if there was fire, or a bomb. I didn't know how to protect myself — find air. Go up? — so I didn't know for sure that a dump truck would be bad. I think it was scaffolding. I think I jumped

stories. Suddenly the sky was filled with the noise of an especially fast moving aircraft — a military plane? Another terrorist dive bomber? People in the crowds below on the New Jersey side looked up in panic trying to see if an other plane might be attacking their side of the river. It occurred to me that this was a taste of what it must have been like in London during the blitz, with people all over the city wondering what would come from the sky next.

Suddenly, another massive explosion. Now it was the North Tower. The tower appeared to buckle somewhere above its midpoint, then to collapse down. More screams from the onlookers in Jersey City. Another massive plume of smoke rushing upward and also in all directions from the tower. More chaos among the small ferry boats still in the river, where the water was weirdly sparkling in the bright morning sunlight. A final surreal touch: A three-masted sailing ship gliding northward on the river amid the chaos — plainly a historical replica ship, and one that appeared to resemble one of the three used by Christopher Columbus. It appeared for a moment like a ghostly onlooker from the very opening days of the New World, witnessing a most terrible moment of its ever unfolding history.

**Adrienne Greenheart, Writer**
I was one who wanted a better look. I wanted to get closer. And the price I paid was leaving my shoes in the middle of a pile of suffocating bodies. At the Wall St. train stop people were covered with papers. A plane crash. That's what everyone said. Then a boom. Everyone ran. I ran to my office on Wall and Pearl and called my brother in Illinois.

thundered across the sky from Manhattan, and the south tower of the Trade Center was engulfed in a massive globe of thick smoke that rushed north and south. But within seconds a gap appeared in the smoke at its upper levels, to show a literally unbelievable sight — blue sky, where the south tower had been for almost thirty years. People observing the sight from the Jersey side gasped and screamed. In the river below, ferries that ordinarily travel between Manhattan side near the Trade Center and ferry ports on the Jersey side rushed madly westward toward the Jersey side. It's possible that they had continued to run even after the first explosions as a means to evacuate people from the Trade Center area. The thick smoke could be seen rushing northward toward a public school about a mile north of the Trade Center, which is located in a part of Manhattan that in the past twenty years has been developed as a fashionable mix of residential and office towers. For a while the smoke continued to engulf the towers, so that it was not possible to see again the sight that had seemed so impossible — the disappearance of the South Tower. But on this sunny and clear morning it was possible from time to time to glimpse openings in the cloud that confirmed that the Tower was gone.

The North Tower, still standing at that point, was in flames, with new bursts of fire coming from windows that faced the side where the South Tower had just exploded. Periodically, debris fluttered from the roof and upper stories of the North Tower, where the famous visitor observation deck is located.

As the smoke began to clear a bit it was possible to see that the lower half of the South Tower appeared to be standing, a weird stump on the horizon, while the North Tower blazed beside it from its upper

Finally, the train sunk back into the underground on the Manhattan Bank of the river and the smoke and flames disappeared from sight.

The train lurched forward and the conductor came on again.

"Due to the explosions and fires at the World Trade Center, we are experiencing extensive delays as trains on all lines are rerouted," the conductor said. "From the train crew we ask that you say a prayer for anyone at the World Trade Center. Please say a prayer."

For the first time, the train became gravely silent. The woman with the dark sunglasses and Gucci bag continued to weep quietly.

I sunk down into an empty seat. My heart was racing, and I closed my eyes.

**Richard Lacayo, Time Magazine Senior Writer**
From the moment of the first explosions at the World Trade towers at around 8:45 AM, crowds had been gathering on the esplanade along the Jersey City side of the Hudson River, which looks directly across the Hudson, to the towers of lower Manhattan. There are a number of new office towers and apartment buildings under construction at the water's edge in the same area, and the construction workers were being brought down from the unfinished floors and were gathered at the construction sites also looking over in disbelief at the burning towers. That was when the unbelievable was topped by the unimaginable. A huge explosion

black foreboding jet came
from out of nowhere and crashed into the south
tower.

Everyone on the train gasped. One woman
screamed. The passengers who could not see over the
wall of people pressed against the windows,
frantically yelled, "What happened? What
happened?"

Speechless, I could not form the words to explain
what I had just witnessed.

A million thoughts raced through my mind. What
was happening? Could it be terrorists? I
remembered from a few years ago, the widely
publicized bomb threats made against the World
Trade Center. I thought of the Oklahoma City
bombing. Could it be terrorists? Were they
Americans? How many people were killed?

I did not have a watch, but I knew it was roughly 9
a.m. Some 50,000 people work in those buildings.
How many of them had just sat down their
computer, turned it on and were dialing to check
their voice mail? I breathed a sigh of relief that I
knew no one who worked in that building and
quietly said a series of "Hail Marys" under my
breath.

As the train resumed and slowly crept closer to
Manhattan, passengers on the train talked excitedly
to one another, while others sat silence and a few
closed their eyes and folded their hands in prayer.

"This is like a movie. This is like a movie," a middle-
aged woman with red hair kept saying to her friends.
"Who could do this?"

smell of smoke burned my in my nose.

Down the East River, I could see emergency vehicles racing across the Brooklyn Bridge towards the heart of New York City's financial district.

Suddenly the train came to a screeching halt in the middle of the bridge.

"The World Trade Center is on fire," the gravelly-voiced conductor said over the intercom. "All service to Cortlandt Street has been suspended. All persons are advised to stay out of the area. I repeat. Do not go near the World Trade Center."

Young men and women frantically dialed cell phones. A woman with raven black hair, dark sunglasses and a Gucci bag burst into tears.

My son, a blonde woman who looked to be in her 50s said in a choked whisper to the young girl sitting next to her, my oldest son works in that building.

As we all gaped and tried to process what we were witnessing, the unthinkable happened.

Like a scene in a Jerry Bruckheimer film, a big

## How You Can Help

America's Blood Centers
1-888-BLOOD88 (1-888-256-6388)
**In New York:** 150 Amsterdam Ave at W. 66th St. or contact your local hospital

Red Cross
Donate blood or make a monetary donation
Locations

FEMA
How you can help when distaster strikes

Important Phone Numbers

## More on the Attacks

Photo Essay: Terror Hits Home
Images of the destruction of the World Trade Center

Photo Essay: The Rescue Effort Begins
New Yorkers respond in the aftermath of the attack

Timeline
The events as they transpired

'Fire! The World Trade Center is on fire!'
TIME.com's Nicole Still gives an eyewitness account of the World Trade Center explosion

America Will Never Be the Same
Michael Elliott on the hard war against terrorism

Financial Markets Close
All U.S. trading suspended after World Trade Center explosions; overseas, the dollar takes a beating

States React to Attacks
A rundown of what's going on





# TIME.com

 nation

Tuesday, Sep. 11, 2001

# 'Fire! The World Trade Center is on fire!'

Eyewitness accounts of the destruction of the World Trade Center

**Nicole Still, TIME.com Senior Producer:**
As my Manhattan-bound W train packed with rush-hour commuters emerged from the underground and burst into the sunlight on the Manhattan Bridge Tuesday morning, the familiar New York City skyline was gone, made invisible by a thick canopy of jet-black smoke.

Terrified at the sight, confused commuters pressed their faces against the train's windows, climbing over one another to get a better view.

"Fire! The World Trade Center is on fire!" a young man in a pinstriped suit exclaimed.

Abandoning my morning copy of the New York Daily News, I pushed past a young man on a cell phone, craning my neck to get a better view.

To my utter disbelief, I could see smoke and flames devouring the top third of the north tower. The bitter




PalmBeachPost.com

**Yellow Pages**    **Up to $500 Rebate on Trane A**

Post columnists    Post services    Post Classifieds

## TODAY'S PAPER

Main News

Local News

• Martin/St. Lucie

• South P.B. County

• Obituaries

Business

Sports

Opinion

Accent

Movie Listings

Classifieds

Photo of the day

Don Wright cartoon

Quick headlines

## WEEKLY SECTIONS

A&E

Food & Dining

Good Life

Neighborhood

## The South Florida Connection

September 13, 2001
• FBI follows terrorists' trail to South Florida

September 14, 2001
• Florida terror ties grow
• Terrorism suspect flew at Lantana airport
• The suspects in Florida
• Terror suspects used Fla. schools

September 15, 2001
• Nine lived in Delray, FBI reveals
• Suspected Hijackers
• Florida Connection
• Vero school may have trained terrorist

September 16, 2001
• FBI: Number of Florida-based terrorists grows
• Cerabino: Florida, where the unsavory go to lie low

**Wednesday, September 19**

**News Updates**

**» Pentagon Sends Combat Planes to Gulf**

**» Ashcroft Cites Foreign Aid in Attack**

**» Central Park Memorial Canceled**

**» Poll: Attacks Unite but Depress U.S.**

**More from TheWire**

Our

• Se Photo
• Tip Kids
• Ad Dogs
• Lo Numl

S Sc

• Ho Imp
• Tra Keys
• Hu 2001



85°
Su
Live
Up
Wedn
Septe

Post columnists    Post services    Post Classifieds

## TODAY'S PAPER

Main News

Local News

• Martin/St. Lucie

• South P.B. County

• Obituaries

Business

Sports

Opinion

Accent

Movie Listings

Classifieds

Photo of the day

Don Wright cartoon

Quick headlines

## WEEKLY SECTIONS

A&E

Food & Dining

## Headline News:

### Security is tightened across South Florida

**Cars searched at PBIA; ships, utilities under watch**

Sheriff's deputies searched cars this morning at Palm Beach International Airport as part of the airport's...More

**Red Cross relief fund hits $118 million**

At least

### Parking garage re-opens

Bruce R. Bennett

Palm Beach County Sheriff's Deputy Carlton Nebergall searches under the hood of a car entering short-term parking at PBIA Wednesday morning."Security will be heightened for quite a while, until further notice." More

## News Updates

» Pentagon Deploys Combat Aircraft to Persian Gulf

» Bush Asks World Leaders for Help

» Governments May Have Supported Terrorists

» Dow Sinks More Than 400 Points

» Central Park Memorial

Our

• See Photos

• Tips Kids C

• Ado Dogs

• Lott Numbe

Sp Se

• Hom Impr

• Trav Keys

• Hur 2001

Neighborhood Post

TGIF

Travel

**PAST 7 DAYS**

Sunday

Monday

Tuesday

Wednesday

Thursday

Friday

Saturday

**POST SERVICES**

Subscribe to The Post

Search the archives

Contact The Post

Order Post Photos

PostFacts research

Advertise in The Post

Place announcements

Work at The Post

Find an internship

$100,000 is from Palm Beach County. The local United Way has raised $2.5 million ...More

• Contacts for donations, volunteers
• Donate online

**Local reaction**
• Sheriff asks people to behave in wake of terrorist attacks
• Cerabino: Filched flag is worse than none at all

**In the skies**
• Crop-dusters back flying after FAA lifts 2nd ban
• Top area employers predict travel cut
• Airline contact information

**In Washington**
• More terror acts believed part of plan
• Taliban delays bin Laden answer

**The South Florida connection**
• Terrorists lived in our area
• Boca firm changes policy on flags

**Local help**
• Where to donate blood locally

• Gallery of Post front pages
• Post photo gallery
• Show your support
• Donate online

**TO SUBSCRIBE, call 930-POST or click here.**

» Airline Industry Requests Federal Help

» Pakistan President Defends Decision

» Afghanistan Clerics Meet to Discuss bin Laden

» Kazakstan Moves to Protect Pope

» Palestinians Enforce Informal Truce

» U.S. Reassures Macedonia

» Fed: Economic Activity Is Slowing

» Doctor Testifies in





Yellow Pages                Up to $500 Rebate on Trane A

Post columnists | Post services | Post Classifieds

# TODAY'S PAPER

Main News
Local News
• Martin/St. Lucie
• South P.B. County
• Obituaries
Business
Sports
Opinion
Accent
Movie Listings
Classifieds
Photo of the day
Don Wright cartoon
Quick headlines

## WEEKLY SECTIONS

A&E
Food & Dining
Good Life
Neighborhood

# FBI follows terrorists' trail to South Florida

*By Colleen Mastony, Eliot Kleinberg and Clay Lambert, Palm Beach Post Staff Writers*
Thursday, September 13, 2001

Federal agents swarmed through South Florida with search warrants on Wednesday, following multiple trails of clues leading to a grim conclusion:

Pilots who plunged the nation into terror with their suicide missions Tuesday apparently learned how to fly in Florida aviation schools that advertise widely to recruit foreign students.

In at least six cities, from Vero Beach to Venice to Coral Springs, the FBI and police seized flight school records, surrounded houses and combed apartment complexes. More than 400

**Wednesday, September 19**

**News Updates**

**» Pentagon Sends Combat Planes to Gulf**

**» Ashcroft Cites Foreign Aid in Attack**

**» Central Park Memorial Canceled**

**» Poll: Attacks Unite but Depress U.S.**

**More from TheWire**

Our

• Se Photo
• Tip Kids
• Ad Dogs
• Lo Numl

S Sc

• Ho Imp
• Tra Keys
• Hu 200

TGIF
Travel
**PAST 7 DAYS**
Sunday
Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
**POST SERVICES**
Subscribe to The Post
Search the archives
Contact The Post
Order Post Photos
PostFacts research
Advertise in The Post
Place announcements
Work at The Post
Find an internship

**Extra!Extra!**



**Training Day**
Register to win

**Calendar**

investigation and leads are "coming in fast and furious," said Miami FBI spokeswoman Judy Orihuela.

They even seized a compact disc by a rap group calling itself Arab Assassins, recorded last month at a Sarasota studio and including lyrics about terrorist acts that "the world will remember."

By day's end, they had announced no arrests but had detained at least one person for questioning about the hijackers who crashed jetliners into the World Trade Center, the Pentagon and a Pennsylvania field.

In Vero Beach, FBI and Bureau of Alcohol, Tobacco and Firearms agents, along with local sheriff's deputies, descended on three houses in pre-dawn raids. Agents pounded on doors in the 4000 block of 57th Terrace shortly after 5:30 a.m. They told residents to evacuate while they searched two houses that could be booby-trapped or contain explosives.

A dozen residents, some still in pajamas, were herded to the end of the street, waiting under umbrellas or inside cars as 40 agents, some with dogs, converged on their normally quiet street.

Other residents were kept inside. Laura Ball, 45, was out walking her dog at 5:15 a.m. when a sheriff's cruiser rolled up and a deputy ordered her back into her house. "When I got back into the driveway there was an (FBI) agent with a gun. All he said was `get back inside.' "

The FBI took a man from 4036 57th Terrace and brought him to an FBI field office in Miami for questioning, according to the home's

Sponsored by The Post

**PostFacts Pages**
Make great gifts

**Order photos**
Strike a pose

**Research**
PostFacts can help

owner. The FBI also seized several items, including a "hazardous materials manual," according to a copy of an FBI document left behind. Landlord Paul Stimeling said he rented the house to Adnan Bukhari, who told Stimeling he was a pilot for a Saudi Arabian airline and was training at FlightSafety Academy at the Vero Beach Municipal Airport.

Bukhari had rented the house since June 2000 and recently told the landlord that he was finished with his training and would be leaving Saturday, Stimeling said.

Employees at a Rooms To Go in Vero Beach said a man named Adnan Bukhari, who matched a photo of Bukhari shown on CNN Wednesday night, came to the store at 2 p.m. Tuesday, picked out an $1,800 light-green fabric living room set in about two minutes, and asked that the furniture be sent to an export shipper by Saturday. He paid by credit card. "He said, `I'm on my way back to Saudi Arabia, I've got to get out of here, I don't like it here anymore,' " sales associate Ira Greenspon said.

Neighbors said Bukhari was the brother of Ameer Bukhari, 39, a FlightSafety student killed in a midair collision above the St. Lucie County airport last year. Bukhari's family has filed notice it intends to sue the FAA for $10 million.

Tuesday was the anniversary of his death.

Agents also searched the house next door at 4032 57th Terrace, where Abdul Rahman Alomari lived with his wife and four school-age children, said landlord Leonard Mixel. Alomari told Mixel that he was a pilot training at FlightSafety. A month ago, Alomari gave notice

that he had finished his training, and the family moved out this weekend, Mixel said. Stimeling said Bukhari had helped Alomari rent the house next door.

Property records show that an Amer Taiyb Kamfar also lived at Alomari's house. CNN and a Miami television station reported Wednesday that the FBI alerted law enforcement officers to be on the lookout for a man whose name is spelled slightly differently, Emer Taiybk Amfer.

The alert says the man is armed and dangerous, should be approached with extreme caution and might be driving a 1996 silver Plymouth Voyager with the license D97-RFU.

Across town, agents searched another address, 2095 Ninth Place, where records showed that Kamfar also lived. Kamfar, 41, was licensed as a flight engineer to fly turbojets and listed a Saudi Airlines post office box as his address.

Hank Habora, 55, who lives just south of Vero Beach, called the FBI Wednesday morning about his former neighbors. He said that the family of six moved in next to him in February. Then they left two weeks ago, abandoning almost everything they owned, leaving their belongings at the side of the street.

"They left in a hurry. They were only here a short time," Habora said. "There was just too much coincidence not to report it."

Agents showed Habora a picture, asking if that was his former neighbor. He said it was.

More than a dozen cars, some belonging to the FBI and the Indian River County Sheriff's Office, crowded the street and lawn outside

another house at 905 11th Court, also south of Vero Beach.

At about 4:05 p.m., agents loaded about 10 boxes, full garbage bags and large plastic containers from the garage into a van. Agents wouldn't say who was inside the house or what they were doing. Two children, about 10 years old, stood in the garage while the van was loaded.

A piece of paper with Arabic writing and what appeared to be part of a Website address -- including the word "islam" -- was taped to the front door of the house. As reporters approached, an FBI agent put her hand over the paper and pulled it down.

In Broward County, two men identified as having been on one of the planes that struck the World Trade Center drank heavily at a Hollywood bar last week, a manager said.

One, Mohamed Atta, also was identified as having taken flight training last year in Venice on the Gulf Coast.

FBI agents went to Shuckums Bar Tuesday night and showed manager Tony Amos pictures of the men. Amos and two bartenders say they positively identified them as having been in the bar Friday night.

Amos said Wednesday that Atta, who wore wire-rim glasses, sat at a front corner stool and talked with a third man while his companion furiously pumped dollar bills into a video poker game at the far end of the bar. He said the FBI did not show them a photo of the third man.

Amos said Atta argued with him over his drink

pay, Atta got offended and said, "I'm a pilot for American Airlines and I can pay my bill," bartender Patricia Idrissi said.

FBI agents also swept through the North Perry Airport in Pembroke Pines, next to Hollywood, Tuesday night. They wanted a list of tenant phone numbers, manager Fred Hoffman said Wednesday.

Lee Alberti, owner of the Keep-Em Flying flight school at the airport, said he had prepared a list of all his students since January 2001 for the FBI.

Broward Aviation owner Mike Szatmary said agents got him out of bed. He said they wanted the tail numbers of the planes at his aircraft maintenance and flight school, and asked him not to tell anyone specifically what they were after.

"They were very resolute," he said.

The FBI in Miami issued a national lookout Wednesday for two cars, one of which -- a 1989 red Pontiac -- was registered to Atta. School security officers visited Eagle Ridge Elementary School in Coral Springs asking faculty members if they had seen either of the two cars -- the Pontiac or a tan Oldsmobile -- in the area.

State records show Atta, 33, previously had a driver license in Egypt. Broward County Court records show he got a traffic ticket on April 26 in Tamarac for having no valid license and gave police an address in Coral Springs. He failed to appear for a June 4 hearing, and a judge issued a warrant for his arrest.

an hour at a three-story condominium apartment complex that Atta listed as his last address with the motor vehicle division. Residents at Tara Gardens said the FBI and Coral Springs police were at the building overnight Tuesday and had cordoned off parts of the lobby with crime scene tape.

Tara Gardens manager Joanne Patterson would neither confirm nor deny whether Atta had rented a unit.

On Florida's west coast, Charlie Voss, a former bookkeeper at Huffman Aviation in Venice, said FBI agents who interviewed him at his home told him a car found at Boston's Logan Airport was registered to two men who stayed with him while in flight training last year.

Voss said one of the men was Mohamed Atta, and he knew the other man only by the name of Marwan. A student at Huffman Aviation identified the second man as Marwan Alshehhi.

FAA records show a pilot named Marwan Yousef Alshehhi lived in Nokomis, 4 miles north of Venice. Another address listed for Alshehhi was tracked to a Mail Boxes Etc. postal drop in Hollywood. Voss, a bookeeper for Huffman for 13 1/2 years, said the men stayed with him and his wife, Dru, only about a week. He said he asked them to leave after Atta made an insulting remark to his wife.

Voss said the two men said they had just arrived from Germany and wanted to take flight training. The company offers training in light, single-engine aircraft such as Cessnas and Pipers but no commercial aircraft.

Rudi Dekkers, owner of Huffman Aviation, said the FBI looked at student records, but he