IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO: 00-6211-CR-HURLEY/VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RABAH EL HADDAD, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and respectfully requests that this Honorable Court issue its Order granting him permission to travel to Jordan to visit with his Grandmother, who is terminally ill and not expected to live for more than a few more days. In support of this Motion, Defendant would state as follows:

1) The Defendant requests to travel to Jordan, on October 27th, 2001, at 5:30PM, Air France Flight #95, from Miami, arriving in Paris at 8:15AM. Then boarding Air France Airlines, Flight No: 672 leaving Paris at 1:15PM and arriving in Jordan at 6:15PM.

2) The Defendant's return travel plans are as follows:

October 4, 2001: Air France Flight #677 leaving Jordan at 6:30AM, arriving in Paris at 12:00PM, Leaving on Flight #92 from Paris at 4:30PM and arriving Miami at 8:30PM.

3) The Defendant will be staying with his cousin, Rashid Kayed, at 99 Manara Hill, Amman, Jordan; phone no: 011-9626-477-7514.

4) The undersigned has spoken to Assistant U.S. Attorney TOM O'MALLEY, and he has stated that he does object to Mr. El Haddad leaving the country to travel to Jordan at this time.

WHEREFORE, Defendant requests this Honorable Court to enter its Order allowing Defendant, RABAH EL HADDAD, to travel to Jordan to visit his Grandmother who is terminally ill and had been given only one more week to live by her physician.

DATED this 25th day of SEPTEMBER, 2001.

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue
Suite 4R
Ft. Lauderdale, Fl. 33301
Telephone:   954.763.6003
Fax No:      954.462.2255
Fla. Bar No: 219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by MAIL DELIVERY, to Assistant U.S. Attorney, TOM O'MALLEY, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, this 25th day of SEPTEMBER, 2001.

JOHN R. HOWES
Fla. Bar No: 219193

2