IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RABAH EL HADDAD,

     Defendant.

========================================\

## O R D E R
### FOR PERMISSION TO TRAVEL

THIS CAUSE is before the Court on the Defendant, RABAH EL HADDAD's Motion to Travel to Jordan on September 27th through October 4th to visit his terminally ill Grandmother, all parties having received due notice, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Travel on the aforementioned dates is hereby _____Denied_____.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, this 27 day of SEPTEMBER, 2001.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE
_us mag judge_

COPIES TO:
John R. Howes, Esq.
Attorney for Defendant
Tom O'Malley, Esq.
Assistant U.S. Attorney