IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,   CASE NO: 000-6211CR-HURLEY

    Plaintiff,

vs.

RABAH EL HADDAD,

    Defendant.
_____\

## NOTICE OF CONFLICT

COMES NOW John R. Howes, Esq., and hereby notifies this Court that the undersigned has a conflict with the scheduled Trial Period in this cause now scheduled for February 4th, 2002, in the above-styled cause. The basis of the conflict is as follows:

1)     The Trial Period in the above-referenced cause has been set for February 4th, 2002.

2)     The undersigned has a conflict with the trial of this cause. An Oral Argument in the case of *Christopher Weiland v. State of Florida*, Appeal No: 00-4589, is scheduled for 10:00 A.M. on February 20, 2002 before the Fourth District Court of Appeals in West Palm Beach. (Notice of Oral Argument attached hereto and made a part hereof.)

WHEREFORE, Defendant respectfully requests that the Court allow the undersigned leave to appear on behalf of Mr. Weiland in the Fourth District Court of Appeal on the morning of February 20, 2002.



Respectfully submitted,

/s/ John R. Howes
JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Attorney for Defendant
633 Southeast Third Avenue, Suite 4R
Fort Lauderdale, Fl. 33301
Telephone: (954) 763-6003
Fax:         (954) 462-2255
Fla. Bar No:  219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney, THOMAS O'MALLEY, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, FL 33394, this 2/4th day of FEBRUARY 4TH, 2002, by U.S. MAIL DELIVERY.

/s/ John R. Howes
JOHN R. HOWES
Fla. Bar No: 219193

c:\wp60docs\mmk\notconft.sta

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

1525 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA
WEDNESDAY, FEBRUARY, 20, 2002

AN OPEN SESSION OF THE DISTRICT COURT OF APPEAL, FOURTH DISTRICT, WILL BE HELD AT **1525 PALM BEACH LAKES BLVD. WEST PALM BEACH, FLORIDA ON WEDNESDAY, FEBRUARY 20, 2002** FOR ORAL ARGUMENTS ON THE CASES LISTED ON THE ATTACHED CALENDAR. THE PANEL FOR THIS SESSION IS:

HON. W. MATTHEW STEVENSON

HON. ROBERT M. GROSS

HON. FRED A. HAZOURI

1. WHETHER YOU ARE ARGUING OR NOT, **YOU MUST RETURN THE RECEIPT CARD**, WHICH IS ATTACHED TO THE ORAL ARGUMENT CALENDAR, WITHIN 5 DAYS. (You will only receive a receipt card if you filed a brief or notice of appearance).

2. CONTINUANCES WILL BE GRANTED ONLY UPON A SHOWING OF EXTREME HARDSHIP.

3. THE ABSENCE OF COUNSEL WHEN A CASE IS CALLED SHALL BE DEEMED A WAIVER OF ORAL ARGUMENT.

4. THE TIMING DEVICE ON THE ROSTRUM SHOWS ELAPSED TIME. A YELLOW WARNING LIGHT WILL GO ON 5 MINUTES PRIOR TO THE END OF THE TIME ALLOTTED UNLESS, AT THE BEGINNING OF HIS OR HER ARGUMENT, THE APPELLANT REQUESTS TO RESERVE A DIFFERENT AMOUNT OF TIME FOR REBUTTAL. THE YELLOW WARNING LIGHT WILL GO ON 2 MINUTES PRIOR TO THE END OF APPELLEE'S ARGUMENT TIME. ARGUMENT MUST STOP WHEN RED LIGHT GOES ON.

5. IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT GLEN RUBIN, MARSHAL, AT THE FOURTH DISTRICT COURT OF APPEAL, 1525 PALM BEACH LAKES BLVD., W.P.B., FLA., PHONE NUMBER (561)242-2000 WITHIN 2 WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

I hereby certify that a true copy of the attached oral argument calendar has been furnished this 7th day of January 2002 by mail and by courier to all counsel listed on the attached calendar.

BY _Carolyn B. Massengill_
Deputy Clerk