UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RABAH EL HADDAD,

Defendant.

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

COMES NOW the Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and respectfully requests that this Honorable Court, in addition to the other questions that the Court has announced that it intends to propound to the jury, ask the following questions, and follow-up questions where necessary and appropriate:

1. How have the events of September 11th affected or changed your life?

2. How have those events changed the way that you view the world?

3. How many of you have traveled outside the United States in the last five years?

4. Where have you visited? And what was your reason for going there?



5. How many of you have ever traveled to the Middle East? Have any of you been to Israel or the West Bank area? Where did you go? What was the purpose of your trip? When was it that you were last there?

6. Were you or your spouse in the military? If yes, what branch, rank and dates of service? Are you or your spouse subject to being called into active duty due to the catastrophe that has occurred in New York, Washington and Pennsylvania?

7. Do you consider yourself a religious person?

A. How important is your religion to you?

B. What religion do you belong to, and how involved are you or your spouse in your place of worship?

C. Would your religious principles affect your ability to sit in judgment of another or be impartial in deciding this case? If yes, please explain.

8. Are there any people of Arabic heritage in your neighborhood?

A. Have they moved in recently or been there for a while?

B. Do you have much contact with them?

C. Do you socialize with them?

9. Do you work with any people of Arabic heritage?

A. What is your work relationship like?

B. Have you ever had the occasion to supervise Arabic people or to be supervised by them?

10. Do you belong to country clubs or organizations that have members from other countries? Which ones are those? If no, why do you think there are none?

11. Do you speak a foreign language?

A. How did you happen to learn it?

B. How comfortable are you speaking it?

C. On what occasions do you use it?

12. Is there bilingual education in your children's schools? Do you think it helps or hurts your children's school work?

13. Have you ever had an unfortunate experience with a person of a different racial or religious heritage than your own?

A. Have your children or anyone close to you? Please tell me about that, what happened?

B. How did it make you feel? Why do you think it happened?

14. Have you been to any other country? Where?

A. Did you speak the language?

B. If no, how did you feel about being in a place where you did not speak the language?

15. The Defendant may testify in this trial. He will speak to you with a slight accent.

A. How will you feel about that?

B. Will you hold it against him in any way?

16. Do you think that people who live in this country ought to learn to speak English well? If so, why?

17. Some people feel that many Spanish speaking people in this country don't make a real effort to learn English. Do you feel this way?

A. Why do people feel that way?

B. What are your thoughts about people who have those feelings?

18. Have you ever known anyone who had a problem with abuse of alcohol, marijuana, cocaine, or other controlled substances?

A. If so, please describe their relationship to you and the nature of their problem.

B. In what ways did this problem affect the people around this person, including yourself?

C. Did they receive any treatment for their problem? Please describe.

D. Do they still have a problem with drugs or alcohol?

19. Have you ever known anyone who had any contact with people who use, sell, or are otherwise involved with illegal drugs or a drug lifestyle?

20. How has the drug problem affected your neighborhood, town and community?

21. Do you believe that the criminal justice system makes it too hard for the police and prosecutors to convict people accused of manufacturing, selling or distributing illegal drugs?

22. Do you understand that an indictment is nothing more than the piece of paper that tells an individual what they are charged with? Do any of you feel that the simple fact that the Government has sought and obtained an indictment in this case means that the Defendant is guilty of something?

23. In a criminal case, the burden of proof is on the Government to prove beyond a reasonable doubt that the defendant is guilty. <u>What does that mean to you</u>?

24. Are you inclined to believe that, "where there's smoke there's fire?"

25. Have you had any personal experiences which we have not touched on that would influence your vote -- that would make you lean even slightly in favor of one

side before the trial starts? In asking this question, we rely on your sincerity and your honesty to tell us of any such personal experiences and their effect on you.

26. How many of you follow the news regularly, keeping current on world events? Do any of you have an opinion as to the troubles and strife in the Middle East at this time? How would that affect your decision in this case? Would you all agree that whatever opinions you may have in this regard that those opinions can play no part in the decisions that you will be asked to make in this case? Will each of you follow the law and assure us on your oaths as jurors that the fact that some of these defendants are of Arabic descent will play no part whatsoever in your deciding the question of whether or not the Government has met its burden of proof in this case?

Respectfully Submitted,

JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant El Haddad
633 S.E. 3rd Ave., Suite 4R
Ft. Lauderdale, Fl. 33301
954.763.6003
Fla. Bar No: 219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney Thomas O'Malley, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301 by Mail Delivery and to counsel for the codefendants, Fred Haddad, Esq., One Financial Plaza, Suite 2612, Ft. Lauderdale, Fl. 33301, Richard Hamer, Esq., 2437 Briarcrest Road, Beverly Hills, CA. 90210, Tim Biosello, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105, Paul Goodman, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105, Glenn Seiden, Esq., 33 N. Dearborn St., Suite 1015, Chicago, IL. 60602-3105 and Charles White, Esq., 2250 S.W. 3rd Ave., , Suite 150, Miami, Fl. 33129 this 28th day of January, 2002.

John R. Howes

JOHN R. HOWES