UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-6211-CR-DTKH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RABAH EL HADDAD, et al.,

    Defendant.
_____/

## DEFENDANT RABAH EL HADDAD'S ELECTION TO RECEIVE ADDITIONAL PEREMPTORY CHALLENGE

COMES NOW the Defendant, RABAH EL HADDAD, by and through his undersigned attorney, and pursuant to the Final Case Management Order and enters his election as follows:

1)     The Defendant has had the opportunity to review the Final Case Management Order dated January 21, 2002 and to discuss the contents thereof with the undersigned counsel.

2)     The Defendant has specifically been advised as to the applicable law regarding the number of peremptory challenges usually accorded to each



party, i.e. ten for the defense and six for the prosecution.

3)   The Defendant specifically elects the option to receive one additional peremptory challenge knowing full well that this election shall result in the Government receiving a proportionate increase in its number of peremptory challenges.

DATED: this 30th day of January, 2002.

_____
JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 Southeast Third Ave., Suite 4-R
Fort Lauderdale, FL 33301
Office:   (954) 763-6003
Fax:      (954) 462-2255
Fla. Bar No: 219193

I, RABAH EL HADDAD, have read and reviewed the foregoing document and have had the opportunity to seek the advice of my attorney. I am executing this document voluntarily and of my own free will.

_____
RABAH EL HADDAD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to ASSISTANT U.S. ATTORNEY, THOMAS O'MALLEY, 500 Est Broward Blvd., Suite 700, Fort Lauderdale, FL 33394, by U.S. MAIL this 30th day of JANUARY, 2002.

_____
JOHN R. HOWES, ESQ.