IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RABAH EL HADDAD, et al.,

    Defendant.

_____/

## MOTION FOR PERMISSION TO BRING COMPUTER AND PRINTER INTO COURTROOM

COMES NOW, Defendant, RABAH EL HADDAD, by and through the undersigned attorney, and moves this Honorable Court for Permission to Bring Computer and Printer into Courtroom during the trial period. As grounds in support of this Motion, the Defendant would allege as follows:

1. That the undersigned requests permission to bring a DELL INSPIRON 5000E COMPUTER, SERIAL NUMBER TW-049XRR-1296-OBK-1215; and a HEWLETT PACKARD LASER JET 3100 PRINTER/SCANNER, SERIAL NUMBER C3948A-USBB159348, into



the Courtroom during the trial period in this cause.

WHEREFORE, the undersigned requests this Honorable Court for its Order permitting undersigned to bring his computer and printer as described above into the Courtroom during the trial period in this cause.

> JOHN R. HOWES, ESQ.
> Counsel for Defendant
> 633 Southeast Third Avenue, Suite 4R
> Fort Lauderdale, FL 33301
> Office:   (954) 763-6003
> Fax:      (954) 462-2255
> FLA. BAR NO:   219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. MAIL DELIVERY, to ASSISTANT U.S. ATTORNEY, THOMAS O'MALLEY, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394; Court Security Officers, and U.S. Marshal's Office this _____ day of JANUARY, 2002.

> JOHN R. HOWES, ESQ.

2