UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC(s)

FILED

JAN 31 2002

CRK USDC / SDFL

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| THOMAS NAROG, et. al, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO USE LAPTOP COMPUTER AND TAPE RECORDING EQUIPMENT AT TRIAL

THE UNITED STATES OF AMERICA, through its undersigned counsel, moves this Honorable Court to enter an order granting the Government's counsel (Thomas A. O'Malley and William Zloch) and case agents (DEA S/A Joe Collins and DEA S/A Michael Baker) permission to bring laptop computers and tape recording equipment into the Courthouse beginning on February 1, 2002, and continuing through March 1, 2002, for use at trial or in preparation thereof in the above-styled case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS A. O'MALLEY
Assistant United States Attorney
Florida Bar No. 310964
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7254; Fax:(954) 356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of February, 2002 to: Fred Haddad, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394; John Howes, 633 S.E. 3rd Street, Fort Lauderdale, FL 33302; Richard Hamar, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210; Charles G. White, 2900 Bridgeport Avenue, Suite 401, Coconut, FL 33133; Paul Goodman, 33 North Dearborn Street, Chicago, IL 60602; and Timothy Biasiello, 33 North Dearborn Street, Chicago, IL 60602.

THOMAS A. O'MALLEY
Assistant United States Attorney