IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 01-6211-CR-HURLEY



UNITED STATES OF AMERICA,
  Plaintiff,

vs.

RABAH EL HADDAD, et al.,
  Defendant.

_____/

## ORDER PERMITTING COMPUTER ~~AND PRINTER~~ INTO COURTROOM

THIS CAUSE coming on to be heard based upon the Defendant's Motion for

Permission to Bring Computer and Printer into Courtroom during the Trial Period in this cause, all

parties having been duly noticed, and the Court being otherwise fully advised in the above cause, it

is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Permission to Bring

Computer into Courtroom, to wit: one DELL INSPIRON 5000E COMPUTER, SERIAL NUMBER

TW-049XRR-1296-0BK-1215; ~~and HEWLETT PACKARD LASER JET 3100~~

~~PRINTER/SCANNER, SERIAL NUMBER C3948A-USBB159348, during Trial Period, is hereby~~

_____.

DONE AND ORDERED in West Palm Beach, this 4th day of February, 2002.

       _Daniel K. Hurley_
       DANIEL T.K. HURLEY
       UNITED STATES DISTRICT COURT JUDGE

COPIES FURNISHED TO:
John R. Howes, Esq., Attorney for Defendant
Thomas O'Malley, Esq., Assistant U.S. Attorney
U.S. Marshal's Office
Court Security Officers