UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

            **Plaintiff,**

v.

THOMAS NAROG, et al.

            **Defendants.**
_____/

FILED by _____ D.C.
FEB - 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### DEFENDANT'S WAIVER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES

Now comes the defendant, Rabah El Haddad, and notifies the court that, after consultation with counsel, he knowingly, voluntarily, and intelligently waives his right to attend side-bar conferences during the selection of the jury. The defendant also states that he finds communication with defense counsel to be a sufficient and satisfactory method for staying apprised of the factual and legal matters which may arise during such conferences.

    EXECUTED in open court in West Palm Beach, Florida, this ____ day of February, 2002.

                                                _____
                                                Rabah El Haddad

    SIGNED before me this ____ day of February, 2002.

                                                _____
                                                Daniel T. K. Hurley
                                                U.S. District Judge