UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

**RABAH EL HADDAD,**

      **Defendant.**

_____/

```
FILED by ____ D.C.

    MAR 1 5 2002

   CLARENCE MADDOX
  CLERK U.S. DIST. CT.
  S.D. OF FLA. - W.P.B.
```

# VERDICT

As to the Defendant **RABAH EL HADDAD**, we, the jury, unanimously find as follows:

## COUNT 1

As to the charge of conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1:



_____                         _____
    Guilty                                                    Not Guilty



## COUNT 2

As to the charge of conspiring to manufacture at least 50 grams of methamphetamine as charged in Count 2:

X
_____                                        _____
          Guilty                                                        Not Guilty

## COUNT 11

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11:

X
_____                                        _____
          Guilty                                                        Not Guilty

## COUNT 12

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 12:



_____                                        _____
          Guilty                                                        Not Guilty

## COUNT 14

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 14:



———————————————                                        ———————————————
    Guilty                                                          Not Guilty


**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this _12th_ day of March, 2002.


_____                          _____
Foreperson's Signature                                  Foreperson Print Name