UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RABAH EL HADDAD,
    Defendant.
_____/



### ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO FUGITIVE STATUS

THIS CAUSE come before the court *sua sponte*. The above named defendant having failed to appear at trial on March 4, 2001, and after having determined him to be a fugitive from justice, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the case, as it pertains to defendant Rabah El Haddad, to the suspended/fugitive file until such time as he is apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to the above named defendant, "closed".

DONE and SIGNED in Chambers at West Palm Beach, Florida this ___18th___ day of March, 2002.

**copy furnished:**
AUSA Thomas O'Malley
John R. Howes, Esq.
Clerk, U.S. District Court

                                          Daniel T. K. Hurley
                                          United States District Judge