UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 00-6211-CR-HURLEY(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RABAH EL HADDAD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |



# RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE MOTION FOR NEW TRIAL

COMES NOW the Defendant, Rabah El Haddad, through the undersigned counsel, and makes this Renewed Motion for Judgment of Acquittal or alternatively moves that the Court order a new trial, and the Defendant would state:

### A. Renewed Motion for Judgment of Acquittal

1. The Defendant at the close of the Government's case and the close of all the evidence made Motions for Judgment of Acquittal which were denied.

2. The jury convicted the Defendant of all Counts of the Superseding Indictment in which he was charged.

3. The Defendant submits that the evidence in total, that is the evidence

*U.S. v. El Haddad*
Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial
Page 2

offered by the defense puts the posture of the case in such a manner that this Court should find that a post verdict acquittal should be ordered.

4. The Defendant submits then that the evidence is insufficient and that the Court should grant the Defendant's Renewed Motion for Judgment of Acquittal.

5. It is respectfully submitted that the failure of the evidence to prove the Defendant's guilt beyond a reasonable doubt compels the granting of this Motion.

## B. Alternative Motion for New Trial

The Defendant would respectfully urge, if the Court does not order acquittal, that the Court grant the Defendant a new trial for various grounds, to wit:

6. The verdict is contrary to the law.

7. The verdict is contrary to the evidence.

8. The verdict is against the manifest weight of the evidence.

9. The verdict is contrary to the Court's instructions on the law.

10. The Court, respectfully, erred in denying the Defendant's Motion for Mistrial made during the course of the trial which were timely renewed at the conclusion of the case.

*U.S. v. El Haddad*
Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial
Page 3

11. The cumulative errors were such that the manifest ends of justice compel a new trial.

## MEMORANDUM AND AUTHORITY

The Defendant submits the evidence is insufficient to sustain the verdicts and either acquittal or a new trial should be ordered.

The Defendant called a number of witnesses and utilized exhibits to corroborate their testimony. These exhibits illustrated, and the witnesses established that the Defendant was not engaged in a conspiracy to possess the chemicals used to manufacture methamphetamine, was not engaged in a conspiracy to manufacture methamphetamine nor was he in possession of a regulated substance for the purpose of its being converted into methamphetamine. Thus, the verdicts are not supported by the evidence.

The Court, of course, reviews the evidence in the light most favorable to the Government, drawing all reasonable inferences in favor of the jury's verdict, *United States v. Gutierrez*, 931 F.2d 1482 (11th Cir. 1991) but must still determine if a reasonable trier of fact could find that the evidence establishes guilt beyond a reasonable doubt, *United States v. Graziano*, 710 F.2d 691 (11th Cir. 1983).

The Defendant also submits that the Court should have granted the Defendant's

*U.S. v. El Haddad*
Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial
Page 4

Motion for Mistrial based upon the statement of the prosecutor that he would "prove" something through another witness who was never called to testify. Also, the prosecutor improperly used a witness to testify about something, i.e., the meaning of superimposed letters and numbers on a video operated by the 7-11. The Defendant submits that these comments were highly prejudicial [compare, regarding shooting, the 403 arguments addressed by the Court in *United States v. Church*, 955 F.2d 688 (11th Cir. 1992) at 701 et seq.).

    WHEREFORE the Defendant requests this Motion be granted.

    DATED this 2nd day of April, 2002.

/s/ John R. Howes
JOHN R. HOWES, ESQ.
JOHN R. HOWES, P.A.
Counsel for Defendant
633 S.E. 3rd Ave., Suite 4R
Ft. Lauderdale, Fl. 33301
954.763.6003
Fla. Bar No: 219193

CERTIFICATE OF SERVICE

*U.S. v. El Haddad*
Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial
Page 5

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Assistant U.S. Attorney Thomas O'Malley, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301 by Mail Delivery and to counsel for the codefendants as set forth on the attached this 2nd day of April, 2002.

                                                 JOHN R. HOWES, ESQ.
                                                 JOHN R. HOWES, P.A.
                                                 Counsel for Defendant
                                                 633 S.E. 3rd Ave., Suite 4R
                                                 Ft. Lauderdale, Fl. 33301
                                                 954.763.6003
                                                 Fla. Bar No: 219193

*U.S. v. El Haddad*
Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial
Page 6

Fred Haddad, Esq.
One Financial Plaza
Suite 2612
Ft. Lauderdale, Fl. 33301

Richard Hamer, Esq.
2437 Briarcrest Road
Beverly Hills, CA. 90210

Tim Biosello, Esq.
33 N. Dearborn St.,
Suite 1015
Chicago, IL. 60602-3105

Paul Goodman, Esq.
33 N. Dearborn St.,
Suite 1015
Chicago, IL. 60602-3105

Charles White, Esq.
2250 S.W. 3rd Ave.,
Suite 150
Miami, Fl. 33129