IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RABAH EL HADDAD,

Defendant.
_____\



FILED by ___ D.C.
APR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ~~GRANTING~~ *DENYING* DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE MOTION FOR NEW TRIAL

THIS CAUSE is before the Court on the Defendant, RABAH EL HADDAD's Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial, all parties having received due notice, and the Court being otherwise fully advised in the above cause, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Renewed Motion for Judgment of Acquittal and Alternative Motion for New Trial is hereby *DENIED*.

DONE AND ORDERED in West Palm Beach, ~~Broward~~ County, Florida, this *12* day of APRIL, 2002.

_____
DANIEL T.K. HURLEY
UNITED STATES DISTRICT COURT JUDGE

COPIES TO:
John R. Howes, Esq.
Attorney for Defendant
Thomas O'Malley, Esq.
Assistant U.S. Attorney