```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA,  )  Docket No.
                           )  00-6211-CR-HURLEY
              Plaintiff,   )
vs.                        )  West Palm Beach, Florida
                           )  February 4, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   )  VOLUME 1
                           )
              Defendants.  )
_____x


            COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE
        JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:     THOMAS O'MALLEY, ESQ.
                        WILLIAM T. ZLOCH, ESQ.
                        Assistant U.S. Attorney

For Defendant Narog:    FRED HADDAD, ESQ.

For Defendant Aldin:    CHARLES G. WHITE, ESQ.

For Defendant Aquil:    PAUL GOODMAN, ESQ.

For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:   RICHARD A. HAMAR, ESQ.


Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

                        PAULINE A. STIPES
                        Official Reporter
                        U. S. District Court
```