```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5               Plaintiff,     )
     vs.                        ) West Palm Beach, Florida
 6                              ) February 6, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   )
 8                              )       VOLUME 3
                 Defendants.    )
 9   _____x

10

11            COURT REPORTER'S TRANSCRIPT OF
            TESTIMONY AND PROCEEDINGS HAD BEFORE
12          JUDGE DANIEL T. K. HURLEY AND A JURY

13
     APPEARANCES:
14
     For the Government:    THOMAS O'MALLEY, ESQ.
15                          WILLIAM T. ZLOCH, ESQ.
                            Assistant U.S. Attorney
16
     For Defendant Narog:   FRED HADDAD, ESQ.
17
     For Defendant Aldin:   CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:   PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche: TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad: JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:  RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:        Pauline A. Stipes, C.S.R., C.M.

24                        PAULINE A. STIPES
                           Official Reporter
25                       U. S. District Court
```