```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA,  )  Docket No.
                           )  00-6211-CR-HURLEY
           Plaintiff,      )
vs.                        )  West Palm Beach, Florida
                           )  February 11, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   )  VOLUME 5
                           )
           Defendants.     )
_____x


              COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE
        JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:        THOMAS O'MALLEY, ESQ.
                           WILLIAM T. ZLOCH, ESQ.
                           Assistant U.S. Attorney

For Defendant Narog:       FRED HADDAD, ESQ.

For Defendant Aldin:       CHARLES G. WHITE, ESQ.

For Defendant Aquil:       PAUL GOODMAN, ESQ.

For Defendant Fneiche:     TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad:   JOHN R. HOWES, ESQ.

For Defendant Samhan:      RICHARD A. HAMAR, ESQ.


Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

                           PAULINE A. STIPES
                           Official Reporter
                           U. S. District Court
```