```
IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
          NORTHERN DIVISION


UNITED STATES OF AMERICA,  ) Docket No.
                           ) 00-6211-CR-HURLEY
          Plaintiff,       )
vs.                        ) West Palm Beach, Florida
                           ) February 12, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   )
                           )      VOLUME 6
          Defendants.      )
_____x
```

COURT REPORTER'S TRANSCRIPT OF
TESTIMONY AND PROCEEDINGS HAD BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

| | |
|---|---|
| For the Government: | THOMAS O'MALLEY, ESQ.<br>WILLIAM T. ZLOCH, ESQ.<br>Assistant U.S. Attorney |
| For Defendant Narog: | FRED HADDAD, ESQ. |
| For Defendant Aldin: | CHARLES G. WHITE, ESQ. |
| For Defendant Aquil: | PAUL GOODMAN, ESQ. |
| For Defendant Fneiche: | TIMOTHY BIASIELLO, ESQ. |
| For Defendant El Haddad: | JOHN R. HOWES, ESQ. |
| For Defendant Samhan: | RICHARD A. HAMAR, ESQ. |
| Court Reporter: | Pauline A. Stipes, C.S.R., C.M. |

PAULINE A. STIPES
Official Reporter
U. S. District Court