```
                  IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
                           NORTHERN DIVISION



UNITED STATES OF AMERICA,   ) Docket No.
                            ) 00-6211-CR-HURLEY
              Plaintiff,    )
vs.                         ) West Palm Beach, Florida
                            ) February 13, 2002
THOMAS NAROG,               )
RABEH EL HADDAD, and        )
MOHAMMED SAMHAN, et al.,    )
                            )    VOLUME 7
              Defendants.   )
_____x


          COURT REPORTER'S TRANSCRIPT OF
       TESTIMONY AND PROCEEDINGS HAD BEFORE
       JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:       THOMAS O'MALLEY, ESQ.
                          WILLIAM T. ZLOCH, ESQ.
                          Assistant U.S. Attorney

For Defendant Narog:      FRED HADDAD, ESQ.

For Defendant Aldin:      CHARLES G. WHITE, ESQ.

For Defendant Aquil:      PAUL GOODMAN, ESQ.

For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad:  JOHN R. HOWES, ESQ.

For Defendant Samhan:     RICHARD A. HAMAR, ESQ.


Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

                          PAULINE A. STIPES
                           Official Reporter
                         U. S. District Court
```