1          IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

2              NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA, ) Docket No.
                       ) 00-6211-CR-HURLEY

5          Plaintiff, )
   vs.                ) West Palm Beach, Florida

6                     ) February 19, 2002

   THOMAS NAROG,         )

7   RABEH EL HADDAD, and   )
   MOHAMMED SAMHAN, et al., )

8                   ) VOLUME 9
          Defendants. )

9   _____ x

10

11          COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE

12      JUDGE DANIEL T. K. HURLEY AND A JURY

13

   APPEARANCES:

14

   For the Government:     THOMAS O'MALLEY, ESQ.

15                   WILLIAM T. ZLOCH, ESQ.
                   Assistant U.S. Attorney

16

   For Defendant Narog:    FRED HADDAD, ESQ.

17

   For Defendant Aldin:    CHARLES G. WHITE, ESQ.

18

   For Defendant Aquil:    PAUL GOODMAN, ESQ.

19

   For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.

20

   For Defendant El Haddad:JOHN R. HOWES, ESQ.

21

   For Defendant Samhan:   RICHARD A. HAMAR, ESQ.

22

23   Court Reporter:        Pauline A. Stipes, C.S.R., C.M.

24               PAULINE A. STIPES
               Official Reporter

25            U. S. District Court