```
                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                         NORTHERN DIVISION


UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
              Plaintiff,  )
vs.                       ) West Palm Beach, Florida
                          ) February 21, 2002
THOMAS NAROG,             )
RABEH EL HADDAD, and      )
MOHAMMED SAMHAN, et al.,  ) VOLUME 11
                          )
              Defendants. )
_____x


             COURT REPORTER'S TRANSCRIPT OF
           TESTIMONY AND PROCEEDINGS HAD BEFORE
           JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:       THOMAS O'MALLEY, ESQ.
                          WILLIAM T. ZLOCH, ESQ.
                          Assistant U.S. Attorney

For Defendant Narog:      FRED HADDAD, ESQ.

For Defendant Aldin:      CHARLES G. WHITE, ESQ.

For Defendant Aquil:      PAUL GOODMAN, ESQ.

For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad:  JOHN R. HOWES, ESQ.

For Defendant Samhan:     RICHARD A. HAMAR, ESQ.


Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

                     PAULINE A. STIPES
                      Official Reporter
                    U. S. District Court
```