```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
            Plaintiff,    )
vs.                       ) West Palm Beach, Florida
                          ) February 25, 2002
THOMAS NAROG,             )
RABEH EL HADDAD, and      )
MOHAMMED SAMHAN, et al.,  ) VOLUME 12
                          )
            Defendants.   )
_____x


          COURT REPORTER'S TRANSCRIPT OF
       TESTIMONY AND PROCEEDINGS HAD BEFORE
       JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:      THOMAS O'MALLEY, ESQ.
                         WILLIAM T. ZLOCH, ESQ.
                         Assistant U.S. Attorney

For Defendant Narog:     FRED HADDAD, ESQ.

For Defendant Aldin:     CHARLES G. WHITE, ESQ.

For Defendant Aquil:     PAUL GOODMAN, ESQ.

For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:    RICHARD A. HAMAR, ESQ.


Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

                      PAULINE A. STIPES
                       Official Reporter
                      U. S. District Court
```