```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA,  ) Docket No.
                           ) 00-6211-CR-HURLEY
              Plaintiff,   )
vs.                        ) West Palm Beach, Florida
                           ) February 28, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   )
                           )        VOLUME 15
              Defendants.  )
_____x


           COURT REPORTER'S TRANSCRIPT OF
       TESTIMONY AND PROCEEDINGS HAD BEFORE
       JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:        THOMAS O'MALLEY, ESQ.
                           WILLIAM T. ZLOCH, ESQ.
                           Assistant U.S. Attorney

For Defendant Narog:       FRED HADDAD, ESQ.

For Defendant Aldin:       CHARLES G. WHITE, ESQ.

For Defendant Aquil:       PAUL GOODMAN, ESQ.

For Defendant Fneiche:     TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad:   JOHN R. HOWES, ESQ.

For Defendant Samhan:      RICHARD A. HAMAR, ESQ.


Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

                           PAULINE A. STIPES
                            Official Reporter
                           U. S. District Court
```