```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                       NORTHERN DIVISION



UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
            Plaintiff,    )
vs.                       ) West Palm Beach, Florida
                          ) March 4, 2002
THOMAS NAROG,             )
RABEH EL HADDAD, and      )
MOHAMMED SAMHAN, et al.,  ) VOLUME 16
                          )
            Defendants.   )
_____x



         COURT REPORTER'S TRANSCRIPT OF
    TESTIMONY AND PROCEEDINGS HAD BEFORE
    JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:      THOMAS O'MALLEY, ESQ.
                         WILLIAM T. ZLOCH, ESQ.
                         Assistant U.S. Attorney

For Defendant Narog:     FRED HADDAD, ESQ.

For Defendant Aldin:     CHARLES G. WHITE, ESQ.

For Defendant Aquil:     PAUL GOODMAN, ESQ.

For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:    RICHARD A. HAMAR, ESQ.


Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

                    PAULINE A. STIPES
                     Official Reporter
                   U. S. District Court
```