```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                    NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA, ) Docket No.
                              )  00-6211-CR-HURLEY
 5                Plaintiff, )
     vs.                      )  West Palm Beach, Florida
 6                            )  March 5, 2002
     THOMAS NAROG,            )
 7   RABEH EL HADDAD, and     )
     MOHAMMED SAMHAN, et al., )  VOLUME 17
 8                            )
                 Defendants. )
 9   _____ x

10

11             COURT REPORTER'S TRANSCRIPT OF
             TESTIMONY AND PROCEEDINGS HAD BEFORE
12           JUDGE DANIEL T. K. HURLEY AND A JURY

13

     APPEARANCES:
14

     For the Government:      THOMAS O'MALLEY, ESQ.
15                            WILLIAM T. ZLOCH, ESQ.
                              Assistant U.S. Attorney
16

     For Defendant Narog:     FRED HADDAD, ESQ.
17

     For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18

     For Defendant Aquil:     PAUL GOODMAN, ESQ.
19

     For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20

     For Defendant El Haddad:JOHN R. HOWES, ESQ.
21

     For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                       PAULINE A. STIPES
                          Official Reporter
25                      U. S. District Court
```