```
                IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                         NORTHERN DIVISION


UNITED STATES OF AMERICA,  ) Docket No.
                           ) 00-6211-CR-HURLEY
              Plaintiff,   )
vs.                        ) West Palm Beach, Florida
                           ) March 13, 2002
THOMAS NAROG,              )
RABEH EL HADDAD, and       )
MOHAMMED SAMHAN, et al.,   ) VOLUME 23
                           )
              Defendants.  )
_____x


          COURT REPORTER'S TRANSCRIPT OF
      TESTIMONY AND PROCEEDINGS HAD BEFORE
       JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:      THOMAS O'MALLEY, ESQ.
                         WILLIAM T. ZLOCH, ESQ.
                         Assistant U.S. Attorney

For Defendant Narog:     FRED HADDAD, ESQ.

For Defendant Aldin:     CHARLES G. WHITE, ESQ.

For Defendant Aquil:     PAUL GOODMAN, ESQ.

For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.

For Defendant El Haddad: JOHN R. HOWES, ESQ.

For Defendant Samhan:    RICHARD A. HAMAR, ESQ.


Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

                    PAULINE A. STIPES
                     Official Reporter
                   U. S. District Court
```