```
        WE WERE UNABLE TO SEND THIS NOTICE TO YOU BY FAX.

        It is being mailed to you due to technical problems.
        We will continue to attempt to fax all subsequent notices.
   Please check your fax machine or perhaps we have an incorrect fax number?


>>> NOTE: If you are no longer an attorney on this case, please disregard
          this notice.



_____
        Timothy  Biasiello
        Suite 1015
        33 North Dearborn Street
        Chicago, IL  60602 - 3105

                    --------------------


        0:00-cr-06211 #733 -  Hurley
        2 page(s).
        12/10/2004


                    --------------------
```

```
To verify we have your correct fax information, call our E-NOTICING
help line at (305) 523-5212. Please have your bar id number available
when you call.


 NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide
envelopes for cases before non-participating Judges.  Call the help line above
for the list of participating judges.


NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes
to your name, address, firm, or fax number.  A notification should be sent for
each of your active cases.


Control #: CV-fax_40D-9212
```



USMS INSPECTED BY

Forwarding Order Expired
00601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK (FAX)
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FL 33128-7788

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

6060243352  26