AUSA Laurence Bardfeld                    Special Agent Joe Collins, DEA (954) 489-1700

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District __FLORIDA__

UNITED STATES OF AMERICA

vs.

RABAH EL HADDAD

**WARRANT FOR ARREST**

Case Number:   00-6211-CR-HURLEY(s)(s)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to   __RABAH EL HADDAD__
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to Possess a List 1 Chemical (Pseudoephedrine); Conspiracy to Manufacture Methamphetamine, Possession of a List 1 Chemical (Pseudoephedrine).

in violation of   __21__   United States Code,   __841(a)(1), 841(c)(2), 846__

__CLARENCE C. MADDOX__                            -   __COURT ADMINISTRATOR/CLERK OF COURT__
Name of Issuing Officer                                   Title of Issuing Officer

_signature_
Signature of Issuing Officer

__APRIL 12, 2005, in Fort Lauderdale, Florida__
Date and Location

_signature_
HONORABLE BARRY S. SELTZER
Bail fixed at $ Pre-Trial Detention is recommended    By: UNITED STATES MAGISTRATE JUDGE
                                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |